1  Charles L. Goldberg, Esq. (SBN 041366)
   Kirsten Y. Zittlau, Esq. (SBN 220809)
2  SELTZER CAPLAN McMAHON VITEK
3  750 B Street, 2100 Symphony Towers
   San Diego, California 92101-8177
4  Ph: 619-685-3003
5  Fax: 619-702-6845

6  Attorneys for Plaintiff
7  Manuel Francisco Aguirre Ramos

FILED

2008 JUL 24  PM 1:54

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

'08 CV 1338 ᴶᴸˢ BLM

8

9         UNITED STATES DISTRICT COURT

10      FOR THE SOUTHERN DISTRICT OF CALIFORNIA

11

12  MANUEL FRANCISCO AGUIRRE RAMOS,    )    CASE NO. _____
                                      )
13          Plaintiff,                )    COMPLAINT FOR INJUNCTIVE AND
                                      )    DECLARATORY RELIEF IN THE
14      v.                            )    NATURE OF MANDAMUS
                                      )
15                                    )    21 U.S.C. §§ 1901-1908, 5 U.S.C. §
16  OFFICE OF FOREIGN ASSETS CONTROL; )    706(1) and 28 U.S.C. §§ 2201(a) & 2202
17  UNITED STATES DEPARTMENT OF THE   )
    TREASURY; and HENRY M. PAULSON,   )
18  JR., in his official capacity as Secretary of the )
    Department of Treasury,           )
19                                    )
20          Defendants.               )

21

22      Plaintiff Manuel Francisco Aguirre Ramos ("Plaintiff Ramos" or "Mr. Ramos") hereby

23  files his complaint against Defendants Office of Foreign Assets Control ("OFAC"), United

24  States Department of the Treasury and Secretary of Treasury Henry M. Paulson, Jr., and

25  petitions this court to issue a Declaratory Judgment or, alternatively, a Writ of Mandamus

26  requiring OFAC to take immediate action with respect to Plaintiff Ramos's request:  1. that he

27  be removed from the Specially Designated Nationals List ("SDN List"), or in the alternative, 2.

1

28
COMPLAINT FOR INJUNCTIVE AND
DECLARATORY RELIEF IN THE NATURE OF
MANDAMUS

ORIGINAL

that OFAC specify the additional information needed from Mr. Ramos in order for OFAC to issue a decision with respect to his status on the SDN List, and provide Mr. Ramos with the opportunity to meet with OFAC in person.

**PARTIES**

1.      Plaintiff Ramos is a United States citizen residing in the County of San Diego, California.

2.      On or about September 28, 2006, OFAC placed Mr. Ramos's name on the SDN List pursuant to the Foreign Narcotic Kingpin Designation Act.   The placement of Mr. Ramos's name on the SDN List was entirely without any reasonable basis or legal cause whatsoever.   Attached as **Exhibit A** hereto is a true and correct copy of the Specially Designated Nationals List containing Mr. Ramos's name.

3.      Defendant Office of Foreign Assets Control ("OFAC") is a United States federal administrative agency located at U.S. Department of the Treasury, 1500 Pennsylvania Avenue, NW -- Annex, Washington, DC 20220.  Plaintiff is informed and believes and thereon alleges that OFAC is responsible for making decisions regarding placing persons on, and removing persons from, the SDN List under the Foreign Narcotic Kingpin Designation Act.

4.      Defendant United States Department of the Treasury is responsible for the financial and economic security of the United States.  The Department of the Treasury is also responsible for overseeing various offices and agencies, including the Office of Foreign Assets Control ("OFAC").

5.      Defendant Henry M. Paulson, Jr., is the Secretary of Treasury of the United States.  He is sued in his official capacity.

**JURISDICTION AND VENUE**

6.      Plaintiff Ramos realleges and fully incorporates by reference the allegations of paragraphs 1-5 above.

7.      This action arises out of 21 U.S.C. §§ 1901-1908 and 5 U.S.C. § 706(1), the Administrative Procedure Act, and 28 U.S.C. §§ 2201(a) and 2202, the Declaratory Judgment

2

1  Act.  This Court has jurisdiction over the subject matter of the claims pursuant to 28 U.S.C. §

2  1331.

3          8.      Venue is proper in this judicial district under 28 U.S.C. §§ 1391(b) and (e).

4                              **EXHAUSTION OF REMEDIES**

5          9.      Plaintiff Ramos realleges and fully incorporates by reference the allegations of

6  paragraphs 1-8 above.

7          10.     All administrative remedies have been exhausted.  Plaintiff Ramos has made

8  numerous requests with OFAC to take administrative action and remove him from the SDN

9  List, or in the alternative, that OFAC specify the additional information needed from Mr.

10 Ramos in order for OFAC to issue a decision regarding his status on the SDN List, and provide

11 Mr. Ramos with the opportunity to meet with OFAC in person.  Despite these numerous

12 requests, OFAC has taken no action whatsoever in the last four months and there is thus no

13 administrative alternative to this complaint.

14                                      **FACTS**

15         11.     Plaintiff Ramos realleges and fully incorporates by reference the allegations of

16 paragraphs 1-10 above.

17         12.     Plaintiff Ramos's father, Manuel Aguirre Galindo, is a Mexican citizen.  Mr.

18 Ramos is estranged from his father and is not in contact with him in any manner, including the

19 transfer of any funds whatsoever.

20         13.     In or about September of 2006, Plaintiff Ramos was placed on the SDN List

21 under the Foreign Narcotic Kingpin Designation Act (28 U.S.C. §§ 1901-1908).  The

22 placement of Mr. Ramos's name on the SDN List was entirely without any basis, and is

23 believed to be solely due to his blood relation to Manuel Aguirre Galindo.

24         14.     On or about December 6, 2006, Mr. Ramos's attorney, Charles L. Goldberg,

25 Esq., requested a license to be able to legally represent Mr. Ramos with respect to contesting

26 his placement on the SDN List.  Such a license was eventually obtained and Mr. Goldberg's

27 office represents Mr. Ramos pursuant to attorney license number FNK-399.  In the December

                                           3

28 ─────────────────────────────────────────
   COMPLAINT FOR INJUNCTIVE AND
   DECLARATORY RELIEF IN THE NATURE OF
   MANDAMUS

6, 2006 correspondence, Mr. Goldberg also indicated to OFAC that Mr. Ramos would be requesting a living license to obtain funds to provide for Mr. Ramos and his family to pay debts and obligations.

15.   After several other requests to OFAC that it provide Mr. Ramos with a living license, Mr. Ramos was finally forced to file a Complaint in Federal Court on or about September 4, 2007 against OFAC, due to its lack of response to the correspondence from Mr. Ramos's attorney.  Approximately one to two months after that Complaint was filed, i.e., on or about October 15, 2007, OFAC finally issued Mr. Ramos a living license.

16.   Mr. Ramos's life is greatly and negatively impacted by his baseless placement on the SDN List, notwithstanding the living license.  This includes, but is not limited to, Mr. Ramos not being able to conduct virtually any financial transactions, earn income, or pay out money to any person or entity – in essence, Mr. Ramos is precluded from being able to support himself and/or his family.

17.   On November 19, 2007, Mr. Goldberg wrote OFAC requesting that Mr. Ramos either be removed from the SDN List, or in the alternative, that OFAC specify any additional information needed from Mr. Ramos in order for OFAC to issue a decision, and provide Mr. Ramos with the opportunity to meet with OFAC in person.   The letter contained both arguments and evidence that established that a wholly insufficient basis exists for Mr. Ramos's designation as a "Foreign Drug Kingpin" on the SDN List.  Attached as **Exhibit B** hereto is a true and correct copy of the November 19, 2007 correspondence from Charles L. Goldberg, Esq. to Mr. Adam J. Szubin, Director of the Office of Foreign Assets Control.

18.   On March 20, 2008 and May 12, 2008, Mr. Goldberg (at the request of OFAC) wrote OFAC providing additional information concerning Mr. Ramos.  The letters contained information further demonstrating how there was, and continues to be, no basis for Mr. Ramos's placement on the SDN List.  Attached as **Exhibit C** hereto is a true and correct copy of the March 20, 2008 and May 12, 2008 correspondences from Charles L. Goldberg, Esq. to Mr. R. Kevin Bell of the Office of Foreign Assets Control.

4

COMPLAINT FOR INJUNCTIVE AND
DECLARATORY RELIEF IN THE NATURE OF
MANDAMUS

19.   Despite having provided the aforementioned information, Mr. Ramos has heard nothing further from OFAC, including any response to Mr. Ramos's request to be removed from the SDN List.

20.   Due to the complete lack of response from OFAC since the March 20, 2008 correspondence, Mr. Goldberg's associate, Kirsten Y. Zittlau, Esq., wrote OFAC on June 25, 2008. The June 25, 2008 correspondence stated that if OFAC failed to provide any response to the request made in the November 2007 letter within 10 days of OFAC's receipt of the June 25, 2008 letter, Mr. Ramos would be initiating civil action. The June 25, 2008 correspondence further indicated that such civil action would include the request for an order that OFAC respond, and either remove Mr. Ramos's name from the SDN List, or advise as to the additional information needed from Mr. Ramos and provide Mr. Ramos with an opportunity to meet with OFAC in person. Attached as **Exhibit D** hereto is a true and correct copy of the June 25, 2008 correspondence from Kirsten Y. Zittlau, Esq. to Mr. Adam J. Szubin, Director of the Office of Foreign Assets Control.

21.   On July 10, 2008, Ms. Zittlau, Esq., wrote OFAC a final letter stating that, because no response had been received from OFAC, Mr. Ramos was initiating civil action in the courts. Attached as **Exhibit E** hereto is a true and correct copy of the July 10, 2008 correspondence from Kirsten Y. Zittlau, Esq. to Mr. Adam J. Szubin, Director of the Office of Foreign Assets Control.

22.   Despite the foregoing attempts by Mr. Ramos, in the last four months, OFAC has completely failed to respond to Mr. Ramos's requests that he be removed from the SDN List, or in the alternative, that OFAC specify the additional information needed from Mr. Ramos in order for OFAC to issue a decision, and provide Mr. Ramos with the opportunity to meet with OFAC in person.

23.   OFAC's refusal to respond to Mr. Ramos is in direct violation of Mr. Ramos's Due Process Rights, 31 C.F.R. §§ 501.802 and 501.807, and 5 U.S.C.A. § 555(e).

5

COMPLAINT FOR INJUNCTIVE AND
DECLARATORY RELIEF IN THE NATURE OF
MANDAMUS

## CAUSE OF ACTION – UNREASONABLE DELAY IN VIOLATION OF THE
## ADMINISTRATIVE PROCEDURES ACT

24.    Plaintiff Ramos realleges and fully incorporates by reference the allegations of paragraphs 1-23 above.

25.    The Foreign Narcotic Kingpin Designation Act was enacted because Congress found that there is a "national emergency resulting from the activities of international narcotics traffickers and their organizations that threatens the national security, foreign policy, and economy of the United States." 21 U.S.C.A. § 1901. The Foreign Drug Kingpin Designation Act is codified at 21 U.S.C. §§ 1901-1908 and 31 C.F.R. §§ 500.501-501.808.

26.    The Foreign Drug Kingpin Designation Act provides definitions and defines "foreign person" as "any citizen or national of a foreign state or any entity not organized under the laws of the United States, but does not include a foreign state." 21 U.S.C.A. § 1907.

27.    The Foreign Drug Kingpin Designation Act defines "significant foreign narcotics trafficker" as "any foreign person that plays a significant role in international narcotics trafficking...." 21 U.S.C.A. § 1907.

28.    31 C.F.R. § 501.807 provides that a "blocked person" is a "person blocked under the provisions of any part of this chapter, including a specially designated national, specially designated terrorist, or specially designated narcotics trafficker...."

29.    The placement of Plaintiff Ramos on the SDN List and his designation as a "blocked person" has no basis for several reasons, including but not limited to the following: a) Plaintiff Ramos is a U.S. citizen and not a "foreign person" as defined by the Foreign Drug Kingpin Designation Act; and b) Plaintiff Ramos is not a "narcotics trafficker," let alone a "significant foreign narcotics trafficker."

30.    31 C.F.R. § 501.807 provides that a "blocked person" may seek administrative reconsideration of his designation and thus seek to have the designation rescinded pursuant to following certain administrative procedures.

COMPLAINT FOR INJUNCTIVE AND
DECLARATORY RELIEF IN THE NATURE OF
MANDAMUS

31.    Section 501.807(a) provides that these administrative procedures include the submission of "arguments or evidence that the person believes establishes that insufficient basis exists for the designation." The submission must be made in writing and addressed to the Director of the Office of Foreign Assets Control.

32.    Section 501.807(c) also provides that a "blocked person seeking unblocking...may request a meeting with the Office of Foreign Assets Control...."

33.    Section 501.807(d) provides that, after the Office of Foreign Assets Control has conducted a review of the request for reconsideration, it "will provide a written decision to the blocked person...."

34.    Further, 31 C.F.R. § 501.802 provides that the "Office of Foreign Assets Control will advise each applicant of the decision respecting filed applications."

35.    5 U.S.C.A. § 555(e) requires that prompt notice be given of the denial in whole or in part of a written application, petition, or other request of an interested person made in connection with any agency proceeding. Except in affirming a prior denial or when the denial is self-explanatory, the notice shall be accompanied by a brief statement of the grounds for denial.

36.    5 U.S.C.A. § 706(1) provides that, to the extent necessary to the decision, and when presented, the reviewing court shall decide all relevant questions of law, interpret constitutional and statutory provisions, and determine the meaning or applicability of the terms of an agency action. The reviewing court "shall compel agency action unlawfully withheld or unreasonably delayed." 5 U.S.C.A. § 706(1).

37.    The court may also hold unlawful and set aside agency action that, inter alia, is found to be: "arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law," 5 U.S.C. § 706(2)(A); "in excess of statutory jurisdiction, authority, or limitations, or short of statutory right," 5 U.S.C. § 706(2)(C); or "without observance of procedure required by law," 5 U.S.C. § 706(2)(D). "Agency action" includes, in relevant part, "an agency rule,

7

1   order, license, sanction, relief, or the equivalent or denial thereof, **or failure to act.**" 5 U.S.C. §

2   551(13) (emphasis added).

3       38.     OFAC has violated, and continues to violate, 5 U.S.C.A. §§ 551, 555 and 706 by

4   unlawfully withholding and unreasonably delaying for months with respect to the issuance of a

5   written decision on the request of Mr. Ramos to be removed from the SDN List, or in the

6   alternative, that OFAC specify the additional information needed from Mr. Ramos in order for

7   OFAC to issue a decision, and provide Mr. Ramos with the opportunity to meet with OFAC in

8   person. OFAC has also provided no explanation for the delay and failure in issuing such a

9   decision and/or taking any action whatsoever in the last several months.

10      39.     OFAC has also failed to satisfy its statutory duty pursuant to 31 C.F.R. §§

11  501.802 and 501.807 by unreasonably delaying and withholding a decision regarding Mr.

12  Ramos's request to be taken off of the SDN List, or in the alternative, that OFAC specify the

13  additional information needed from Mr. Ramos in order for OFAC to issue a decision, and

14  provide Mr. Ramos with the opportunity to meet with OFAC in person. OFAC's failure to act

15  in violation of its duties is arbitrary, capricious and an abuse of discretion.

16      40.     As a result of the aforesaid delay and failure to act, Mr. Ramos and his family

17  has suffered and continues to suffer injury and hardships, which he would not have suffered

18  had OFAC acted in a reasonable and timely manner. Declaratory relief is therefore warranted.

19      41.     Mandamus is an appropriate remedy whenever a party demonstrates a clear right

20  to have an action performed by a governmental official who refuses to act. Plaintiff Ramos has

21  exhausted all administrative remedies and has no adequate means to obtain the relief requested.

22  Mr. Ramos has "no other adequate means to attain the relief [he] desperately need[s]." *Allied*

23  *Chemical Corp. v. Daiflon, Inc.* 449 U.S. 33, 35 (1980). Mr. Ramos's right to issuance of the

24  writ is therefore "clear and indisputable."

25  //

26  //

27  //

28

8

COMPLAINT FOR INJUNCTIVE AND
DECLARATORY RELIEF IN THE NATURE OF
MANDAMUS

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff Ramos prays for the entry of a judgment from this Court:

a.   Declaring and/or ordering that OFAC issue a written decision (or, in the alternative, grant Mr. Ramos a hearing) within 30 days regarding Mr. Ramos's request:  1. That his name be removed from the SDN List, or; 2. That OFAC specify the additional information requested from Mr. Ramos in order for OFAC to issue a decision regarding his status on the SDN List, and that OFAC grant Mr. Ramos the opportunity to personally meet with OFAC to present such information;

b.   Awarding Mr. Ramos his costs incurred in this action;

c.   Awarding Mr. Ramos attorneys' fees incurred in this action; and

d.   Awarding Mr. Ramos such other and further relief as the Court deems just and proper.


Respectfully submitted,

Dated: July 23, 2008          SELTZER CAPLAN McMAHON VITEK


By: _____
    Charles L. Goldberg, Esq.
    Kirsten Zittlau, Esq.
    Attorneys for Plaintiff Manuel Francisco Aguirre Ramos

9

COMPLAINT FOR INJUNCTIVE AND                    CASE NO. _____
DECLARATORY RELIEF IN THE NATURE OF
MANDAMUS

## VERIFICATION

I, the undersigned, do hereby declare under penalty of perjury that I have read the foregoing and know the contents thereof; that the same is true of my own knowledge except as to those matters that are stated on information and belief and as to those matters I do believe the same to be true.

Executed this 2O day of July, 2008, at San Diego, California.

Manuel Francisco Aguirre Ramos

10

COMPLAINT FOR INJUNCTIVE AND
DECLARATORY RELIEF IN THE NATURE OF
MANDAMUS

CASE NO. _____

# EXHIBIT LIST

**Exhibit A** - Specially Designated Nationals List ................................................................. 1

**Exhibit B -** November 19, 2007 correspondence
from Mr. Charles Goldberg to Mr. Szubin, ........................................................ 16

**Exhibit C -** March 20, 2008 and May 12, 2008 correspondence
from Mr. Charles Goldberg to Mr. R. Kevin Bell ............................................. 18

**Exhibit D -** June 25, 2008 correspondence
from Ms. Kirsten Zittlau to Mr. Adam J. Szubin................................................. 24

**Exhibit E -** July 10, 2008 correspondence
from Ms. Kirsten Zittlau to Mr. Adam J. Szubin................................................. 27

COMPLAINT FOR INJUNCTIVE AND
DECLARATORY RELIEF IN THE NATURE OF
MANDAMUS



# OFFICE OF FOREIGN ASSETS CONTROL

## SPECIALLY DESIGNATED NATIONALS AND BLOCKED PERSONS

July 17, 2008

3MG (a.k.a. MIZAN MACHINE MANUFACTURING GROUP), P.O. Box 16595-365, Tehran, Iran [NPWMD]

7TH OF TIR (a.k.a. 7TH OF TIR COMPLEX; a.k.a. 7TH OF TIR INDUSTRIAL COMPLEX; a.k.a. 7TH OF TIR INDUSTRIES; a.k.a. 7TH OF TIR INDUSTRIES OF ISFAHAN/ESFAHAN; a.k.a. MOJTAMAE SANATE HAFTOME TIR; a.k.a. SANAYE HAFTOME TIR; a.k.a. SEVENTH OF TIR), P.O. Box 81465-478, Isfahan, Iran; Mobarakeh Road Km 45, Isfahan, Iran [NPWMD]

7TH OF TIR COMPLEX (a.k.a. 7TH OF TIR; a.k.a. 7TH OF TIR INDUSTRIAL COMPLEX; a.k.a. 7TH OF TIR INDUSTRIES; a.k.a. 7TH OF TIR INDUSTRIES OF ISFAHAN/ESFAHAN; a.k.a. MOJTAMAE SANATE HAFTOME TIR; a.k.a. SANAYE HAFTOME TIR; a.k.a. SEVENTH OF TIR), P.O. Box 81465-478, Isfahan, Iran; Mobarakeh Road Km 45, Isfahan, Iran [NPWMD]

7TH OF TIR INDUSTRIAL COMPLEX (a.k.a. 7TH OF TIR; a.k.a. 7TH OF TIR COMPLEX; a.k.a. 7TH OF TIR INDUSTRIES; a.k.a. 7TH OF TIR INDUSTRIES OF ISFAHAN/ESFAHAN; a.k.a. MOJTAMAE SANATE HAFTOME TIR; a.k.a. SANAYE HAFTOME TIR; a.k.a. SEVENTH OF TIR), P.O. Box 81465-478, Isfahan, Iran; Mobarakeh Road Km 45, Isfahan, Iran [NPWMD]

7TH OF TIR INDUSTRIES (a.k.a. 7TH OF TIR; a.k.a. 7TH OF TIR COMPLEX; a.k.a. 7TH OF TIR INDUSTRIAL COMPLEX; a.k.a. 7TH OF TIR INDUSTRIES OF ISFAHAN/ESFAHAN; a.k.a. MOJTAMAE SANATE HAFTOME TIR; a.k.a. SANAYE HAFTOME TIR; a.k.a. SEVENTH OF TIR), P.O. Box 81465-478, Isfahan, Iran; Mobarakeh Road Km 45, Isfahan, Iran [NPWMD]

7TH OF TIR INDUSTRIES OF ISFAHAN/ESFAHAN (a.k.a. 7TH OF TIR; a.k.a. 7TH OF TIR COMPLEX; a.k.a. 7TH OF TIR INDUSTRIAL COMPLEX; a.k.a. 7TH OF TIR INDUSTRIES; a.k.a. MOJTAMAE SANATE HAFTOME TIR; a.k.a. SANAYE HAFTOME TIR), P.O. Box 81465-478, Isfahan, Iran; Mobarakeh Road Km 45, Isfahan, Iran [NPWMD]

17 NOVEMBER (a.k.a. EPANASTATIKI ORGANOSI 17 NOEMVRI; a.k.a. REVOLUTIONARY ORGANIZATION 17 NOVEMBER) [FTO] [SDGT]

32 COUNTY SOVEREIGNTY COMMITTEE (a.k.a. 32 COUNTY SOVEREIGNTY MOVEMENT; a.k.a. IRISH REPUBLICAN PRISONERS WELFARE ASSOCIATION; a.k.a. REAL IRA; a.k.a. REAL IRISH REPUBLICAN ARMY; a.k.a. REAL OGLAIGH NA HEIREANN; a.k.a. RIRA) [FTO] [SDGT]

32 COUNTY SOVEREIGNTY MOVEMENT (a.k.a. 32 COUNTY SOVEREIGNTY COMMITTEE; a.k.a. IRISH REPUBLICAN PRISONERS WELFARE ASSOCIATION; a.k.a. REAL IRA; a.k.a. REAL IRISH REPUBLICAN ARMY; a.k.a. REAL OGLAIGH NA HEIREANN; a.k.a. RIRA) [FTO] [SDGT]

2000 DOSE E.U. (a.k.a. DOMA E M), Calle 31 No. 1-34, Cali, Colombia; NIT # 805015749-3 (Colombia) [SDNT]

2000-DODGE S.L., Calle Gran Via 80, Madrid, Madrid, Spain; C.I.F. B83149955 (Spain) [SDNT]

2904977 CANADA, INC. (a.k.a. CARIBE SOL; a.k.a. HAVANTUR CANADA INC.), 818 rue Sherbrooke East, Montreal, Quebec H2L 1K3, Canada [CUBA]

A A TRADING FZCO, P.O. Box 37089, Dubai, United Arab Emirates [SDNTK]

A G REPRESENTACIONES LTDA., Calle 22 Norte No. 9-43, Cali, Colombia; Calle 20N No. 5N-26 Of. 102, Cali, Colombia; NIT # 800132578-3 (Colombia) [SDNT]

A K DIFUSION S.A. PUBLICIDAD Y MERCADEO, Calle 28N No. 6BN-54, Cali, Colombia; NIT # 900015699-8 (Colombia) [SDNT]

A K EDUCAL S.A. EDUCACION CON CALIDAD, Calle 28N No. 6BN-54, Cali, Colombia; NIT # 900015704-7 (Colombia) [SDNT]

A RAHMAN, Mohamad Iqbal (a.k.a. ABDURRAHMAN, Abu Jibril; a.k.a. ABDURRAHMAN, Mohamad Iqbal; a.k.a. ABU JIBRIL; a.k.a. MUQTI, Fikiruddin; a.k.a. MUQTI, Fikiruddin; a.k.a. RAHMAN, Mohamad Iqbal); DOB 17 Aug 1958; POB Tirpas-Selong Village, East Lombok, Indonesia; nationality Indonesia (individual) [SDGT]

A.I.C. COMPREHENSIVE RESEARCH INSTITUTE (a.k.a. A.I.C. SOGO KENKYUSHO; a.k.a. ALEPH; a.k.a. AUM SHINRIKYO; a.k.a. AUM SUPREME TRUTH) [FTO] [SDGT]

A.I.C. SOGO KENKYUSHO (a.k.a. A.I.C. COMPREHENSIVE RESEARCH INSTITUTE; a.k.a. ALEPH; a.k.a. AUM SHINRIKYO; a.k.a. AUM SUPREME TRUTH) [FTO] [SDGT]

A.T.E. INTERNATIONAL LTD. (a.k.a. RWR INTERNATIONAL COMMODITIES), 3 Mandeville Place, London, United Kingdom [IRAQ2]

A.W.A. ENGINEERING LIMITED, 3 Mandeville Place, London, United Kingdom [IRAQ2]

ABADIA BASTIDAS, Carmen Alicia (a.k.a. ABADIA DE RAMIREZ, Carmen Alicia), c/o DISDROGAS LTDA., Yumbo, Valle, Colombia; c/o RAMIREZ ABADIA Y CIA. S.C.S., Cali, Colombia; Calle 9 No. 39-65, Cali, Colombia; DOB 15 Jul 1934; POB Palmira, Valle, Colombia; Cedula No. 29021074 (Colombia) (individual) [SDNT]

ABADIA DE RAMIREZ, Carmen Alicia (a.k.a. ABADIA BASTIDAS, Carmen Alicia), c/o DISDROGAS LTDA., Yumbo, Valle, Colombia; c/o RAMIREZ ABADIA Y CIA. S.C.S., Cali, Colombia; Calle 9 No. 39-65, Cali, Colombia; DOB 15 Jul 1934; POB Palmira, Valle, Colombia; Cedula No. 29021074 (Colombia) (individual) [SDNT]

ABAS, Nasir (a.k.a. ABAS, Nasir; a.k.a. BIN ABAS, Mohammed Nasir; a.k.a. BIN ABAS, Sulaiman; a.k.a. "KHAIRUDDIN"; a.k.a. "SOLIMAN"); DOB 6 May 1969; nationality Malaysia (individual) [SDGT]

ABAS, Nasir (a.k.a. ABAS, Mohamad Nasir; a.k.a. BIN ABAS, Mohammed Nasir; a.k.a. BIN ABAS, Sulaiman; a.k.a. "SOLIMAN"); DOB 6 May 1969; nationality Malaysia (individual) [SDGT]

ABASTECEDORA NAVAL Y INDUSTRIAL, S.A. (a.k.a. ANAINSA), Panama [CUBA]

ABAUNZA MARTINEZ, Javier; DOB 1 Jan 1965; POB Guernica, Vizcaya Province, Spain; D.N.I. 78.865.882 (Spain); Member ETA (individual) [SDGT]

ABBAKAR MUHAMAD, Abdul Aziz; DOB 1961; POB Sudan; Passport 562605 (Sudan) issued 28 Oct 1998; IARA Peshwar, Pakistan Director (individual) [SDGT]

ABBAS, Abdul Hussein, Italy (individual) [IRAQ2]

ABBAS, Abu (a.k.a. ZAYDAN, Muhammad); DOB 10 Dec 1948; Director of PALESTINE LIBERATION FRONT - ABU ABBAS FACTION (individual) [SDT]

ABBAS, Kassim, Lerchesbergring 23A, D-60598, Frankfurt, Germany; DOB 7 Aug 1956; POB Baghdad, Iraq (individual) [IRAQ2]

ABBES, Moustafa, Via Padova, 82, Milan, Italy; DOB 5 Feb 1962; POB Osniers, Algeria [SDGT]

ABBES, Youcef (a.k.a. "GIUSEPPE"), Via Padova 82, Milan, Italy; Via Manzoni, 33, Cinisello Balsamo, Milan, Italy; DOB 5 Jan 1965; POB Bab El Aoued, Algeria (individual) [SDGT]

ABD AL HADI (a.k.a. BENDEBKA, L'Hadi; a.k.a. HADI), Via Garibaldi, 70, San Zenone al Po, Pavia, Italy; Via Manzoni, 33, Cinisello Balsamo, Milan, Italy; DOB 17 Nov 1963; POB Algiers Algeria (individual) [SDGT]

ABD AL HAFIZ, Abd Al Wahab (a.k.a. FERDJANI, Mouloud; a.k.a. "MOURAD"; a.k.a. "RABAH DI ROMA"), Via Lungotevere Dante, Rome, Italy; DOB 7 Sep 1967; POB Algiers, Algeria (individual) [SDGT]

ABD AL RAZEQ, Abu Sufian (a.k.a. 'ABD AL-RAZZIQ, Abu Sufian al-Salamabl Muhammed Ahmed; a.k.a. ABDELRAZEK, Abousofian; a.k.a. ABDELRAZIK, Abousfian Salman; a.k.a. ABDELRAZIK, Abousofian; a.k.a. ABDELRAZIK, Abousofiane; a.k.a. ABDELRAZIK, Sofian; a.k.a. "ABOU EL LAYTH"; a.k.a. "ABOULAIL"; a.k.a. "ABU JUIRIAH"; a.k.a. "ABU SUFIAN"; a.k.a. "ABULAIL"; a.k.a. "DJOLAIBA THE SUDANESE"; a.k.a. "JOLAIBA"; a.k.a. "OULD EL SAYEIGH"); DOB 6 Aug 1962; POB Al-Bawgah, Sudan; alt. POB Albaouga, Sudan; nationality Canada; alt. nationality Sudan; Passport BC166787 (Canada) (individual) [SDGT]

ABD AL-GHAFAR, Sundus, Iraq; DOB c. 1967; POB Kirkuk, Iraq; nationality Iraq; wife of Izzat Ibrahim Al-Duri (individual) [IRAQ2]

ABD AL-GHAFUR, Humam Abd al-Khaliq (a.k.a. 'ABD AL-RAHMAN, Humam 'abd al-Khaliq; a.k.a. ABD-AL-GHAFUR, Humam abd-al-Khaliq; a.k.a. GHAFUR, Humam Abdel Khaleq Abdel; a.k.a. RASHID, Humam 'abd al-Khaliq); DOB 1945; POB ar-Ramadi, Iraq; nationality Iraq; Former Minister of Higher Education and Research; M0018061/104,issued 12 September 1993 (individual) [IRAQ2]

'ABD AL-KARIM (a.k.a. ABU AL-MU'TAZ; a.k.a. AL-HABIB; a.k.a. AL-KHALAYLAH, Ahmad Fadil Nazzal; a.k.a. AL-MUHAJIR; a.k.a. AL-ZARQAWI, Abu Mus'Ab; a.k.a. GHARIB; a.k.a. KHALAILAH, Ahmed Fadeel; a.k.a. KHALAYLEH, Fedel Nazzel; a.k.a. "MOUHANAD"; a.k.a. "MOUHANNAD"; a.k.a. "MUHANNAD"; a.k.a. "RASHID"); DOB 20 Oct 1966; POB Zarqa, Jordan; citizen Jordan; National ID No. 9661031030 (Jordan); Passport Z264968 (Jordan) (individual) [SDGT]

ABD AL-KHALIQ, Adil Muhammad Mahmud (a.k.a. ABDUL KHALED, Adel Mohamed Mahmood; a.k.a. ABDUL KHALIQ, Adel Mohamed Mahmoud); DOB 2 Mar 1984; POB Bahrain; Passport 1632207 (Bahrain) (individual) [SDGT]

OFFICE OF FOREIGN ASSETS CONTROL                                                      SPECIALLY DESIGNATED NATIONALS & BLOCKED PERSONS

'ABD ALLAH, 'Issam 'Ali Muhammad (a.k.a.
'ABD-AL-'IZ; a.k.a. ABD-AL-WAHAB, Abd-al-
Hai Ahmad; a.k.a. ABU YASIR; a.k.a. AL-
KAMEL, Salah 'Ali; a.k.a. MUSA, Rifa'i Ahmad
Taha; a.k.a. TAHA MUSA, Rifa'i Ahmad; a.k.a.
THABIT 'IZ); DOB 24 Jun 54; POB Egypt;
Passport 83860 (Sudan); alt. Passport 30455
(Egypt); alt. Passport 1046403 (Egypt)
(individual) [SDT]
ABD AL-RAHMAN, Abdullah Muhammad Rajab
(a.k.a. ABU AL-KHAYR, Ahmad Hasan); DOB 3
Nov 1957; POB Kafr al-Shaykh; nationality
Egypt (individual) [SDGT]
'ABD AL-RAHMAN, Humam 'abd al-Khaliq (a.k.a.
ABD AL-GHAFUR, Humam Abd al-Khaliq;
a.k.a. ABD-AL-GHAFUR, Humam abd-al-
Khaliq; a.k.a. GHAFUR, Humam Abdel Khaleq
Abdel; a.k.a. RASHID, Humam 'abd al-Khaliq);
DOB 1945; POB ar-Ramadi, Iraq; nationality
Iraq; Former Minister of Higher Education and
Research; M0018061/104,issued 12 September
1993 (individual) [IRAQ2]
'ABD AL-RAZZIQ, Abu Sufian al-Salamabi
Muhammed Ahmed (a.k.a. ABD AL RAZEQ,
Abu Sufian; a.k.a. ABDELRAZEK, Abousofian;
a.k.a. ABDELRAZIK, Abousfian Salman; a.k.a.
ABDELRAZIK, Abousofian; a.k.a.
ABDELRAZIK, Abousofiane; a.k.a.
ABDELRAZIK, Sofian; a.k.a. "ABOU EL
LAYTH"; a.k.a. "ABOULAIL"; a.k.a. "ABU
JUIRIAH"; a.k.a. "ABU SUFIAN"; a.k.a.
"ABULAIL"; a.k.a. "DJOLAIBA THE
SUDANESE"; a.k.a. "JOLAIBA"; a.k.a. "OULD
EL SAYEIGH"); DOB 6 Aug 1962; POB Al-
Bawgah, Sudan; alt. POB Albaouga, Sudan;
nationality Canada; alt. nationality Sudan;
Passport BC166787 (Canada) (individual)
[SDGT]
ABD AL-WADOUB, Abdou Moussa (a.k.a. ABD
EL OUADOUD, Abou Mossab; a.k.a. ABD EL
OUADOUD, Abou Mousab; a.k.a. ABD EL-
OUADOUD, Abi Mossaab; a.k.a. ABD-AL-
WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-
WADOUD, Abu Mossaab; a.k.a. ABDEL
WADOUD, Abou Moussaab; a.k.a.
ABDELMALEK, Drokdal; a.k.a. ABDELMALEK,
Droukdal; a.k.a. ABDELMALEK, Droukdel;
a.k.a. ABDELOUADOUD, Abi Moussaab;
a.k.a. ABDELOUADOUD, Abi Mousaab; a.k.a.
ABDELOUADOUD, Abou Mossaab; a.k.a.
ABDELOUADOUD, Abou Mossab; a.k.a.
ABDELOUADOUD, Abou Moussaab; a.k.a.
ABDELOUADOUD, Abou Moussab; a.k.a.
ABDELOUADOUD, Abou Mossab; a.k.a.
ABDELOUADOUD, Abou Mus'ab; a.k.a.
ABDELOUADOUDE, Abou Moussaab; a.k.a.
ABDELOUDOUD, Abu Musab; a.k.a.
ABKELWADOUD, Abou Mosaab; a.k.a. ABOU
MOSSAAB, Abdelwadoud; a.k.a. ABOU
MOSSAAH, Abdelouadoud; a.k.a. ABU MUSAB,
Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek;
a.k.a. DERDOUKAL, Abdelmalek; a.k.a.
DEROUDEL, Abdel Malek; a.k.a. DOURKDAL,
Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik;
a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a.
DROKDAL, Abdelmalek; a.k.a. DROUGDEL,
Abdelmalek; a.k.a. DROUKADAL, Abdelmalek;
a.k.a. DROUKBEL, Abdelmalek; a.k.a.
DROUKDAL, Abdelmalek; a.k.a. DROUKDAL,
Abdelmalik; a.k.a. DROUKDEL, Abdel Malek;
a.k.a. DROUKDEL, Abdelmalek; a.k.a.
DROUKDEL, Abdelouadour; a.k.a. DRUKDAL,
'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik;
a.k.a. OUDOUD, Abu Musab; a.k.a.
"ABDELWADOUD, Abou"), Meftah, Algeria;
DOB 20 Apr 1970; POB Meftah, Algeria; alt.
POB Khemis El Khechna, Algeria; nationality
Algeria (individual) [SDGT]

ABD EL OUADOUD, Abou Mossab (a.k.a. ABD
AL-WADOUB, Abdou Moussa; a.k.a. ABD EL
OUADOUD, Abou Mousab; a.k.a. ABD EL-
OUADOUD, Abi Mossaab; a.k.a. ABD-AL-
WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-
WADOUD, Abu Mossaab; a.k.a. ABDEL
WADOUD, Abou Moussaab; a.k.a. ABDEL
WADOUD, Abou Moussaab; a.k.a.
ABDELMALEK, Drokdal; a.k.a. ABDELMALEK,
Droukdal; a.k.a. ABDELMALEK, Droukdel;
a.k.a. ABDELOUADODUD, Abi Mussaab;
a.k.a. ABDELOUADOUD, Abi Mousaab; a.k.a.
ABDELOUADOUD, Abou Mossaab; a.k.a.
ABDELOUADOUD, Abou Mossab; a.k.a.
ABDELOUADOUD, Abou Moussaab; a.k.a.
ABDELOUADOUD, Abou Moussab; a.k.a.
ABDELOUADOUD, Abou Mossab; a.k.a.
ABDELOUADOUD, Abou Musab; a.k.a.
ABDELOUADOUD, Abou Mus'ab; a.k.a.
ABDELOUADOUDE, Abou Moussaab; a.k.a.
ABDELOUDOUD, Abu Musab; a.k.a.
ABDELWADOUD, Abou Mosaab; a.k.a.
ABKELWADOUD, Abou Mosaab; a.k.a. ABOU
MOSSAAB, Abdelwadoud; a.k.a. ABOU
MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB,
Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek;
a.k.a. DERDOUKAL, Abdelmalek; a.k.a.
DEROUDEL, Abdel Malek; a.k.a. DOURKDAL,
Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik;
a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a.
DROKDAL, Abdelmalek; a.k.a. DROUGDEL,
Abdelmalek; a.k.a. DROUKADAL, Abdelmalek;
a.k.a. DROUKBEL, Abdelmalek; a.k.a.
DROUKDAL, Abdelmalek; a.k.a. DROUKDAL,
Abdelmalik; a.k.a. DROUKDEL, Abdel Malek;
a.k.a. DROUKDEL, Abdelmalek; a.k.a.
DROUKDEL, Abdelouadour; a.k.a. DRUKDAL,
'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik;

a.k.a. OUDOUD, Abu Musab; a.k.a.
"ABDELWADOUD, Abou"), Meftah, Algeria;
DOB 20 Apr 1970; POB Meftah, Algeria; alt.
POB Khemis El Khechna, Algeria; nationality
Algeria (individual) [SDGT]
ABD EL-OUADOUD, Abi Mossaab (a.k.a. ABD
AL-WADOUB, Abdou Moussa; a.k.a. ABD EL
OUADOUD, Abou Mossab; a.k.a. ABD EL
OUADOUD, Abou Mousab; a.k.a. ABD-AL-
WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-
WADOUD, Abu Mossaab; a.k.a. ABDEL
WADOUD, Abou Moussaab; a.k.a.
ABDELMALEK, Drokdal; a.k.a. ABDELMALEK,
Droukdal; a.k.a. ABDELMALEK, Droukdel;
a.k.a. ABDELOUADOUD, Abu Mussaab;
a.k.a. ABDELOUADOUD, Abi Mousaab; a.k.a.
ABDELOUADOUD, Abou Mossaab; a.k.a.
ABDELOUADOUD, Abou Mossab; a.k.a.
ABDELOUADOUD, Abou Moussaab; a.k.a.
ABDELOUADOUD, Abou Moussab; a.k.a.
ABDELOUADOUD, Abou Mossab; a.k.a.
ABDELOUADOUD, Abou Musab; a.k.a.
ABDELOUADOUD, Abou Mus'ab; a.k.a.
ABDELOUADOUDE, Abou Moussaab; a.k.a.
ABDELOUDOUD, Abu Musab; a.k.a.
ABDELWADOUD, Abou Mosaab; a.k.a.
ABKELWADOUD, Abou Mosaab; a.k.a. ABOU
MOSSAAB, Abdelwadoud; a.k.a. ABOU
MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB,
Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek;
a.k.a. DERDOUKAL, Abdelmalek; a.k.a.
DEROUDEL, Abdel Malek; a.k.a. DOURKDAL,
Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik;
a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a.
DROKDAL, Abdelmalek; a.k.a. DROUGDEL,
Abdelmalek; a.k.a. DROUKADAL, Abdelmalek;
a.k.a. DROUKBEL, Abdelmalek; a.k.a.
DROUKDAL, Abdelmalek; a.k.a. DROUKDAL,
Abdelmalik; a.k.a. DROUKDEL, Abdel Malek;
a.k.a. DROUKDEL, Abdelmalek; a.k.a.
DROUKDEL, Abdelouadour; a.k.a. DRUKDAL,
'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik;

a.k.a. OUDOUD, Abu Musab; a.k.a.
"ABDELWADOUD, Abou"), Meftah, Algeria;
DOB 20 Apr 1970; POB Meftah, Algeria; alt.
POB Khemis El Khechna, Algeria; nationality
Algeria (individual) [SDGT]
ABD EL-OUADOUD, Abi Mossaab (a.k.a. ABD
AL-WADOUB, Abdou Moussa; a.k.a. ABD EL
OUADOUD, Abou Mossab; a.k.a. ABD-AL-
WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-
WADOUD, Abu Mossaab; a.k.a. ABDEL
WADOUD, Abou Moussaab; a.k.a.
ABDELMALEK, Drokdal; a.k.a. ABDELMALEK,
Droukdal; a.k.a. ABDELMALEK, Droukdel;
a.k.a. ABDELOUADOUD, Abu Mussaab;
a.k.a. ABDELOUADOUD, Abi Mousaab; a.k.a.
ABDELOUADOUD, Abou Mossaab; a.k.a.
ABDELOUADOUD, Abou Mossab; a.k.a.
ABDELOUADOUD, Abou Moussaab; a.k.a.
ABDELOUADOUD, Abou Moussab; a.k.a.
ABDELOUADOUD, Abou Mossab; a.k.a.
ABDELOUADOUD, Abou Musab; a.k.a.
ABDELOUADOUD, Abou Mus'ab; a.k.a.
ABDELOUADOUDE, Abou Moussaab; a.k.a.
ABDELOUDOUD, Abu Musab; a.k.a.
ABDELWADOUD, Abou Mosaab; a.k.a.
ABKELWADOUD, Abou Mosaab; a.k.a. ABOU
MOSSAAB, Abdelwadoud; a.k.a. ABOU
MOSSAAH, Abdelouadoud; a.k.a. ABU MUSAB,
Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek;
a.k.a. DERDOUKAL, Abdelmalek; a.k.a.
DEROUDEL, Abdel Malek; a.k.a. DOURKDAL,
Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik;
a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a.
DROKDAL, Abdelmalek; a.k.a. DROUGDEL,
Abdelmalek; a.k.a. DROUKADAL, Abdelmalek;
a.k.a. DROUKBEL, Abdelmalek; a.k.a.
DROUKDAL, Abdelmalek; a.k.a. DROUKDAL,
Abdelmalik; a.k.a. DROUKDEL, Abdel Malek;
a.k.a. DROUKDEL, Abdelmalek; a.k.a.
DROUKDEL, Abdelouadour; a.k.a. DRUKDAL,
'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik;
a.k.a. OUDOUD, Abu Musab; a.k.a.
"ABDELWADOUD, Abou"), Meftah, Algeria;
DOB 20 Apr 1970; POB Meftah, Algeria; alt.
POB Khemis El Khechna, Algeria; nationality
Algeria (individual) [SDGT]
ABD AL-GHAFUR, Humam abd-al-Khaliq (a.k.a.
ABD AL-GHAFUR, Humam Abd al-Khaliq;
a.k.a. 'ABD AL-RAHMAN, Humam 'abd al-
Khaliq; a.k.a. GHAFUR, Humam Abdel Khaleq
Abdel; a.k.a. RASHID, Humam 'abd al-Khaliq);
DOB 1945; POB ar-Ramadi, Iraq; nationality
Iraq; Former Minister of Higher Education and
Research; M0018061/104,issued 12 September
1993 (individual) [IRAQ2]
'ABD-AL-'IZ (a.k.a. 'ABD ALLAH, 'Issam 'Ali
Muhammad; a.k.a. ABD-AL-WAHAB, Abd-al-
Hai Ahmad; a.k.a. ABU YASIR; a.k.a. AL-
KAMEL, Salah 'Ali; a.k.a. MUSA, Rifa'i Ahmad
Taha; a.k.a. TAHA MUSA, Rifa'i Ahmad; a.k.a.
THABIT 'IZ); DOB 24 Jun 54; POB Egypt;
Passport 83860 (Sudan); alt. Passport 30455
(Egypt); alt. Passport 1046403 (Egypt)
(individual) [SDT]
ABDALLA, Fazul (a.k.a. ADBALLAH, Fazul;
a.k.a. AISHA, Abu; a.k.a. AL SUDANI, Abu Seif;
a.k.a. ALI, Fadel Abdallah Mohammed; a.k.a.
FAZUL, Abdalla; a.k.a. FAZUL, Abdallah; a.k.a.
FAZUL, Abdallah Mohammed; a.k.a. FAZUL,
Haroon; a.k.a. FAZUL, Harun; a.k.a. HAROON;
a.k.a. HAROUN, Fadhil; a.k.a. HARUN; a.k.a.
LUQMAN, Abu; a.k.a. MOHAMMED, Fazul;
a.k.a. MOHAMMED, Fazul Abdilahi; a.k.a.
MOHAMMED, Fazul Abdullah; a.k.a.
MOHAMMED, Fouad; a.k.a. MUHAMAD, Fadil
Abdallah); DOB 25 Aug 1972; alt. DOB 25 Dec
1974; alt. DOB 25 Feb 1974; POB Moroni,
Comoros Islands; citizen Comoros; alt. citizen
Kenya (individual) [SDGT]

OFFICE OF FOREIGN ASSETS CONTROL                                    SPECIALLY DESIGNATED NATIONALS & BLOCKED PERSONS

ABDALLAH, Ali Thafir (a.k.a. AL-TIKRITI, Yasir Sabawi Ibrahim Hasan; a.k.a. AL-TIKRITI, Yasir Sab'awi Ibrahim Hasan; a.k.a. AL-TIKRITI, Yasir Sawai Ibrahim Hasan; a.k.a. AL-TIKRITI, Yasser Sabawi Ibrahim Hasan; a.k.a. AL-TIKRITI, Yassir Sabawi Ibrahim Hasan), Mosul, Iraq; Az Zabadani, Syria; DOB 15 May 1968; alt. DOB 1970; POB Al-Owja, Iraq; alt. POB Baghdad, Iraq; nationality Iraq; Passport 284158 (Iraq) expires 21 Aug 2005 (individual) [IRAQ2]

ABDALLAH, Kamal Mustafa (a.k.a. AL-TIKRITI, Kamal Mustafa Abdallah Sultan; a.k.a. AL-TIKRITI, Kamal Mustafa Sultan Abdallah); DOB 1952; alt. DOB 4 May 1955; POB Tikrit, Iraq; nationality Iraq; Republican Guard Secretary; led Special Republican Guard and commanded both Republican Guard corps (individual) [IRAQ2]

ABDALLAH, Mushammad Yusif, Avenue Presidente Juscelino Kubistcheck 338, Apartment 1802, Center, Foz do Iguacu, Brazil; Avenue Presidente Juscelino Kubistcheck 133, Apartment 102, Center, Foz do Iguacu, Brazil; DOB 15 Jun 1952; POB Khalia, Lebanon; citizen Lebanon; alt. citizen Paraguay; Cedula No. 1110775 (Paraguay); Passport 670317 (Lebanon); alt. Passport 137532 (Paraguay) (individual) [SDGT]

ABDALLAH, Ramadan (a.k.a. ABDULLAH, Dr. Ramadan; a.k.a. SHALLAH, Dr. Ramadan Abdullah; a.k.a. SHALLAH, Ramadan Abdalla Mohamed), Damascus, Syria; DOB 01 Jan 1958; POB Gaza City, Gaza Strip; Passport 265 216 (Egypt); SSN 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 (United States); Secretary General of the PALESTINIAN ISLAMIC JIHAD (individual) [SDT]

ABDALLAH, Tarwat Salah (a.k.a. SHIHATA, Thirwat Salah; a.k.a. THIRWAT, Salah Shihata; a.k.a. THIRWAT, Shahata); DOB 29 JUN 60; POB Egypt (individual) [SDGT]

ABD-AL-WADUD, Abu-Mus'ab (a.k.a. ABD AL-WADOUB, Abdou Mossab; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL-OUADOUD, Abi Mossaab; a.k.a. ABEL EL-WADOUD, Abou Moussaab; a.k.a. ABDEL WADOUD, Abou Mossab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abu Mussaab; a.k.a. ABDELOUADOUD, Abi Moussaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Moussab; a.k.a. ABDELOUADOUD, Abou Mousaab; a.k.a. ABDELOUADOUD, Abou Mousab; a.k.a. ABDELOUADOUD, Abou Mus'ab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELOUDOUD, Abu Musab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABKELWADOUD, Abou Mossab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Masab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt.

POB Khemis El Khechna, Algeria; nationality Algeria (individual) [SDGT]

ABD-AL-WAHAB, Abd-al-Hai Ahmad (a.k.a. 'ABD ALLAH, 'Issam 'Ali Muhammad; a.k.a. 'ABD-AL-'IZ; a.k.a. ABU YASIR; a.k.a. AL-KAMEL, Salah 'Ali; a.k.a. MUSA, Rifa'i Ahmad Taha; a.k.a. TAHA MUSA, Rifa'i Ahmad; a.k.a. THABIT 'IZ); DOB 24 Jun 54; POB Egypt; Passport 83860 (Sudan); alt. Passport 30455 (Egypt); alt. Passport 1046403 (Egypt) (individual) [SDT]

ABDAOUI, Youssef (a.k.a. ABDAOUI, Youssef Ben Abdul Baki Ben Youcef; a.k.a. "ABDELLAH"; a.k.a. "ABDULLAH"; a.k.a. "ABU ABDULLAH"), Piazza Giovane Italia n.2, Varese, Italy; DOB 4 Jun 1966; POB Kairouan, Tunisia; nationality Tunisia; Passport G025057 issued 23 Jun 1999 expires 5 Feb 2004 (individual) [SDGT]

ABDAOUI, Youssef Ben Abdul Baki Ben Youcef (a.k.a. ABDAOUI, Youssef; a.k.a. "ABDELLAH"; a.k.a. "ABDULLAH"; a.k.a. "ABU ABDULLAH"), Piazza Giovane Italia n.2, Varese, Italy; DOB 4 Jun 1966; POB Kairouan, Tunisia; nationality Tunisia; Passport G025057 issued 23 Jun 1999 expires 5 Feb 2004 (individual) [SDGT]

ABDEL EL-WADOUD, Abou Mossaab (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL-OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abu Mussaab; a.k.a. ABDELOUADOUD, Abi Mousaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Moussab; a.k.a. ABDELOUADOUD, Abou Mousaab; a.k.a. ABDELOUADOUD, Abou Musab; a.k.a. ABDELOUADOUD, Abou Mus'ab; a.k.a. ABDELOUADOUD, Abou Moussaab; a.k.a. ABDELOUDOUD, Abu Musab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABKELWADOUD, Abou Mossab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, 'Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Masab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria (individual) [SDGT]

ABDEL RAHMAN (a.k.a. ABDEL RAHMAN; a.k.a. AL-MUHAJIR, Abdul Rahman; a.k.a. AL-NAMER, Mohammed K.A.; a.k.a. ATWAH, Muhsin Musa Matwalli), Afghanistan; DOB 19 Jun 1964; POB Egypt; citizen Egypt (individual) [SDGT]

ABDEL WADOUD, Abou Mossab (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL-OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abou Mossaab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a.

ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADOUD, Abu Mussaab; a.k.a. ABDELOUADOUD, Abi Mousaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Moussab; a.k.a. ABDELOUADOUD, Abou Mousaab; a.k.a. ABDELOUADOUD, Abou Musab; a.k.a. ABDELOUADOUD, Abu Mus'ab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELOUDOUD, Abou Moussaab; a.k.a. ABDELOUDOUD, Abu Musab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABKELWADOUD, Abou Mossab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Masab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria (individual) [SDGT]

ABDEL WADOUD, Abou Moussaab (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL-OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abou Mossaab; a.k.a. ABDEL WADOUD, Abou Mossab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADOUD, Abu Mussaab; a.k.a. ABDELOUADOUD, Abi Mousaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Moussab; a.k.a. ABDELOUADOUD, Abou Mousaab; a.k.a. ABDELOUADOUD, Abou Musab; a.k.a. ABDELOUADOUD, Abou Mus'ab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELOUDOUD, Abu Musab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABKELWADOUD, Abou Mossab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Masab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria (individual) [SDGT]

ABDELHAY, al-Sheikh (a.k.a. AHCENE, Cheib; a.k.a. ALLANE, Hacene; a.k.a. "ABU AL-FOUTOUH"; a.k.a. "BOULAHIA"; a.k.a.

OFFICE OF FOREIGN ASSETS CONTROL                                      SPECIALLY DESIGNATED NATIONALS & BLOCKED PERSONS

"HASSAN THE OLD"); DOB 17 Jan 1941; POB
El Menea, Algeria (individual) [SDGT]
ABDELHEDI, Mohamed Ben Mohamed (a.k.a.
ABDELHEDI, Mohamed Ben Mohamed Ben
Khalifa), via Catalani, n. 1, Varese, Italy; DOB
10 Aug 1965; POB Sfax, Tunisia; nationality
Tunisia; Italian Fiscal Code
BDLMHD65M10Z352S; Passport L965734
issued 6 Feb 1999 expires 5 Feb 2004
(individual) [SDGT]
ABDELHEDI, Mohamed Ben Mohamed Ben
Khalifa (a.k.a. ABDELHEDI, Mohamed Ben
Mohamed), via Catalani, n. 1, Varese, Italy;
DOB 10 Aug 1965; POB Sfax, Tunisia;
nationality Tunisia; Italian Fiscal Code
BDLMHD65M10Z352S; Passport L965734
issued 6 Feb 1999 expires 5 Feb 2004
(individual) [SDGT]
ABDELMALEK, Drokdal (a.k.a. ABD AL-
WADOUB, Abdou Moussa; a.k.a. ABD EL
OUADOUD, Abou Mossab; a.k.a. ABD EL
OUADOUD, Abou Moussab; a.k.a. ABD EL-
OUADOUD, Abi Mossaab; a.k.a. ABD-AL-
WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-
WADOUD, Abu Mossab; a.k.a. ABDEL
WADOUD, Abou Mossab; a.k.a. ABDEL
WADOUD, Abou Moussaab; a.k.a.
ABDELMALEK, Droukdel; a.k.a.
ABDELMALEK, Droukdel; a.k.a.
ABDELOUADODUD, Abu Mussaab; a.k.a.
ABDELOUADOUD, Abi Mousaab; a.k.a.
ABDELOUADOUD, Abou Mousaab; a.k.a.
ABDELOUADOUD, Abou Mossab; a.k.a.
ABDELOUADOUD, Abou Moussab; a.k.a.
ABDELOUADOUD, Abou Moussab; a.k.a.
ABDELOUADOUD, Abu Mos'ab; a.k.a.
ABDELOUADOUD, Abu Mos'ab; a.k.a.
ABDELOUADOUDE, Abou Moussaab; a.k.a.
ABDELOUDOUD, Abu Musab; a.k.a.
ABDELWADOUD, Abou Mossab; a.k.a.
ABKELWADOUD, Abou Mosaab; a.k.a. ABOU
MOSSAAB, Abdelwadoud; a.k.a. ABOU
MOSSAAH, Abdelouadoud; a.k.a. ABU
MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB,
Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek;
a.k.a. DERDOUKAL, Abdelmalek; a.k.a.
DEROUDEL, Abdel Malek; a.k.a. DOURKDAL,
Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik;
a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a.
DROKDAL, Abdelmalek; a.k.a. DROUGDEL,
Abdelmalek; a.k.a. DROUKADAL, Abdelmalek;
a.k.a. DROUKBEL, Abdelmalek; a.k.a.
DROUKDAL, Abdelmalek; a.k.a. DROUKDAL,
Abdelmalik; a.k.a. DROUKDEL, Abdel Malek;
a.k.a. DROUKDEL, Abdelmalek; a.k.a.
DROUKDEL, Abdelouadour; a.k.a. DRUKDAL,
'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik;
a.k.a. OUDOUD, Abu Musab; a.k.a.
"ABDELWADOUD, Abou"), Meftah, Algeria;
DOB 20 Apr 1970; POB Khemis El Khechna, Algeria; nationality
Algeria (individual) [SDGT]
ABDELMALEK, Droukdel (a.k.a. ABD AL-
WADOUB, Abdou Moussa; a.k.a. ABD EL
OUADOUD, Abou Mossab; a.k.a. ABD EL
OUADOUD, Abou Moussab; a.k.a. ABD-AL-
WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-
WADOUD, Abu Mossab; a.k.a. ABDEL
WADOUD, Abou Mossab; a.k.a. ABDEL
WADOUD, Abou Moussaab; a.k.a.
ABDELMALEK, Drokdal; a.k.a. ABDELMALEK,
Droukdel; a.k.a. ABDELOUADODUD, Abu
Mussaab; a.k.a. ABDELOUADOUD, Abi
Mousaab; a.k.a. ABDELOUADOUD, Abou
Mousaab; a.k.a. ABDELOUADOUD, Abou
Mossab; a.k.a. ABDELOUADOUD, Abou
Moussab; a.k.a. ABDELOUADOUD, Abou
Musab; a.k.a. ABDELOUADOUD, Abou Mossab;
a.k.a. ABDELOUADOUD, Abu Mus'ab; a.k.a.
ABDELOUADOUDE, Abou Moussaab; a.k.a.
ABDELOUADOUD, Abou Moussaab; a.k.a.

ABDELOUDOUD, Abu Musab; a.k.a.
ABDELWADOUD, Abou Mosaab; a.k.a. ABOU
MOSSAAB, Abdelwadoud; a.k.a. ABOU
MOSSAAH, Abdelouadoud; a.k.a. ABU
MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB,
Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek;
a.k.a. DERDOUKAL, Abdelmalek; a.k.a.
DEROUDEL, Abdel Malek; a.k.a. DOURKDAL,
Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik;
a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a.
DROKDAL, Abdelmalek; a.k.a. DROUGDEL,
Abdelmalek; a.k.a. DROUKADAL, Abdelmalek;
a.k.a. DROUKBEL, Abdelmalek; a.k.a.
DROUKDAL, Abdelmalek; a.k.a. DROUKDAL,
Abdelmalek; a.k.a. DROUKDEL, Abdel Malek;
a.k.a. DROUKDEL, Abdelmalek; a.k.a.
DROUKDEL, Abdelouadour; a.k.a. DRUKDAL,
'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik;
a.k.a. OUDOUD, Abu Musab; a.k.a.
"ABDELWADOUD, Abou"), Meftah, Algeria;
DOB 20 Apr 1970; POB Meftah, Algeria; alt.
POB Khemis El Khechna, Algeria; nationality
Algeria (individual) [SDGT]
ABDELNUR, Nury de Jesus, Panama (individual)
[CUBA]
ABDELOUADOUD, Abou Mussaab (a.k.a. ABD
AL-WADOUB, Abdou Moussa; a.k.a. ABD EL
OUADOUD, Abou Mossab; a.k.a. ABD EL
OUADOUD, Abou Moussab; a.k.a. ABD EL-
OUADOUD, Abi Mossaab; a.k.a. ABD-AL-
WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-
WADOUD, Abu Mossab; a.k.a. ABDEL
WADOUD, Abou Mossab; a.k.a. ABDEL
WADOUD, Abou Moussaab; a.k.a.
ABDELMALEK, Drokdal; a.k.a. ABDELMALEK,
Droukdel; a.k.a. ABDELOUADODUD, Abu
Mussaab; a.k.a. ABDELOUADOUD, Abi Mousaab; a.k.a.
ABDELOUADOUD, Abou Mossaab; a.k.a.

ABDELOUADOUD, Abou Mossaab; a.k.a.
ABDELOUADOUD, Abou Moussaab; a.k.a.
ABDELOUADOUD, Abou Moussaab; a.k.a.
ABDELOUADOUD, Abou Mossab; a.k.a.
ABDELOUADOUD, Abou Musab; a.k.a.
ABDELOUADOUD, Abu Mus'ab; a.k.a.
ABDELOUADOUD, Abu Mus'ab; a.k.a.
ABDELOUADOUDE, Abou Moussaab; a.k.a.
ABDELOUADOUD, Abu Musab; a.k.a.
ABDELWADOUD, Abou Mossab; a.k.a.
ABKELWADOUD, Abou Mossaab; a.k.a. ABOU
MOSSAAB, Abdelwadoud; a.k.a. ABOU
MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB,
Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek;
a.k.a. DERDOUKAL, Abdelmalek; a.k.a.
DEROUDEL, Abdel Malek; a.k.a. DOURKDAL,
Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik;
a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a.
DROKDAL, Abdelmalek; a.k.a. DROUGDEL,
Abdelmalek; a.k.a. DROUKADAL, Abdelmalek;
a.k.a. DROUKBEL, Abdelmalek; a.k.a.
DROUKDAL, Abdelmalek; a.k.a. DROUKDAL,
Abdelmalik; a.k.a. DROUKDEL, Abdel Malek;
a.k.a. DROUKDEL, Abdelmalek; a.k.a.
DROUKDEL, Abdelouadour; a.k.a. DRUKDAL,
'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik;
a.k.a. OUDOUD, Abu Musab; a.k.a.
"ABDELWADOUD, Abou"), Meftah, Algeria;
DOB 20 Apr 1970; POB Meftah, Algeria; alt.
POB Khemis El Khechna, Algeria; nationality
Algeria (individual) [SDGT]
ABDELOUADOUD, Abi Mossaab (a.k.a. ABD AL-
WADOUB, Abdou Moussa; a.k.a. ABD EL
OUADOUD, Abou Mossab; a.k.a. ABD EL
OUADOUD, Abou Moussab; a.k.a. ABD-AL-
WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-
WADOUD, Abu Mossab; a.k.a. ABDEL
WADOUD, Abou Mossab; a.k.a. ABDEL
WADOUD, Abou Moussaab; a.k.a.
ABDELMALEK, Drokdal; a.k.a. ABDELMALEK,
Droukdel; a.k.a. ABDELMALEK, Droukdel;
a.k.a. ABDELOUADODUD, Abu Mussaab;
a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a.
ABDELOUADOUD, Abou Mossab; a.k.a.
ABDELOUADOUD, Abou Moussaab; a.k.a.
ABDELOUADOUD, Abou Moussaab; a.k.a.
ABDELOUADOUD, Abou Mossab; a.k.a.
ABDELOUADOUD, Abu Mus'ab; a.k.a.
ABDELOUADOUDE, Abou Moussaab; a.k.a.
ABDELOUDOUD, Abu Musab; a.k.a.
ABDELWADOUD, Abou Mossab; a.k.a.
ABKELWADOUD, Abou Mossaab; a.k.a. ABOU
MOSSAAB, Abdelwadoud; a.k.a. ABOU
MOSSAAH, Abdelouadoud; a.k.a. ABU MUSAB,
Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek;
a.k.a. DERDOUKAL, Abdel Malek; a.k.a. DOURKDAL,
Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik;
a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a.
DROKDAL, Abdelmalek; a.k.a. DROUGDEL,
Abdelmalek; a.k.a. DROUKADAL, Abdelmalek;
a.k.a. DROUKBEL, Abdelmalek; a.k.a.
DROUKDAL, Abdelmalek; a.k.a. DROUKDAL,
Abdelmalik; a.k.a. DROUKDEL, Abdelmalek;
a.k.a. DROUKDEL, Abdelmalek; a.k.a.
DROUKDEL, Abdelouadour; a.k.a. DRUKDAL,
'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik;
a.k.a. OUDOUD, Abu Musab; a.k.a.
"ABDELWADOUD, Abou"), Meftah, Algeria;
DOB 20 Apr 1970; POB Meftah, Algeria; alt.
POB Khemis El Khechna, Algeria; nationality
Algeria (individual) [SDGT]
ABDELOUADOUD, Abou Mossaab (a.k.a. ABD
AL-WADOUB, Abdou Moussa; a.k.a. ABD EL
OUADOUD, Abou Mossab; a.k.a. ABD EL
OUADOUD, Abi Mossaab; a.k.a. ABD-AL-
WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-
WADOUD, Abu Mossab; a.k.a. ABDEL
WADOUD, Abou Mossab; a.k.a. ABDEL

OFFICE OF FOREIGN ASSETS CONTROL                                        SPECIALLY DESIGNATED NATIONALS & BLOCKED PERSONS

WADOUD, Abou Moussaab; a.k.a.
ABDELMALEK, Drokdal; a.k.a. ABDELMALEK,
Droukdal; a.k.a. ABDELMALEK, Droukdel;
a.k.a. ABDELOUADODUD, Abu Mussaab;
a.k.a. ABDELOUADOUD, Abi Mousaab; a.k.a.
ABDELOUADOUD, Abou Mossaab; a.k.a.
ABDELOUADOUD, Abou Moussab; a.k.a.
ABDELOUADOUD, Abou Mossab; a.k.a.
ABDELOUADOUD, Abou Mossab; a.k.a.
ABDELOUADOUD, Abou Musab; a.k.a.
ABDELOUADOUD, Abu Mus'ab; a.k.a.
ABDELOUADOUDE, Abou Moussaab; a.k.a.
ABDELOUDOUD, Abu Musab; a.k.a.
ABDELWADOUD, Abou Mossaab; a.k.a.
ABKELWADOUD, Abou Mossaab; a.k.a. ABOU
MOSSAAB, Abdelwadoud; a.k.a. ABOU
MOSSAAH, Abdelouadoud; a.k.a. ABOU
MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB,
Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek;
a.k.a. DERDOUKAL, Abdelmalek; a.k.a.
DEROUDEL, Abdel Malek; a.k.a. DOURKDAL,
Abdelmalek; a.k.a. DRIDOAL, Abd-al-Malik;
a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a.
DROKDAL, Abdelmalek; a.k.a. DROUGDEL,
Abdelmalek; a.k.a. DROUKADAL, Abdelmalek;
a.k.a. DROUKBEL, Abdelmalek; a.k.a.
DROUKDAL, Abdelmalek; a.k.a. DROUKDAL,
Abdelmalik; a.k.a. DROUKDEL, Abdel Malek;
a.k.a. DROUKDEL, Abdelmalek; a.k.a.
DROUKDEL, Abdelouadour; a.k.a. DRUKDAL,
'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik;
a.k.a. OUDOUD, Abu Musab; a.k.a.
"ABDELWADOUD, Abou"), Meftah, Algeria;
DOB 20 Apr 1970; POB Meftah, Algeria; alt.
POB Khemis El Khechna, Algeria; nationality
Algeria (individual) [SDGT]
ABDELOUADOUD, Abou Mossab (a.k.a. ABD
AL-WADOUB, Abdou Moussa; a.k.a. ABD EL
OUADOUD, Abou Mossab; a.k.a. ABD EL
OUADOUD, Abou Mousab; a.k.a. ABD EL-
OUADOUD, Abi Mossaab; a.k.a. ABD-AL-
WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-
WADOUD, Abu Mossaab; a.k.a. ABDEL
WADOUD, Abou Mossab; a.k.a. ABDEL
MALEK, Drokdal; a.k.a. ABDELMALEK,
Droukdal; a.k.a. ABDELMALEK, Droukdel;
a.k.a. ABDELOUADODUD, Abu Mussaab;
a.k.a. ABDELOUADOUD, Abi Mousaab; a.k.a.
ABDELOUADOUD, Abou Mossaab; a.k.a.
ABDELOUADOUD, Abou Moussab; a.k.a.
ABDELOUADOUD, Abou Mossab; a.k.a.
ABDELOUADOUD, Abou Musab; a.k.a.
ABDELOUADOUD, Abu Mus'ab; a.k.a.
ABDELOUADOUDE, Abou Moussaab; a.k.a.
ABDELOUDOUD, Abu Musab; a.k.a.
ABDELWADOUD, Abou Mossab; a.k.a.
ABKELWADOUD, Abou Mossaab; a.k.a. ABOU
MOSSAAB, Abdelwadoud; a.k.a. ABOU
MOSSAAH, Abdelouadoud; a.k.a. ABU MUSAB,
Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek;
a.k.a. DERDOUKAL, Abdelmalek; a.k.a.
DEROUDEL, Abdel Malek; a.k.a. DOURKDAL,
Abdelmalek; a.k.a. DRIDOAL, Abd-al-Malik;
a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a.
DROKDAL, Abdelmalek; a.k.a. DROUGDEL,
Abdelmalek; a.k.a. DROUKADAL, Abdelmalek;
a.k.a. DROUKBEL, Abdelmalek; a.k.a.
DROUKDAL, Abdelmalek; a.k.a. DROUKDAL,
Abdelmalik; a.k.a. DROUKDEL, Abdel Malek;
a.k.a. DROUKDEL, Abdelmalek; a.k.a.
DROUKDEL, Abdelouadour; a.k.a. DRUKDAL,
'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik;
a.k.a. OUDOUD, Abu Musab; a.k.a.
"ABDELWADOUD, Abou"), Meftah, Algeria;
DOB 20 Apr 1970; POB Meftah, Algeria; alt.
POB Khemis El Khechna, Algeria; nationality
Algeria (individual) [SDGT]
ABDELOUADOUD, Abou Mousaab (a.k.a. ABD
AL-WADOUB, Abdou Moussa; a.k.a. ABD EL
OUADOUD, Abou Mossab; a.k.a. ABD EL

OUADOUD, Abi Mossaab; a.k.a. ABD-AL-
WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-
WADOUD, Abu Mossaab; a.k.a. ABDEL
WADOUD, Abou Mossab; a.k.a.
ABDELMALEK, Drokdal; a.k.a. ABDELMALEK,
Droukdal; a.k.a. ABDELMALEK, Droukdel;
a.k.a. ABDELOUADODUD, Abu Mussaab;
a.k.a. ABDELOUADOUD, Abi Mousaab; a.k.a.
ABDELOUADOUD, Abou Mossaab; a.k.a.
ABDELOUADOUD, Abou Moussab; a.k.a.
ABDELOUADOUD, Abou Mossab; a.k.a.
ABDELOUADOUD, Abou Musab; a.k.a.
ABDELOUADOUD, Abu Mossab; a.k.a.
ABDELOUADOUD, Abu Mus'ab; a.k.a.
ABDELOUADOUDE, Abou Moussaab; a.k.a.
ABDELOUDOUD, Abu Musab; a.k.a.
ABDELWADOUD, Abou Mossab; a.k.a.
ABKELWADOUD, Abou Mossaab; a.k.a. ABOU
MOSSAAB, Abdelwadoud; a.k.a. ABOU
MOSSAAH, Abdelouadoud; a.k.a. ABU MUSAB,
Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek;
a.k.a. DERDOUKAL, Abdelmalek; a.k.a.
DEROUDEL, Abdel Malek; a.k.a. DOURKDAL,
Abdelmalek; a.k.a. DRIDOAL, Abd-al-Malik;
a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a.
DROKDAL, Abdelmalek; a.k.a. DROUGDEL,
Abdelmalek; a.k.a. DROUKADAL, Abdelmalek;
a.k.a. DROUKBEL, Abdelmalek; a.k.a.
DROUKDAL, Abdelmalek; a.k.a. DROUKDAL,
Abdelmalik; a.k.a. DROUKDEL, Abdel Malek;
a.k.a. DROUKDEL, Abdelmalek; a.k.a.
DROUKDEL, Abdelouadour; a.k.a. DRUKDAL,
'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik;
a.k.a. OUDOUD, Abu Musab; a.k.a.
"ABDELWADOUD, Abou"), Meftah, Algeria;
DOB 20 Apr 1970; POB Meftah, Algeria; alt.
POB Khemis El Khechna, Algeria; nationality
Algeria (individual) [SDGT]
ABDELOUADOUD, Abou Moussaab (a.k.a. ABD
AL-WADOUB, Abdou Moussa; a.k.a. ABD EL
OUADOUD, Abou Mossab; a.k.a. ABD EL
OUADOUD, Abou Mousab; a.k.a. ABD EL-
OUADOUD, Abi Mossaab; a.k.a. ABD-AL-
WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-
WADOUD, Abu Mossaab; a.k.a. ABDEL
WADOUD, Abou Mossab; a.k.a. ABDEL
WADOUD, Abou Moussaab; a.k.a.
ABDELMALEK, Drokdal; a.k.a. ABDELMALEK,
Droukdal; a.k.a. ABDELMALEK, Droukdel;
a.k.a. ABDELOUADODUD, Abu Mussaab;
a.k.a. ABDELOUADOUD, Abi Mousaab; a.k.a.
ABDELOUADOUD, Abou Mossaab; a.k.a.
ABDELOUADOUD, Abou Moussab; a.k.a.
ABDELOUADOUD, Abou Mossab; a.k.a.
ABDELOUADOUD, Abou Musab; a.k.a.
ABDELOUADOUD, Abu Mus'ab; a.k.a.
ABDELOUADOUDE, Abou Moussaab; a.k.a.
ABDELOUDOUD, Abu Musab; a.k.a.
ABDELWADOUD, Abou Mossab; a.k.a.
ABKELWADOUD, Abou Mossaab; a.k.a. ABOU
MOSSAAB, Abdelwadoud; a.k.a. ABOU
MOSSAAH, Abdelouadoud; a.k.a. ABU MUSAB,
Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek;
a.k.a. DERDOUKAL, Abdelmalek; a.k.a.
DEROUDEL, Abdel Malek; a.k.a. DOURKDAL,
Abdelmalek; a.k.a. DRIDOAL, Abd-al-Malik;
a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a.
DROKDAL, Abdelmalek; a.k.a. DROUGDEL,
Abdelmalek; a.k.a. DROUKADAL, Abdelmalek;
a.k.a. DROUKBEL, Abdelmalek; a.k.a.
DROUKDAL, Abdelmalek; a.k.a. DROUKDAL,
Abdelmalik; a.k.a. DROUKDEL, Abdel Malek;
a.k.a. DROUKDEL, Abdelmalek; a.k.a.
DROUKDEL, Abdelouadour; a.k.a. DRUKDAL,
'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik;
a.k.a. OUDOUD, Abu Musab; a.k.a.
"ABDELWADOUD, Abou"), Meftah, Algeria;
DOB 20 Apr 1970; POB Meftah, Algeria; alt.
POB Khemis El Khechna, Algeria; nationality
Algeria (individual) [SDGT]

POB Khemis El Khechna, Algeria; nationality
Algeria (individual) [SDGT]
ABDELOUADOUD, Abou Musab (a.k.a. ABD AL-
WADOUB, Abdou Moussa; a.k.a. ABD EL
OUADOUD, Abou Mossab; a.k.a. ABD EL
OUADOUD, Abou Mousab; a.k.a. ABD EL-
OUADOUD, Abi Mossaab; a.k.a. ABD-AL-
WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-
WADOUD, Abu Mossaab; a.k.a. ABDEL
WADOUD, Abou Mossab; a.k.a. ABDEL
WADOUD, Abou Moussaab; a.k.a.
ABDELMALEK, Drokdal; a.k.a. ABDELMALEK,
Droukdal; a.k.a. ABDELMALEK, Droukdel;
a.k.a. ABDELOUADODUD, Abu Mussaab;
a.k.a. ABDELOUADOUD, Abi Mousaab; a.k.a.
ABDELOUADOUD, Abou Mossaab; a.k.a.
ABDELOUADOUD, Abou Moussab; a.k.a.
ABDELOUADOUD, Abou Mossab; a.k.a.
ABDELOUADOUD, Abou Musab; a.k.a.
ABDELOUADOUD, Abou Mus'ab; a.k.a.
ABDELOUADOUDE, Abou Moussaab; a.k.a.
ABDELOUDOUD, Abu Musab; a.k.a.
ABDELWADOUD, Abou Mossab; a.k.a.
ABKELWADOUD, Abou Mossaab; a.k.a. ABOU
MOSSAAB, Abdelwadoud; a.k.a. ABOU
MOSSAAH, Abdelouadoud; a.k.a. ABU MUSAB,
Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek;
a.k.a. DERDOUKAL, Abdelmalek; a.k.a.
DEROUDEL, Abdel Malek; a.k.a. DRIDOAL, Abd-al-Malik;
a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a.
DROKDAL, Abdelmalek; a.k.a. DROUGDEL,
Abdelmalek; a.k.a. DROUKADAL, Abdelmalek;
a.k.a. DROUKBEL, Abdelmalek; a.k.a.
DROUKDAL, Abdelmalek; a.k.a. DROUKDAL,
Abdelmalik; a.k.a. DROUKDEL, Abdel Malek;
a.k.a. DROUKDEL, Abdelmalek; a.k.a.
DROUKDEL, Abdelouadour; a.k.a. DRUKDAL,
'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik;
a.k.a. OUDOUD, Abu Musab; a.k.a.
"ABDELWADOUD, Abou"), Meftah, Algeria;
DOB 20 Apr 1970; POB Meftah, Algeria; alt.
POB Khemis El Khechna, Algeria; nationality
Algeria (individual) [SDGT]
ABDELOUADOUD, Abou Mossab (a.k.a. ABD AL-
WADOUB, Abdou Moussa; a.k.a. ABD EL
OUADOUD, Abou Mousab; a.k.a. ABD EL-
OUADOUD, Abi Mossaab; a.k.a. ABD-AL-
WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-
WADOUD, Abou Mossab; a.k.a. ABDEL
WADOUD, Abou Moussaab; a.k.a.
ABDELMALEK, Drokdal; a.k.a. ABDELMALEK,
Droukdal; a.k.a. ABDELMALEK, Droukdel;
a.k.a. ABDELOUADODUD, Abu Mussaab;
a.k.a. ABDELOUADOUD, Abi Mousaab; a.k.a.
ABDELOUADOUD, Abou Mossab; a.k.a.
ABDELOUADOUD, Abou Moussab; a.k.a.
ABDELOUADOUD, Abou Moussaab; a.k.a.
ABDELOUADOUD, Abou Musab; a.k.a.
ABDELOUADOUD, Abu Mus'ab; a.k.a.
ABDELOUADOUDE, Abou Moussaab; a.k.a.
ABDELOUDOUD, Abu Musab; a.k.a.
ABDELWADOUD, Abou Mossaab; a.k.a.
ABKELWADOUD, Abou Mossaab; a.k.a. ABOU
MOSSAAB, Abdelwadoud; a.k.a. ABOU
MOSSAAH, Abdelouadoud; a.k.a. ABU MUSAB,
Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek;
a.k.a. DERDOUKAL, Abdelmalek; a.k.a.
DEROUDEL, Abdel Malek; a.k.a. DOURKDAL,
Abdelmalek; a.k.a. DRIDOAL, Abd-al-Malik;
a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a.
DROKDAL, Abdelmalek; a.k.a. DROUGDEL,
Abdelmalek; a.k.a. DROUKADAL, Abdelmalek;
a.k.a. DROUKBEL, Abdelmalek; a.k.a.
DROUKDAL, Abdelmalek; a.k.a. DROUKDAL,
Abdelmalik; a.k.a. DROUKDEL, Abdel Malek;
a.k.a. DROUKDEL, Abdelmalek; a.k.a.

July 17, 2008

OFFICE OF FOREIGN ASSETS CONTROL                                    SPECIALLY DESIGNATED NATIONALS & BLOCKED PERSONS

DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria (individual) [SDGT]
ABDELOUADOUD, Abu Mus'ab (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL OUADOUD, Abou Mousab; a.k.a. ABD EL-OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL WADOUD, Abou Mossaab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdal; a.k.a. ABDELOUADODUD, Abu Mossaab; a.k.a. ABDELOUADOUD, Abi Moussaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Moussab; a.k.a. ABDELOUADOUD, Abou Mousaab; a.k.a. ABDELOUADOUD, Abou Moussaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABKELWADOUD, Abou Mossaab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelmalik; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria (individual) [SDGT]
ABDELOUADOUDE, Abou Moussaab (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL OUADOUD, Abou Mousab; a.k.a. ABD EL-OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abou Mossaab; a.k.a. ABDEL WADOUD, Abou Mossaab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdal; a.k.a. ABDELOUADOUD, Abi Mussaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Moussaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUDOUD, Abu Musab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABKELWADOUD, Abou Mossaab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROUGDEL,

Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelmalik; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria (individual) [SDGT]
ABDELOUDOUD, Abu Musab (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL OUADOUD, Abou Mousab; a.k.a. ABD EL-OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abou Mossaab; a.k.a. ABDEL WADOUD, Abou Mossaab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abu Mussaab; a.k.a. ABDELOUADOUD, Abi Moussaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Mousaab; a.k.a. ABDELOUADOUD, Abou Moussaab; a.k.a. ABDELOUADOUD, Abu Mossab; a.k.a. ABDELOUADOUD, Abou Mussab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABKELWADOUD, Abou Mossaab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria (individual) [SDGT]
ABDELRAZEK, Abousofian (a.k.a. ABD AL RAZEQ, Abu Sufian; a.k.a. 'ABD AL-RAZZIQ, Abu Sufian al-Salamabi Muhammed Ahmed; a.k.a. ABDELRAZIK, Abousofian; a.k.a. ABDELRAZIK, Abousofian; a.k.a. ABDELRAZIK, Sofian; a.k.a. "ABOU EL LAYTH"; a.k.a. "ABOULAIL"; a.k.a. "ABU JUIRIAH"; a.k.a. "ABU SUFIAN"; a.k.a. "ABULAIL"; a.k.a. "DJOLAIBA THE SUDANESE"; a.k.a. "JOLAIBA"; a.k.a. "OULD EL SAYEIGH"); DOB 6 Aug 1962; POB Al-Bawgah, Sudan;; alt. POB Albaouga, Sudan; nationality Canada; alt. nationality Sudan; Passport BC166787 (Canada) (individual) [SDGT]
ABDELRAZIK, Aboufian Salman (a.k.a. ABD AL RAZEQ, Abu Sufian; a.k.a. 'ABD AL-RAZZIQ, Abu Sufian al-Salamabi Muhammed Ahmed; a.k.a. ABDELRAZEK, Abousofian; a.k.a. ABDELRAZIK, Abousofian; a.k.a. ABDELRAZIK, Sofian; a.k.a. "ABOU EL LAYTH"; a.k.a. "ABOULAIL"; a.k.a. "ABU JUIRIAH"; a.k.a. "ABU SUFIAN"; a.k.a. "ABULAIL"; a.k.a. "DJOLAIBA THE SUDANESE"; a.k.a. "JOLAIBA"; a.k.a. "OULD

EL SAYEIGH"); DOB 6 Aug 1962; POB Al-Bawgah, Sudan; alt. POB Albaouga, Sudan; nationality Canada; alt. nationality Sudan; Passport BC166787 (Canada) (individual) [SDGT]
ABDELRAZIK, Abousofian (a.k.a. ABD AL RAZEQ, Abu Sufian; a.k.a. 'ABD AL-RAZZIQ, Abu Sufian al-Salamabi Muhammed Ahmed; a.k.a. ABDELRAZEK, Abousofian; a.k.a. ABDELRAZIK, Aboufian Salman; a.k.a. ABDELRAZIK, Abousofian; a.k.a. ABDELRAZIK, Sofian; a.k.a. "ABOU EL LAYTH"; a.k.a. "ABOULAIL"; a.k.a. "ABU JUIRIAH"; a.k.a. "ABU SUFIAN"; a.k.a. "ABULAIL"; a.k.a. "DJOLAIBA THE SUDANESE"; a.k.a. "JOLAIBA"; a.k.a. "OULD EL SAYEIGH"); DOB 6 Aug 1962; POB Al-Bawgah, Sudan; alt. POB Albaouga, Sudan; nationality Canada; alt. nationality Sudan; Passport BC166787 (Canada) (individual) [SDGT]
ABDELRAZIK, Abousofiane (a.k.a. ABD AL RAZEQ, Abu Sufian; a.k.a. 'ABD AL-RAZZIQ, Abu Sufian al-Salamabi Muhammed Ahmed; a.k.a. ABDELRAZEK, Abousofian; a.k.a. ABDELRAZIK, Aboufian Salman; a.k.a. ABDELRAZIK, Abousofian; a.k.a. ABDELRAZIK, Sofian; a.k.a. "ABOU EL LAYTH"; a.k.a. "ABOULAIL"; a.k.a. "ABU JUIRIAH"; a.k.a. "ABU SUFIAN"; a.k.a. "ABULAIL"; a.k.a. "DJOLAIBA THE SUDANESE"; a.k.a. "JOLAIBA"; a.k.a. "OULD EL SAYEIGH"); DOB 6 Aug 1962; POB Al-Bawgah, Sudan; alt. POB Albaouga, Sudan; nationality Canada; alt. nationality Sudan; Passport BC166787 (Canada) (individual) [SDGT]
ABDELRAZIK, Sofian (a.k.a. ABD AL RAZEQ, Abu Sufian; a.k.a. 'ABD AL-RAZZIQ, Abu Sufian al-Salamabi Muhammed Ahmed; a.k.a. ABDELRAZEK, Abousofian; a.k.a. ABDELRAZIK, Aboufian Salman; a.k.a. ABDELRAZIK, Abousofian; a.k.a. ABDELRAZIK, Abousofiane; a.k.a. "ABOU EL LAYTH"; a.k.a. "ABOULAIL"; a.k.a. "ABU JUIRIAH"; a.k.a. "ABU SUFIAN"; a.k.a. "ABULAIL"; a.k.a. "DJOLAIBA THE SUDANESE"; a.k.a. "JOLAIBA"; a.k.a. "OULD EL SAYEIGH"); DOB 6 Aug 1962; POB Al-Bawgah, Sudan; alt. POB Albaouga, Sudan; nationality Canada; alt. nationality Sudan; Passport BC166787 (Canada) (individual) [SDGT]
ABDELWADOUD, Abou Mossab (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL OUADOUD, Abou Mousab; a.k.a. ABD EL-OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abou Mossaab; a.k.a. ABDEL WADOUD, Abou Mossaab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abu Mussaab; a.k.a. ABDELOUADOUD, Abi Moussaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Moussaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Musab; a.k.a. ABDELOUADOUD, Abou Mus'ab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELOUDOUD, Abu Musab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik;

OFFICE OF FOREIGN ASSETS CONTROL                    SPECIALLY DESIGNATED NATIONALS & BLOCKED PERSONS

a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a.
DROKDAL, Abdelmalek; a.k.a. DROUGDEL,
Abdelmalek; a.k.a. DROUKADAL, Abdelmalek;
a.k.a. DROUKBEL, Abdelmalek; a.k.a.
DROUKDAL, Abdelmalek; a.k.a. DROUKDAL,
Abdelmalik; a.k.a. DROUKDEL, Abdel Malek;
a.k.a. DROUKDEL, Abdelmalek; a.k.a.
DROUKDEL, Abdelouadour; a.k.a. DRUKDAL,
'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik;
a.k.a. OUDOUD, Abu Musab; a.k.a.
"ABDELWADOUD, Abou"), Meftah, Algeria;
DOB 20 Apr 1970; POB Meftah, Algeria; alt.
POB Khemis El Khechna, Algeria; nationality
Algeria (individual) [SDGT]
ABDILLAH, Abdul (a.k.a. ABDILLAH, Abubakar;
a.k.a. ABDILLAH, Ustadz Abubakar; a.k.a.
CASTRO, Jorge; a.k.a. DE LOS REYES,
Feliciano; a.k.a. DE LOS REYES, Feliciano
Abubakar; a.k.a. DELOS REYES Y
SEMBERIO, Feleciano; a.k.a. DELOS REYES,
Feleciano Semborio; a.k.a. DELOS REYES,
Feliciano Semborio, Jr.; a.k.a. REYES,
Ustadz Abubakar; a.k.a. REYES, Abubakar);
DOB 4 Nov 1963; POB Arco, Lamitan, Basilan
Province, Philippines; nationality Philippines
(individual) [SDGT]
ABDILLAH, Abubakar (a.k.a. ABDILLAH, Abdul;
a.k.a. ABDILLAH, Ustadz Abubakar; a.k.a.
CASTRO, Jorge; a.k.a. DE LOS REYES,
Feliciano; a.k.a. DE LOS REYES, Feliciano
Abubakar; a.k.a. DELOS REYES Y
SEMBERIO, Feleciano; a.k.a. DELOS REYES,
Feleciano Semborio; a.k.a. DELOS REYES,
Feliciano Semborio, Jr.; a.k.a. REYES, Abubakar);
DOB 4 Nov 1963; POB Arco, Lamitan, Basilan
Province, Philippines; nationality Philippines
(individual) [SDGT]
ABDILLAH, Ustadz Abubakar (a.k.a. ABDILLAH,
Abdul; a.k.a. ABDILLAH, Abubakar; a.k.a.
CASTRO, Jorge; a.k.a. DE LOS REYES,
Feliciano; a.k.a. DE LOS REYES, Feliciano
Abubakar; a.k.a. DELOS REYES Y
SEMBERIO, Feleciano; a.k.a. DELOS REYES,
Feleciano Semborio; a.k.a. DELOS REYES,
Feliciano Semborio, Jr.; a.k.a. REYES, Abubakar);
DOB 4 Nov 1963; POB Arco, Lamitan, Basilan
Province, Philippines; nationality Philippines
(individual) [SDGT]
ABDRABBA, Ghoma (a.k.a. ABDRABBA,
Ghunia; a.k.a. ABD'RABBAH, Ghuma; a.k.a.
ABDURABBA, Ghunia; a.k.a. "ABD'RABBAH";
a.k.a. "ABU JAMIL"), Birmingham, United
Kingdom; DOB 2 Sep 1957; POB Benghazi,
Libya; nationality United Kingdom (individual)
[SDGT]
ABDRABBA, Ghunia (a.k.a. ABDRABBA,
Ghoma; a.k.a. ABD'RABBAH, Ghuma; a.k.a.
ABDURABBA, Ghunia; a.k.a. "ABD'RABBAH";
a.k.a. "ABU JAMIL"), Birmingham, United
Kingdom; DOB 2 Sep 1957; POB Benghazi,
Libya; nationality United Kingdom (individual)
[SDGT]
ABD'RABBAH, Ghuma (a.k.a. ABDRABBA,
Ghoma; a.k.a. ABDRABBA, Ghunia; a.k.a.
ABDURABBA, Ghunia; a.k.a. "ABD'RABBAH";
a.k.a. "ABU JAMIL"), Birmingham, United
Kingdom; DOB 2 Sep 1957; POB Benghazi,
Libya; nationality United Kingdom (individual)
[SDGT]
ABDUL KHALED, Adel Mohamed Mahmood
(a.k.a. ABD AL-KHALIQ, Adil Muhammad
Mahmud; a.k.a. ABDUL KHALIQ, Adel
Mohamed Mahmoud); DOB 2 Mar 1984; POB
Bahrain; Passport 1632207 (Bahrain)
(individual) [SDGT]
ABDUL KHALIQ, Adel Mohamed Mahmoud
(a.k.a. ABD AL-KHALIQ, Adil Muhammad
Mahmud; a.k.a. ABDUL KHALED, Adel
Mohamed Mahmood); DOB 2 Mar 1984; POB
Bahrain; Passport 1632207 (Bahrain)
(individual) [SDGT]

ABDUL MARTIN (a.k.a. ABDUL MATIN; a.k.a.
AMAR UMAR; a.k.a. AMAR USMAN; a.k.a.
ANAR USMAN; a.k.a. DJOKO SUPRIYANTO;
a.k.a. DUL MATIN; a.k.a. DULMATIN; a.k.a.
JAK IMRON; a.k.a. MUKTAMAR; a.k.a.
NOVARIANTO; a.k.a. PINTONO, Joko; a.k.a.
PITONO, Joko; a.k.a. PITOYO, Joko; a.k.a.
TOPEL); DOB 16 Jun 1970; alt. DOB 6 Jun
1970; POB Petarukan village, Pemalang,
Central Java, Indonesia; nationality Indonesia
(individual) [SDGT]
ABDUL MATIN (a.k.a. ABDUL MARTIN; a.k.a.
AMAR UMAR; a.k.a. AMAR USMAN; a.k.a.
ANAR USMAN; a.k.a. DJOKO SUPRIYANTO;
a.k.a. DUL MATIN; a.k.a. DULMATIN; a.k.a.
JAK IMRON; a.k.a. MUKTAMAR; a.k.a.
NOVARIANTO; a.k.a. PINTONO, Joko; a.k.a.
PITONO, Joko; a.k.a. PITOYO, Joko; a.k.a.
TOPEL); DOB 16 Jun 1970; alt. DOB 6 Jun
1970; POB Petarukan village, Pemalang,
Central Java, Indonesia; nationality Indonesia
(individual) [SDGT]
ABDUL RAHMAN (a.k.a. ABDEL RAHMAN;
a.k.a. AL-MUHAJIR, Abdul Rahman; a.k.a. AL-
NAMER, Mohammed K.A.; a.k.a. ATWAH,
Muhsin Musa Matwalli), Afghanistan; DOB 19
Jun 1964; POB Egypt; citizen Egypt (individual)
[SDGT]
ABDULLAH, Abdullah Ahmed (a.k.a. ABU
MARIAM; a.k.a. AL-MASRI, Abu Mohamed;
a.k.a. SALEH), Afghanistan; DOB 1963; POB
Egypt; citizen Egypt (individual) [SDGT]
'ABDULLAH, 'Ali Zafir (a.k.a. AL-BAYJAT, Bashar
Sabawi Ibrahim Hasan; a.k.a. AL-TIKRITI,
Bashar Sabawi Ibrahim Hasan; a.k.a. AL-
TIKRITI, Bashar Sab'awi Ibrahim Hasan; a.k.a.
AL-TIKRITI, Bashir Sab'awi Ibrahim Al-Hasan;
a.k.a. AL-TIKRITI, Bashir Sabawi Ibrahim Al-
Hassan), Fuad Dawod Farm, Az Zabadani,
Damascus, Syria; Beirut, Lebanon; DOB 17 Jul
1970; POB Baghdad, Iraq; nationality Iraq
(individual) [IRAQ2]
ABDULLAH, Dr. Ramadan (a.k.a. ABDALLAH,
Ramadan; a.k.a. SHALLAH, Dr. Ramadan
Abdullah; a.k.a. SHALLAH, Ramadan Abdalla
Mohamed), Damascus, Syria; DOB 01 Jan
1958; POB Gaza City, Gaza Strip; Passport 265
216 (Egypt); SSN 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 (United States);
Secretary General of the PALESTINIAN
ISLAMIC JIHAD (individual) [SDT]
ABDULLAH, Sheikh Taysir (a.k.a. ABU HAFS;
a.k.a. ABU SITTA, Subhi; a.k.a. AL-MASRI, Abu
Hafs; a.k.a. ATEF, Muhammad; a.k.a. ATIF,
Mohamed; a.k.a. ATIF, Muhammad; a.k.a. EL
KHABIR, Abu Hafs el Masry; a.k.a. TAYSIR);
DOB 1951; alt. DOB 1956; alt. DOB 1944; POB
Alexandria, Egypt (individual) [SDT] [SDGT]
ABDULLKADIR, Hussein Mahamud, Florence,
Italy (individual) [SDGT]
ABDULMALIK, Abdul Hameed (a.k.a. MALIK,
Assim Mohammed Rafiq Abdul; a.k.a. RAFIQ,
Assem), 14 Almotaz Sad Al Deen Street, Al
Nozha, Cairo, Egypt (individual) [IRAQ2]
ABDURABBA, Ghunia (a.k.a. ABDRABBA,
Ghoma; a.k.a. ABDRABBA, Ghunia; a.k.a.
ABD'RABBAH, Ghuma; a.k.a. "ABD'RABBAH";
a.k.a. "ABU JAMIL"), Birmingham, United
Kingdom; DOB 2 Sep 1957; POB Benghazi,
Libya; nationality United Kingdom (individual)
[SDGT]
ABDURHEMAN, Ahmed Mohammed (a.k.a. ABU
FATIMA; a.k.a. ABU ISLAM; a.k.a. ABU
KHADIJAH; a.k.a. AHMED HAMED; a.k.a.
AHMED THE EGYPTIAN; a.k.a. AHMED,
Ahmed; a.k.a. ALI, Ahmed Mohammed; a.k.a.
ALI, Ahmed Mohammed Hamed; a.k.a. ALI,
Hamed; a.k.a. AL-MASRI, Ahmed; a.k.a. AL-
SURIR, Abu Islam; a.k.a. HEMED, Ahmed;
a.k.a. SHIEB, Ahmed; a.k.a. SHUAIB),
Afghanistan; DOB 1965; POB Egypt; citizen
Egypt (individual) [SDGT]
ABDURRAHMAN, Abu Jibril (a.k.a. A RAHMAN,
Mohamad Iqbal; a.k.a. ABDURRAHMAN,

Mohamad Iqbal; a.k.a. ABU JIBRIL; a.k.a.
MUQTI, Fihiruddin; a.k.a. MUQTI, Fikiruddin;
a.k.a. RAHMAN, Mohamad Iqbal); DOB 17 Aug
1958; POB Tirpas-Selong Village, East Lombok,
Indonesia; nationality Indonesia (individual)
[SDGT]
ABDURRAHMAN, Mohamad Iqbal (a.k.a. A
RAHMAN, Mohamad Iqbal; a.k.a.
ABDURRAHMAN, Abu Jibril; a.k.a. ABU
JIBRIL; a.k.a. MUQTI, Fihiruddin; a.k.a. MUQTI,
Fikiruddin; a.k.a. RAHMAN, Mohamad Iqbal);
DOB 17 Aug 1958; POB Tirpas-Selong Village,
East Lombok, Indonesia; nationality Indonesia
(individual) [SDGT]
ABIDJAN FREIGHT, Abidjan, Cote d Ivoire
[LIBERIA]
ABKELWADOUD, Abou Mosaab (a.k.a. ABD AL-
WADOUB, Abdou Moussa; a.k.a. ABD EL
OUADOUD, Abou Mossab; a.k.a. ABD EL
OUADOUD, Abou Mousab; a.k.a. ABD EL-
OUADOUD, Abi Mossaab; a.k.a. ABD-AL-
WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-
WADOUD, Abu Mossaab; a.k.a. ABDEL
WADOUD, Abou Mossab; a.k.a. ABDEL
WADOUD, Abou Moussaab; a.k.a.
ABDELMALEK, Drokdal; a.k.a. ABDELMALEK,
Droukdal; a.k.a. ABDELOUADODUD, Abu Mussaab;
a.k.a. ABDELOUADOUD, Abi Moussaab; a.k.a.
ABDELOUADOUD, Abou Mossaab; a.k.a.
ABDELOUADOUD, Abou Mossab; a.k.a.
ABDELOUADOUD, Abou Moussaab; a.k.a.
ABDELOUADOUD, Abou Moussab; a.k.a.
ABDELOUADOUD, Abou Musab; a.k.a.
ABDELOUADOUD, Abou Mossab; a.k.a.
ABDELOUADOUD, Abou Mus'ab; a.k.a.
ABDELOUADOUDE, Abou Moussaab; a.k.a.
ABDELOUDOUD, Abu Musab; a.k.a.
ABDELWADOUD, Abou Mossaab; a.k.a. ABOU
MOSSAAB, Abdelwadoud; a.k.a. ABOU
MOSSAAH, Abdelouadoud; a.k.a. ABOU
MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB,
Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek;
a.k.a. DERDOUKAL, Abdelmalek; a.k.a.
DEROUDEL, Abdel Malek; a.k.a. DOURKDAL,
Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik;
a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a.
DROKDAL, Abdelmalek; a.k.a. DROUGDEL,
Abdelmalek; a.k.a. DROUKADAL, Abdelmalek;
a.k.a. DROUKBEL, Abdelmalek; a.k.a.
DROUKDAL, Abdelmalek; a.k.a. DROUKDAL,
Abdelmalik; a.k.a. DROUKDEL, Abdel Malek;
a.k.a. DROUKDEL, Abdelmalek; a.k.a.
DROUKDEL, Abdelouadour; a.k.a. DRUKDAL,
'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik;
a.k.a. OUDOUD, Abu Musab; a.k.a.
"ABDELWADOUD, Abou"), Meftah, Algeria;
DOB 20 Apr 1970; POB Meftah, Algeria; alt.
POB Khemis El Khechna, Algeria; nationality
Algeria (individual) [SDGT]
ABO GHAITH, Sulaiman Jassem; DOB 14 Dec
1965; POB Kuwait (individual) [SDGT]
ABOU ANIS (a.k.a. SALEH AL-SAADI, Nassim
Ben Mohamed Al-Cherif ben Mohamed), Via
Monte Grappa 15, Arluno (Milan), Italy; DOB 30
Nov 1974; POB Haidra Al-Qasreen, Tunisia;
nationality Tunisia; Passport M 788331 issued
28 Sep 2001 expires 27 Sep 2006; arrested 30
Sep 2002 (individual) [SDGT]
ABOU DJARRAH (a.k.a. AL-TRABELSI, Mourad
Ben Ali Ben Al-Basheer; a.k.a. TRABELSI,
Mourad), Via Geromini 15, Cremona, Italy; DOB
20 May 1969; POB Menzel Temime, Tunisia;
nationality Tunisia; Passport G 827238 issued 1
Jun 1996 expires 31 May 2001; arrested 1 Apr
2003 (individual) [SDGT]
ABOU MOSSAAB, Abdelwadoud (a.k.a. ABD AL-
WADOUB, Abdou Moussa; a.k.a. ABD EL
OUADOUD, Abou Mossab; a.k.a. ABD EL
OUADOUD, Abou Mousab; a.k.a. ABD-AL-
WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-
WADOUD, Abu Mossaab; a.k.a. ABDEL

Exhibit A
Page 7 of 29

WADOUD, Abou Mossab; a.k.a. ABDEL
WADOUD, Abou Moussaab; a.k.a.
ABDELMALEK, Drokdal; a.k.a. ABDELMALEK,
Droukdal; a.k.a. ABDELMALEK, Droukdel;
a.k.a. ABDELOUADODUD, Abu Mussaab;
a.k.a. ABDELOUADOUD, Abi Moussaab; a.k.a.
ABDELOUADOUD, Abou Mossaab; a.k.a.
ABDELOUADOUD, Abou Mossab; a.k.a.
ABDELOUADOUD, Abou Mousaab; a.k.a.
ABDELOUADOUD, Abou Moussaab; a.k.a.
ABDELOUADOUD, Abou Mossaab; a.k.a.
ABDELOUADOUD, Abou Mus'ab; a.k.a.
ABDELOUADOUDE, Abou Moussaab; a.k.a.
ABDELWADOUD, Abou Musab; a.k.a.
ABKELWADOUD, Abou Mossab; a.k.a. ABOU
MOSSAAH, Abdelouadoud; a.k.a. ABOU
MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB,
Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek;
a.k.a. DERDOUKAL, Abdelmalek; a.k.a.
DEROUDEL, Abdel Malek; a.k.a. DOURKDAL,
Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik;
a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a.
DROKDAL, Abdelmalek; a.k.a. DROUGDEL,
Abdelmalek; a.k.a. DROUKADAL, Abdelmalek;
a.k.a. DROUKBEL, Abdelmalek; a.k.a.
DROUKDAL, Abdelmalek; a.k.a. DROUKDAL,
Abdelmalik; a.k.a. DROUKDEL, Abdel Malek;
a.k.a. DROUKDEL, Abdelmalek; a.k.a.
DROUKDEL, Abdelouadour; a.k.a. DRUKDAL,
'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik;
a.k.a. OUDOUD, Abu Musab; a.k.a.
"ABDELWADOUD, Abou"), Meftah, Algeria;
DOB 20 Apr 1970; POB Meftah, Algeria; alt.
POB Khemis El Khechna, Algeria; nationality
Algeria (individual) [SDGT]
ABOU MOSSAAH, Abdelouadoud (a.k.a. ABD
AL-WADOUD, Abou Moussa; a.k.a. ABD EL
OUADOUD, Abou Mossab; a.k.a. ABD EL-
OUADOUD, Abou Moussab; a.k.a. ABD EL-
OUADOUD, Abi Mossaab; a.k.a. ABD-AL-
WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-
WADOUD, Abu Mossaab; a.k.a. ABDEL
WADOUD, Abou Moussaab; a.k.a.
ABDELMALEK, Drokdal; a.k.a. ABDELMALEK,
Droukdal; a.k.a. ABDELMALEK, Droukdel;
a.k.a. ABDELOUADODUD, Abu Mussaab;
a.k.a. ABDELOUADOUD, Abi Moussaab; a.k.a.
ABDELOUADOUD, Abou Mossaab; a.k.a.
ABDELOUADOUD, Abou Mossab; a.k.a.
ABDELOUADOUD, Abou Mousaab; a.k.a.
ABDELOUADOUD, Abou Moussaab; a.k.a.
ABDELOUADOUD, Abou Mossaab; a.k.a.
ABDELOUADOUD, Abou Mus'ab; a.k.a.
ABDELOUADOUDE, Abou Moussaab; a.k.a.
ABDELWADOUD, Abou Musab; a.k.a.
ABKELWADOUD, Abou Mossab; a.k.a. ABOU
MOSSAAH, Abdelwadoud; a.k.a. ABOU
MOSSAAH, Abdelouadoud; a.k.a. ABU
MUSAB, Abdelwadoud; a.k.a. DARDAKIL,
Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek;
a.k.a. DEROUDEL, Abdel Malek; a.k.a.
DOURKDAL, Abdelmalek; a.k.a. DRIDQAL,
Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik;
a.k.a. DROKDAL, Abdelmalek; a.k.a.
DROUGDEL, Abdelmalek; a.k.a. DROUKADAL,
Abdelmalek; a.k.a. DROUKBEL, Abdelmalek;
a.k.a. DROUKDAL, Abdelmalek; a.k.a.
DROUKDAL, Abdelmalik; a.k.a. DROUKDEL,
Abdel Malek; a.k.a. DROUKDEL, Abdelmalek;
a.k.a. DROUKDEL, Abdelouadour; a.k.a.
DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL,
'Abd al-Malik; a.k.a. OUDOUD, Abu Musab;
a.k.a. "ABDELWADOUD, Abou"), Meftah,
Algeria; DOB 20 Apr 1970; POB Meftah,
Algeria; alt. POB Khemis El Khechna, Algeria;
nationality Algeria (individual) [SDGT]
ABOU SALMAN (a.k.a. AL-CHERIF, Said Ben
Abdelhakim Ben Omar; a.k.a. BEN
ABDELHAKIM, Cherif Said; a.k.a. "DJALLAL";
a.k.a. "YOUCEF"); Corso Lodi 59, Milan, Italy;
DOB 25 Jan 1970; POB Menzel Temine,
Tunisia; nationality Tunisia; Passport M307968
issued 8 Sep 2001 expires 7 Sep 2006;
arrested 30 Sep 2002 (individual) [SDGT]
ABOU SHAWEESH, Yasser Mohamed (a.k.a.
ABU SHAWEESH, Yasser Mohamed Ismail;
a.k.a. "SHAWEESH, Yasser Abu),
Meckenheimer Str. 74a, Bonn 53179,
Germany; Wuppertal Prison, Germany; DOB 20
Nov 1973; POB Benghazi, Libya; Passport
981358 (Egypt); alt. Passport 0003213 (Egypt);
Travel Document Number C00071659
(Germany); alt. Travel Document Number
939254 (Egypt) (individual) [SDGT]
ABOU ZEID, Abdelhamid (a.k.a. ABU ZEID,
Abdelhamid; a.k.a. ADEL, Youcef; a.k.a.
HAMADU, Abid; a.k.a. HAMMADOU, Abid;
a.k.a. "ABU ABDELLAH"); DOB 12 Dec 1965;
POB Touggourt, Ouargla, Algeria (individual)
[SDGT]
ABOU ZEINAB (a.k.a. SAYADI, Nabil Abdul
Salam), 69 Rue des Bataves, 1040 Etterbeek,
Brussels, Belgium; Vaatjesstraat, 29, 2580
Putte, Belgium; DOB 01 Jan 1966; POB Tripoli,
Lebanon; National ID No. 660000 73767
(Belgium); Passport 1091875; Public Security
and Immigration No. 98.805 (individual) [SDGT]
ABRIL CORTES, Oliverio (a.k.a. ABRIL
CORTEZ, Oliverio; f.k.a. CORTEZ, Oliverio
Abril), c/o INVERSIONES EL PENON S.A.,
Cali, Colombia; c/o CONSTRUCTORA DIMISA
LTDA., Cali, Colombia; c/o AGROPECUARIA
BETANIA LTDA., Cali, Colombia; c/o
VALLADARES LTDA., Cali, Colombia; c/o
INVERSIONES GEMINIS S.A., Cali, Colombia;
c/o W. HERRERA Y CIA. S. EN C., Cali,
Colombia; Calle 18A No. 8A-20, Jamundi,

Colombia; c/o INVERSIONES EL GRAN
CRISOL LTDA., Cali, Colombia; DOB 20 Aug
1956; Cedula No. 3002003 (Colombia);
Passport AF368431 (Colombia) (individual)
[SDNT]
ABRIL CORTEZ, Oliverio (a.k.a. ABRIL
CORTES, Oliverio; f.k.a. CORTEZ, Oliverio
Abril), c/o INVERSIONES EL PENON S.A.,
Cali, Colombia; c/o CONSTRUCTORA DIMISA
LTDA., Cali, Colombia; c/o AGROPECUARIA
BETANIA LTDA., Cali, Colombia; c/o
VALLADARES LTDA., Cali, Colombia; c/o
INVERSIONES GEMINIS S.A., Cali, Colombia;
c/o W. HERRERA Y CIA. S. EN C., Cali,
Colombia; Calle 18A No. 8A-20, Jamundi,
Colombia; c/o INVERSIONES EL GRAN
CRISOL LTDA., Cali, Colombia; DOB 20 Aug
1956; Cedula No. 3002003 (Colombia);
Passport AF368431 (Colombia) (individual)
[SDNT]
ABRIL RAMIREZ, Wilson Arcadio, c/o
COOPCREAR, Bogota, Colombia; c/o
COOPERATIVA MULTIACTIVA DE COLOMBIA
FOMENTAMOS, Bogota, Colombia; c/o
COOPERATIVA DE TRABAJO ASOCIADO
ACTIVAR, Bogota, Colombia; DOB 25 Jul 1972;
Cedula No. 79643115 (Colombia); Passport
79643115 (Colombia) (individual) [SDNT]
ABS HEALTH CLUB S.A., Carrera 10 No. 93A-
27, Bogota, Colombia; NIT # 830121474-8
(Colombia) [SDNT]
ABU 'ABD AL-'AZIZ (a.k.a. ABU ABDUL AZIZ;
a.k.a. BAHAZIQ, Mahmoud; a.k.a. BAHAZIQ,
Mahmoud Mohammad Ahmed; a.k.a. SHAYKH
SAHIB); DOB 17 Aug 1943; alt. DOB 1944; alt.
DOB 1943; POB India; nationality Saudi Arabia;
Registration ID 4-6032-0048-1 (Saudi Arabia)
(individual) [SDGT]
ABU ABDALLAH (a.k.a. AL-IRAQI, Abd al-Hadi;
a.k.a. AL-IRAQI, Abdal al-Hadi) (individual)
[SDGT]
ABU ABDUL AZIZ (a.k.a. ABU 'ABD AL-'AZIZ;
a.k.a. BAHAZIQ, Mahmoud; a.k.a. BAHAZIQ,
Mahmoud Mohammad Ahmed; a.k.a. SHAYKH
SAHIB); DOB 17 Aug 1943; alt. DOB 1944; alt.
DOB 1943; POB India; nationality Saudi Arabia;
Registration ID 4-6032-0048-1 (Saudi Arabia)
(individual) [SDGT]
ABU AHMAD (a.k.a. ABU BRAYS; a.k.a. AL-
DURI, Izzat Ibrahim); DOB circa 1942; POB Al-
Dur, Iraq; nationality Iraq; former deputy
commander-in-chief of Iraqi military; deputy
secretary, Former Ba'th party regional
command; Former vice chairman, Revolutionary
Command Council (individual) [IRAQ2]
ABU AL-GHADIYA (a.k.a. DARWISH, Sulayman
Khalid), Syria; DOB 1976; alt. DOB circa 1974;
POB Outside Damascus, Syria; nationality
Syria; Passport 3936712 (Syria); alt. Passport
11012 (Syria) (individual) [SDGT]
ABU ALI (a.k.a. AL-TIKRITI, Saddam Hussein;
a.k.a. HUSAYN, Saddam; a.k.a. HUSSAIN,
Saddam; a.k.a. HUSSEIN, Saddam); DOB 28
Apr 1937; POB al-Awja, near Tikrit, Iraq;
nationality Iraq; named in UNSCR 1483;
President since 1979 (individual) [IRAQ2]
ABU AL-KHAYR, Ahmad Hasan (a.k.a. ABD AL-
RAHMAN, Abdullah Muhammad Rajab); DOB 3
Nov 1957; POB Kafr al-Shaykh; nationality
Egypt (individual) [SDGT]
ABU AL-MUTAZ (a.k.a. 'ABD AL-KARIM; a.k.a.
AL-HABIB; a.k.a. AL-KHALAYLAH, Ahmad
Fadil Nazzal; a.k.a. AL-MUHAJIR; a.k.a. AL-
ZARQAWI, Abu Mus'Ab; a.k.a. GHARIB; a.k.a.
KHALAILAH, Ahmed Fadeel; a.k.a.
KHALAYLEH, Fedel Nazzel; a.k.a.
"MOUHANAD"; a.k.a. "MOUHANNAD"; a.k.a.
"MUHANNAD"; a.k.a. "RASHID"); DOB 20 Oct
1966; POB Zarqa, Jordan; citizen Jordan;
National ID No. 9661031030 (Jordan); Passport
Z264968 (Jordan) (individual) [SDGT]
ABU AMAR, Yahia (a.k.a. DJOUADI, Yahia;
a.k.a. "ABOU ALAM"; a.k.a. "ABU ALA"); DOB 1

OFFICE OF FOREIGN ASSETS CONTROL                    SPECIALLY DESIGNATED NATIONALS & BLOCKED PERSONS

Jan 1967; POB M'Hamid, Sidi Bel Abbas, Algeria (individual) [SDGT]

ABU AMIR (a.k.a. SALEH AL HUSSEIN, Abdul Latif A.A.; a.k.a. SALEH, Abdul Latif A.A.; a.k.a. SALEH, Abdyl Latif; a.k.a. SALEH, Dr. Abd al-Latif; a.k.a. SALEH, Dr. Abdul Latif; a.k.a. SALIH, Abd al-Latif), United Arab Emirates; DOB 5 Mar 1957; POB Baghdad, Iraq; citizen Jordan; alt. citizen Albania; Passport D366 871 (Jordan) (individual) [SDGT]

ABU BAKR, Ibrahim Ali Muhammad (a.k.a. AL-LIBI, Abd al-Muhsin; a.k.a. SABRI, Abdel Ilah; a.k.a. TANTOUCHE, Ibrahim Abubaker; a.k.a. TANTOUSH, Ibrahim Abubaker; a.k.a. TANTOUSH, Ibrahim Ali Abu Bakr; a.k.a. "'ABD AL-MUHSI"; a.k.a. "ABD AL-RAHMAN"; a.k.a. "ABU ANAS") DOB 1966; alt. DOB 27 Oct 1969; nationality Libya; Passport 203037 (Libya) (individual) [SDGT]

ABU BRAYS (a.k.a. ABU AHMAD; a.k.a. AL-DURI, Izzat Ibrahim); DOB circa 1942; POB al-Dur, Iraq; nationality Iraq; Former deputy commander-in-chief of Iraqi military; deputy secretary, Former Ba'th party regional command; Former vice chairman, Revolutionary Command Council (individual) [IRAQ2]

ABU DHESS, Mohamed (a.k.a. HASSAN, Yaser; a.k.a. "ABU ALI") , ; Holdenweg 76, Essen 45143, Germany; DOB 1 Feb 1966; POB Hashmija, Iraq; nationality possibly Palestinian;arrested 23 Apr 2002 (individual) [SDGT]

ABU FATIMA (a.k.a. ABDUREHMAN, Ahmed Mohammed; a.k.a. ABU ISLAM; a.k.a. ABU KHADIIJAH; a.k.a. AHMED HAMED; a.k.a. AHMED THE EGYPTIAN; a.k.a. AHMED, Ahmed; a.k.a. ALI, Ahmed Mohammed; a.k.a. ALI, Ahmed Mohammed Hamed; a.k.a. AL-MASRI, Ahmed; a.k.a. AL-SURIR, Abu Islam; a.k.a. HEMED, Ahmed; a.k.a. SHIEB, Ahmed; a.k.a. SHUAIB), Afghanistan; DOB 1965; POB Egypt; citizen Egypt (individual) [SDGT]

ABU GHADIYAH (a.k.a. AL MAZIDIH, Badran Turki Hishan; a.k.a. AL MEZIDI, Badran Turki Hishan; a.k.a. AL-MAZIDIH, Badran Turki al-Hishan; a.k.a. AL-SHA'BANI, Badran Turki Hisham al-Mazidih; a.k.a. AL-TURKI, Badran; a.k.a. HISHAM, Badran al-Turki; a.k.a. HISHAN, Badran Turki; a.k.a. SHALASH, Badran Turki Hayshan; a.k.a. "ABU 'ABDALLAH"; a.k.a. "ABU ABDULLAH"; a.k.a. "ABU 'AZZAM", Zabadani, Syria; DOB 1977; alt. DOB 1978; POB Mosul, Iraq (individual) [SDGT]

ABU GHUNAYM SQUAD OF THE HIZBALLAH BAYT AL-MAQDIS (a.k.a. AL-AWDAH BRIGADES; a.k.a. AL-QUDS BRIGADES; a.k.a. AL-QUDS SQUADS; a.k.a. ISLAMIC JIHAD IN PALESTINE; a.k.a. ISLAMIC JIHAD OF PALESTINE; a.k.a. PALESTINE ISLAMIC JIHAD - SHAQAQI FACTION; a.k.a. PALESTINIAN ISLAMIC JIHAD; a.k.a. PIJ; a.k.a. PIJ-SHALLAH FACTION; a.k.a. PIJ-SHAQAQI FACTION; a.k.a. SAYARA AL-QUDS) [SDT] [FTO] [SDGT]

ABU HAFS (a.k.a. ABDULLAH, Sheikh Taysir; a.k.a. ABU SITTA, Subhi; a.k.a. AL-MASRI, Abu Hafs; a.k.a. ATEF, Muhammad; a.k.a. ATIF, Mohamed; a.k.a. ATIF, Muhammad; a.k.a. EL KHABIR, Abu Hafs el Masry; a.k.a. TAYSIR); DOB 1951; alt. DOB 1956; alt. DOB 1944; POB Alexandria, Egypt (individual) [SDT] [SDGT]

ABU HAFS THE MAURITANIAN (a.k.a. AL-SHANQITI, Khalid; a.k.a. AL-WALID, Mafouz Walad; a.k.a. AL-WALID, Mahfouz Ould); DOB 1 JAN 75 (individual) [SDGT]

ABU ISLAM (a.k.a. ABDUREHMAN, Ahmed Mohammed; a.k.a. ABU FATIMA; a.k.a. ABU KHADIIJAH; a.k.a. AHMED HAMED; a.k.a. AHMED THE EGYPTIAN; a.k.a. AHMED, Ahmed; a.k.a. ALI, Ahmed Mohammed; a.k.a. ALI, Ahmed Mohammed Hamed; a.k.a. AL-MASRI, Ahmad; a.k.a. AL-

SURIR, Abu Islam; a.k.a. HEMED, Ahmed; a.k.a. SHIEB, Ahmed; a.k.a. SHUAIB), Afghanistan; DOB 1965; POB Egypt; citizen Egypt (individual) [SDGT]

ABU ISMAIL (a.k.a. ABU UMAR, Abu Omar; a.k.a. AL-FILISTINI, Abu Qatada; a.k.a. TAKFIRI, Abu Umr; a.k.a. UMAR, Abu Umar; a.k.a. UTHMAN, Al-Samman; a.k.a. UTHMAN, Omar Mahmoud; a.k.a. UTHMAN, Umar), London, United Kingdom; DOB 30 Dec 1960; alt. DOB 13 Dec 1960 (individual) [SDGT]

ABU JIBRIL, (a.k.a. A RAHMAN, Mohamad Iqbal; a.k.a. ABDURRAHMAN, Abu Jibril; a.k.a. ABDURRAHMAN, Mohamad Iqbal; a.k.a. MUQTI, Fihiruddin; a.k.a. MUQTI, Fikiruddin; a.k.a. RAHMAN, Mohamad Iqbal); DOB 17 Aug 1958; POB Tirpas-Selong Village, East Lombok, Indonesia; nationality Indonesia (individual) [SDGT]

ABU KATADA (a.k.a. EL BOUHALI, Ahmed), vicolo S. Rocco, n. 10 - Casalbuttano, Cremona, Italy; DOB 31 May 1963; POB Sidi Kacem, Morocco; nationality Morocco; Italian Fiscal Code LBHHMD63E31Z330M (individual) [SDGT]

ABU KHADIIJAH (a.k.a. ABDUREHMAN, Ahmed Mohammed; a.k.a. ABU FATIMA; a.k.a. ABU ISLAM; a.k.a. AHMED HAMED; a.k.a. AHMED THE EGYPTIAN; a.k.a. AHMED, Ahmed; a.k.a. ALI, Ahmed Mohammed; a.k.a. ALI, Ahmed Mohammed Hamed; a.k.a. AL-MASRI, Ahmad; a.k.a. AL-SURIR, Abu Islam; a.k.a. HEMED, Ahmed; a.k.a. SHIEB, Ahmed; a.k.a. SHUAIB), Afghanistan; DOB 1965; POB Egypt; citizen Egypt (individual) [SDGT]

ABU MAJID SAMIYAH (a.k.a. ABU SAMIA; a.k.a. AL-FADHLI, Muhsin; a.k.a. AL-FADHLI, Muhsin Fadhil 'Ayyid; a.k.a. AL-FADHLI, Muhsin Fadil Ayid Ashur), Block Four, Street 13, House # 179, Kuwait City, Al-Riqqa area, Kuwait; DOB 24 Apr 1981; Passport 106261543 (Kuwait) (individual) [SDGT]

ABU MARIAM (a.k.a. ABDULLAH, Abdullah Ahmed; a.k.a. AL-MASRI, Abu Mohamed; a.k.a. SALEH), Afghanistan; DOB 1963; POB Egypt; citizen Egypt (individual) [SDGT]

ABU MARZOOK, Mousa Mohammed (a.k.a. ABU-MARZUQ, Dr. Musa; a.k.a. ABU-MARZUQ, Sa'id; a.k.a. ABU-'UMAR; a.k.a. MARZOOK, Mousa Mohammed Abou; a.k.a. MARZOUK, Musa Abu; a.k.a. MARZUK, Musa Abu); DOB 09 Feb 1951; POB Gaza, Egypt; Passport 92/664 (Egypt); SSN 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 (United States); Political Leader in Amman, Jordan and Damascus, Syria for HAMAS (individual) [SDT] [SDGT]

ABU MOHAMED, Salah (a.k.a. ABU MUHAMAD, Salah; a.k.a. BOUNOUADHER; a.k.a. GASMI, Salah); DOB 13 Apr 1971; POB Zeribet El Oued, Biskra, Algeria (individual) [SDGT]

ABU MUAMAR (a.k.a. MOCHTAR, Yasin Mahmud; a.k.a. MUBAROK, Muhammad; a.k.a. SYAWAL, Muhammad; a.k.a. SYAWAL, Yassin; a.k.a. YASIN, Abdul Hadi; a.k.a. YASIN, Salim; a.k.a. "ABU SETA"; a.k.a. "MAHMUD"); DOB circa 1972; nationality Indonesia (individual) [SDGT]

ABU MUHAMAD, Salah (a.k.a. ABU MOHAMED, Salah; a.k.a. BOUNOUADHER; a.k.a. GASMI, Salah); DOB 13 Apr 1971; POB Zeribet El Oued, Biskra, Algeria (individual) [SDGT]

ABU MUKTAR (a.k.a. JANJALANI, Khadafi Abubakar; a.k.a. JANJALANI, Khadafy; a.k.a. JANJALANI, Khaddafy Abubakar); DOB 3 Mar 1975; POB Isabela, Basilan, Philippines; nationality Philippines (individual) [SDGT]

ABU MUSAB, Abdelwadoud (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL OUADOUD, Abou Moussab; a.k.a. ABD EL-OUADOUD, Abl Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-

WADOUD, Abu Mossaab; a.k.a. ABDEL WADOUD, Abou Mossab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADOUD, Abu Moussaab; a.k.a. ABDELOUADOUD, Abi Moussaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Mousaab; a.k.a. ABDELOUADOUD, Abou Moussaab; a.k.a. ABDELOUADOUD, Abou Musab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abu Mus'ab; a.k.a. ABDELOUDOUDE, Abou Moussaab; a.k.a. ABDELOUDOUD, Abou Musab; a.k.a. ABDELWADOUD, Abou Moussa; a.k.a. ABKELWADOUD, Abou Mossab; a.k.a. ABOU MOSSAB, Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalik; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DROUKDEL, Abdeloudour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria (individual) [SDGT]

ABU NIDAL ORGANIZATION (a.k.a. ANO; a.k.a. ARAB REVOLUTIONARY BRIGADES; a.k.a. ARAB REVOLUTIONARY COUNCIL; a.k.a. BLACK SEPTEMBER; a.k.a. FATAH REVOLUTIONARY COUNCIL; a.k.a. REVOLUTIONARY ORGANIZATION OF SOCIALIST MUSLIMS) [SDT] [FTO] [SDGT]

ABU OMRAN (a.k.a. AL-MUGHASSIL, Ahmad Ibrahim; a.k.a. AL-MUGHASSIL, Ahmed Ibrahim); DOB 26 Jun 1967; POB Qatif-Bab al Shamal, Saudi Arabia; citizen Saudi Arabia (individual) [SDGT]

ABU SAMIA (a.k.a. ABU MAJID SAMIYAH; a.k.a. AL-FADHLI, Muhsin; a.k.a. AL-FADHLI, Muhsin Fadhil 'Ayyid; a.k.a. AL-FADHLI, Muhsin Fadil Ayid Ashur), Block Four, Street 13, House # 179, Kuwait City, Al-Riqqa area, Kuwait; DOB 24 Apr 1981; Passport 106261543 (Kuwait) (individual) [SDGT]

ABU SAYYAF GROUP (a.k.a. AL HARAKAT AL ISLAMIYYA) [FTO] [SDGT]

ABU SHANAB METALS ESTABLISHMENT (a.k.a. AMIN ABU SHANAB & SONS CO.; a.k.a. SHANAB METALS ESTABLISHMENT; a.k.a. TARIQ ABU SHANAB EST.; a.k.a. TARIQ ABU SHANAB EST. FOR TRADE & COMMERCE; a.k.a. TARIQ ABU SHANAB METALS ESTABLISHMENT), Musherfeh, P.O. Box 766, Zarka, Jordan [IRAQ2]

ABU SHAWEESH, Yasser Mohamed Ismail (a.k.a. ABOU SHAWEESH, Yasser Mohamed; a.k.a. SHAWEESH, Yasser Abul), Meckenmheimer Str. 74a, Bonn 53179, Germany; Wuppertal Prison, Germany; DOB 20 Nov 1973; POB Benghazi, Libya; Passport 981358 (Egypt); alt. Passport 0003213 (Egypt); Travel Document Number C00071659 (Germany); alt. Travel Document Number 939254 (Egypt) (individual) [SDGT]

ABU SITTA, Subhi (a.k.a. ABDULLAH, Sheikh Taysir; a.k.a. ABU HAFS; a.k.a. AL-MASRI, Abu Hafs; a.k.a. ATEF, Muhammad; a.k.a. ATIF, Mohamed; a.k.a. ATIF, Muhammad; a.k.a. EL KHABIR, Abu Hafs el Masry; a.k.a. TAYSIR);

OFFICE OF FOREIGN ASSETS CONTROL

SPECIALLY DESIGNATED NATIONALS & BLOCKED PERSONS

DOB 1951; alt. DOB 1956; alt. DOB 1944; POB
Alexandria, Egypt (individual) [SDT] [SDGT]
ABU THORIQ (a.k.a. RUSDAN, Abu; a.k.a.
RUSDJAN; a.k.a. RUSJAN; a.k.a. RUSYDAN;
a.k.a. THORIQUDDIN; a.k.a. THORIQUIDDIN;
a.k.a. TORIQUDDIN; a.k.a. TORIQUUDDIN);
DOB 16 Aug 1960; POB Kudus, Central Java,
Indonesia (individual) [SDGT]
ABU UMAR, Abu Omar (a.k.a. ABU ISMAIL;
a.k.a. AL-FILISTINI, Abu Qatada; a.k.a.
TAKFIRI, Abu Umr; a.k.a. UMAR, Abu Umar;
a.k.a. UTHMAN, Al-Samman; a.k.a. UTHMAN,
Omar Mahmoud; a.k.a. UTHMAN, Umar),
London, United Kingdom; DOB 30 Dec 1960;
alt. DOB 13 Dec 1960 (individual) [SDGT]
ABU UTHMAN (a.k.a. AL FAQIH, Saad; a.k.a.
AL-FAGEAH, Sa'd Rashid Muhammed; a.k.a.
ALFAGIH, Saad; a.k.a. AL-FAGIH, Saad; a.k.a.
AL-FAKIH, Saad; a.k.a. AL-FAQI, Sa'd; a.k.a.
AL-FAQIH, Sa'ad; a.k.a. AL-FAQIH, Saad
Rashed Mohammad; a.k.a. AL-FAQIH, Saad;
a.k.a. AL-FAQIH, Sa'd), London, United
Kingdom; DOB 1 Feb 1957; alt. DOB 31 Jan
1957; POB Zubair, Iraq; citizen Saudi Arabia;
Passport 760620 issued 15 Sep 1991 expires
22 Jul 1996; Doctor (individual) [SDGT]
ABU WALID (a.k.a. AL-MAJID, Rukan abd al-
Gafur; a.k.a. AL-MAJID, Rukan abdal-Ghaffur
Sulayman; a.k.a. AL-MAJID, Rukan Razuqi abd
al-Gahfur; a.k.a. AL-TIKRITI, Rukan abd al-
Ghaffur al-Majid; a.k.a. AL-TIKRITI, Rukan 'abd
al-Ghaffur al-Majid; a.k.a. AL-TIKRITI, Rukan
Razuki abd-al-Ghafur Sulaiman); DOB 1956;
POB Tikrit, Iraq; nationality Iraq; head of Tribal
Affairs Office in presidential office (individual)
[IRAQ2]
ABU YAHYA MUHAMMAD FATIH (a.k.a.
JALALOV, Najmiddin; a.k.a. JALOLOV,
Najmiddin; a.k.a. JALOLOV, Najmiddin
Kamolitdinovich; a.k.a. YAKHYO; a.k.a.
ZHALALOV, Nazhmiddin; a.k.a. ZHALOLOV,
Nazhmiddin; a.k.a. ZHALOLOV, Nazhmiddin
Kamoldinovich; a.k.a. ZHALOLOV, Nazhmidin
Kamoldinovich; a.k.a. ZHALOLOV, Nazhmuddin
Kamoldinovich; a.k.a. ZHANOV, Najmiddin
Kamilidinovich; a.k.a. "ABDURAHMOM"; a.k.a.
"YAHYO"), S. Jalilov Street 14, Khartu, Andijan
region, Uzbekistan; DOB 1 Apr 1972; alt. DOB
1972; POB Andijan region, Uzbekistan;
nationality Uzbekistan (individual) [SDGT]
ABU YASIR (a.k.a. 'ABD ALLAH, 'Issam 'Ali
Muhammad; a.k.a. 'ABD-AL-'IZ; a.k.a. ABD-AL-
WAHAB, Abd-al-Hai Ahmad; a.k.a. AL-KAMEL,
Saiah 'Ali; a.k.a. MUSA, Rifa'i Ahmad Taha;
a.k.a. TAHA MUSA, Rifa'i Ahmad; a.k.a.
THABIT 'IZ); DOB 24 Jun 54; POB Egypt;
Passport 83860 (Sudan); alt. Passport 30455
(Egypt); alt. Passport 1046403 (Egypt)
(individual) [SDT]
ABU ZEID, Abdelhamid (a.k.a. ABOU ZEID,
Abdelhamid; a.k.a. ADEL, Youcef; a.k.a.
HAMADU, Abid; a.k.a. HAMMADOU, Abid;
a.k.a. "ABU ABDELLAH"); DOB 12 Dec 1965;
POB Touggourt, Ouargla, Algeria (individual)
[SDT]
ABU ZUBAIDA (a.k.a. ABU ZUBAYDAH; a.k.a.
ABU ZUBEIDAH, Zeinulabideen Muhammed
Husein; a.k.a. AL-WAHAB, Abd Al-Hadi; a.k.a.
HUSAIN, Zain Al-Abidin Muhammad; a.k.a.
HUSAYN, Zayn al-Abidin Muhammad; a.k.a.
HUSSEIN, Zayn al-Abidin Muhammad; a.k.a.
TARIQ); DOB 12 Mar 1971; POB Riyadh, Saudi
Arabia; nationality Palestinian; Passport 484824
(Egypt) issued 18 Jan 1984 (individual) [SDGT]
ABU ZUBAYDAH (a.k.a. ABU ZUBAIDA; a.k.a.
ABU ZUBEIDAH, Zeinulabideen Muhammed
Husein; a.k.a. AL-WAHAB, Abd Al-Hadi; a.k.a.
HUSAIN, Zain Al-Abidin Muhammad; a.k.a.
HUSAYN, Zayn al-Abidin Muhammad; a.k.a.
HUSSEIN, Zayn al-Abidin Muhammad; a.k.a.
TARIQ); DOB 12 Mar 1971; POB Riyadh, Saudi
Arabia; nationality Palestinian; Passport 484824
(Egypt) issued 18 Jan 1984 (individual) [SDGT]

ABU ZUBEIDAH, Zeinulabideen Muhammed
Husein (a.k.a. ABU ZUBAIDA; a.k.a. ABU
ZUBAYDAH; a.k.a. AL-WAHAB, Abd Al-Hadi;
a.k.a. HUSAIN, Zain Al-Abidin Muhammad;
a.k.a. HUSAYN, Zayn al-Abidin Muhammad;
a.k.a. HUSSEIN, Zayn al-Abidin Muhammad;
a.k.a. TARIQ); DOB 12 Mar 1971; POB Riyadh,
Saudi Arabia; nationality Palestinian; Passport
484824 (Egypt) issued 18 Jan 1984 (individual)
[SDGT]
ABU-MARZUQ, Dr. Musa (a.k.a. ABU
MARZOOK, Mousa Mohammed; a.k.a. ABU-
MARZUQ, Sa'id; a.k.a. ABU-'UMAR; a.k.a.
MARZOOK, Mousa Mohamed Abou; a.k.a.
MARZOUK, Musa Abu; a.k.a. MARZUK, Musa
Abu); DOB 09 Feb 1951; POB Gaza, Egypt;
Passport 92/664 (Egypt); SSN 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
(United States); Political Leader in Amman,
Jordan and Damascus, Syria for HAMAS
(individual) [SDT] [SDGT]
ABU-MARZUQ, Sa'id (a.k.a. ABU MARZOOK,
Mousa Mohammed; a.k.a. ABU-MARZUQ, Dr.
Musa; a.k.a. ABU-'UMAR; a.k.a. MARZOOK,
Mousa Mohamed Abou; a.k.a. MARZOUK,
Musa Abu; a.k.a. MARZUK, Musa Abu); DOB
09 Feb 1951; POB Gaza, Egypt; Passport
92/664 (Egypt); SSN 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 (United
States); Political Leader in Amman, Jordan and
Damascus, Syria for HAMAS (individual) [SDT]
[SDGT]
ABU-'UMAR (a.k.a. ABU MARZOOK, Mousa
Mohammed; a.k.a. ABU-MARZUQ, Dr. Musa;
a.k.a. ABU-MARZUQ, Sa'id; a.k.a. MARZOOK,
Mousa Mohamed Abou; a.k.a. MARZOUK,
Musa Abu; a.k.a. MARZUK, Musa Abu); DOB
09 Feb 1951; POB Gaza, Egypt; Passport
92/664 (Egypt); SSN 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 (United
States); Political Leader in Amman, Jordan and
Damascus, Syria for HAMAS (individual) [SDT]
[SDGT]
ACA LTDA. (a.k.a. ASESORES CONSULTORES
ASOCIADOS LTDA.), Carrera 100 No. 11-90
Ofc. 403, Cali, Colombia; NIT # 805007818-1
(Colombia) [SDNT]
ACCESOS ELECTRONICOS S.A.DE C.V., Blvd.
Cuauhtemoc 1711, Oficina 305, Colonia Zona
Rio, Tijuana, Baja California, Mexico; Avenida
Cuauhtemoc 1209, CP 22290, Colonia Zona
Rio, Tijuana, Baja California, Mexico; David
Alfaro 25, CP 22320, Tijuana, Baja California,
Mexico [SDNTK]
ACCIRENT S.A., Transversal 9C No. 130C-26
Ofc. 401, Bogota, Colombia; NIT # 830088969-
0 (Colombia) [SDNT]
ACCOUNTS & ELECTRONICS EQUIPMENTS,
C/O ENGINEERING EQUIPMENT
CORPORATION, P.O. Box 97, Khartoum,
Sudan [SUDAN]
ACE INDIC NAVIGATION CO. LTD., c/o ANGLO-
CARIBBEAN SHIPPING CO. LTD., 4th Floor,
South Phase 2, South Quay Plaza II, 183,
March Wall, London, United Kingdom [CUBA]
ACECHILLY NAVIGATION CO. LTD., c/o
ANGLO-CARIBBEAN SHIPPING CO. LTD., 4th
Floor, South Phase 2, South Quay Plaza II, 183,
March Wall, London, United Kingdom [CUBA]
ACEFROSTY SHIPPING CO., LTD., 171 Old
Bakery Street, Valletta, Malta [CUBA]
ACERO PIEDRAHITA, Cesar Augusto, Avenida
7N No. 17A-48, Cali, Colombia; c/o
AGROPECUARIA LA ROBLEDA S.A., Cali,
Colombia; DOB 20 May 1965; Cedula No.
70564947 (Colombia) (individual) [SDNT]
ACEVEDO PAMPLONA, Francisco Luis, Carrera
1 No. 18-52, Cali, Colombia; c/o INVERSIONES
INVERVALLE S.A., Cali, Colombia; DOB 29 Apr
1965; Cedula No. 71660070 (Colombia)
(individual) [SDNT]
ACEVEDO SAENZ, Delcy Patricia, c/o CAJA
SOLIDARIA, Bogota, Colombia; c/o
COPSERVIR LTDA., Bogota, Colombia; c/o
SEGECOL LTDA., Bucaramanga, Colombia;

Cedula No. 63355575 (Colombia) (individual)
[SDNT]
ACHOUR, Ali (a.k.a. AIDER, Farid), Via
Milanese, 5, 20099 Sesto San Giovanni, Milan,
Italy; DOB 12 Oct 1964; POB Algiers, Algeria;
Italian Fiscal Code DRAFRD64R12Z301C
(individual) [SDGT]
ACHURY VARILA, Hernan Augusto (a.k.a.
ACHURY VARILLA, Hernan Augusto), c/o
COOPCREAR, Bogota, Colombia; c/o
COOPERATIVA MULTIACTIVA DE COLOMBIA
FOMENTAMOS, Bogota, Colombia; c/o ARCA
DISTRIBUCIONES LTDA., Bogota, Colombia;
c/o COOPERATIVA DE TRABAJO ASOCIADO
ACTIVAR, Bogota, Colombia; DOB 14 Feb
1980; Cedula No. 80226706 (Colombia);
Passport 80226706 (Colombia) (individual)
[SDNT]
ACHURY VARILLA, Hernan Augusto (a.k.a.
ACHURY VARILA, Hernan Augusto), c/o
COOPCREAR, Bogota, Colombia; c/o
COOPERATIVA MULTIACTIVA DE COLOMBIA
FOMENTAMOS, Bogota, Colombia; c/o ARCA
DISTRIBUCIONES LTDA., Bogota, Colombia;
c/o COOPERATIVA DE TRABAJO ASOCIADO
ACTIVAR, Bogota, Colombia; DOB 14 Feb
1980; Cedula No. 80226706 (Colombia);
Passport 80226706 (Colombia) (individual)
[SDNT]
ACTIVAR (a.k.a. COOPERATIVA DE TRABAJO
ASOCIADO ACTIVAR), Calle 22B No. 56-63,
Bogota, Colombia; Calle 44 No. 17-44, Bogota,
Colombia; Carrera 6 No. 11-43 of. 505, Cali,
Colombia; Carrera 23 No. 37-39 of. 202,
Bogota, Colombia; NIT # 830099918-2
(Colombia) [SDNT]
ACUICOLA SANTA CATALINA S.A., Avenida 13
No. 100-12 Ofc. 302, Bogota, Colombia; NIT #
830010809-5 (Colombia) [SDNT]
ADBALLAH, Fazul (a.k.a. ABDALLA, Fazul;
a.k.a. AISHA, Abu; a.k.a. AL SUDANI, Abu Seif;
a.k.a. ALI, Fadel Abdallah Mohammed; a.k.a.
FAZUL, Abdalla; a.k.a. FAZUL, Abdallah; a.k.a.
FAZUL, Abdallah Mohammed; a.k.a. FAZUL,
Haroon; a.k.a. FAZUL, Harun; a.k.a. HAROON;
a.k.a. HARUN, Fadhil; a.k.a. HARUN; a.k.a.
LUQMAN, Abu; a.k.a. MOHAMMED, Fazul;
a.k.a. MOHAMMED, Fazul Abdilahi; a.k.a.
MOHAMMED, Fazul Abdullah; a.k.a.
MOHAMMED, Fouad; a.k.a. MUHAMAD, Fadil
Abdallah); DOB 25 Aug 1972; alt. DOB 25 Dec
1974; alt. DOB 25 Feb 1974; POB Moroni,
Comoros Islands; citizen Comoros; alt. citizen
Kenya (individual) [SDGT]
ADEL, Youcef (a.k.a. ABOU ZEID, Abdelhamid;
a.k.a. ABU ZEID, Abdelhamid; a.k.a. HAMADU,
Abid; a.k.a. HAMMADOU, Abid; a.k.a. "ABU
ABDELLAH"); DOB 12 Dec 1965; POB
Touggourt, Ouargla, Algeria (individual) [SDGT]
ADEMI, Rahim; DOB 30 Jan 1954; POB Karac,
Serbia and Montenegro; ICTY indictee
(individual) [BALKANS]
ADEMI, Xhevat; DOB 8 Dec 1962; POB Tetovo,
Macedonia (individual) [BALKANS]
ADEMULERO, Babestan Oluwole (a.k.a.
BABESTAN, Wole A.; a.k.a. OGUNGBUYI,
Oluwole A.; a.k.a. OGUNGBUYI, Wally; a.k.a.
OGUNGBUYI, Wole A.; a.k.a. SHOFESO,
Olatude I.; a.k.a. SHOFESO, Olatunde Irewole);
DOB 4 MAR 53; POB Nigeria (individual)
[SDNTK]
ADILI, Gafur; DOB 5 Jan 1959; POB Kicevo,
Macedonia (individual) [BALKANS]
ADMACOOP (a.k.a. COOPERATIVA
MULTIACTIVA DE ADMINISTRACION Y
MANEJO ADMACOOP), Calle 12B No. 28-58,
Bogota, Colombia; Carrera 28A No. 14-29,
Bogota, Colombia; NIT # 830030933-6
(Colombia) [SDNT]
ADMINCHECK LIMITED, 1 Old Burlington Street,
London, United Kingdom [IRAQ2]
ADMINISTRACION DE RECURSOS
FINANCIEROS E.U. (a.k.a. AFIN E.U.), Calle

OFFICE OF FOREIGN ASSETS CONTROL

SPECIALLY DESIGNATED NATIONALS & BLOCKED PERSONS

20N No. 6AN-19 ofc. 67-68, Cali, Colombia; NIT # 805013294-5 (Colombia) [SDNT]
ADMINISTRACION INMOBILIARIA BOLIVAR S.A., Calle 17N No. 6N-28, Cali, Colombia; Avenida 2CN No. 24N-92, Cali, Colombia; NIT # 800149060-5 (Colombia) [SDNT]
ADMINISTRADORA DE INMUEBLES VIDA, S.A. DE C.V., Blvd. Agua Caliente 1381, Colonia Revolucion, Tijuana, Baja California, Mexico [SDNTK]
ADMINISTRADORA DE SERVICIOS VARIOS CALIMA S.A., Calle 10 No. 4-47, piso 18, Cali, Colombia; Carrera 29A No. 9B-47, Cali, Colombia; NIT # 805007874-2 (Colombia) [SDNT]
ADMINISTRADORA GANADERA EL 45 LTDA., Carrera 49A No. 48S-60 Bod. 102, Medellin, Colombia; Carrera 49 No. 61Sur-540 Bod. 137, Medellin, Colombia; NIT # 811038291-3 (Colombia) [SDNT]
ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE (a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-IHYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHYA AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAMIYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN,

ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Kaneshi Quarter of Accra, Ghana; Kismayo, Somalia; Dangkor District, Phnom Penh, Cambodia; City of Sidon, Lebanon; Tripoli, Lebanon; RIHS Office, Pristina, Kosovo; RIHS Office, Tirana, Albania; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Ilidza , Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Kifan, Kuwait; Al-Nuzhah, Kuwait; Al-Amiriyah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Rawdah, Kuwait; Al-Dhahr, Kuwait; Al-Khalidiya, Kuwait; Al-Aridiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Rumaythiyah, Kuwait; Sabah Al-Salim, Kuwait; Bayan Wa Mashrif, Kuwait; Jalib Al-Shiyukh, Kuwait; Al-Sabahiyah, Kuwait; Khitan, Kuwait; Al-Firdaws, Kuwait; Al-Riqah, Kuwait; Al-Fayha', Kuwait; Al-Qadisiyah, Kuwait; Hadiyah, Kuwait; Qurtubah, Kuwait; Sabah Al-Nasir, Kuwait; Al-Qurayn, Kuwait; Al-Jahra', Kuwait; Al-Andalus, Kuwait; Website www.alturath.org. Revival of Islamic Heritage Society Office Worldwide. [SDGT]
ADNAN, Ahmed S. Hasan (a.k.a. AHMED, Adnan S. Hasan; a.k.a. SULTAN, Ahmed), Amman, Jordan (individual) [IRAQ2]
ADP, S.C., Tijuana, Baja California, Mexico [SDNTK]
ADVANCED CHEMICAL WORKS (a.k.a. ADVANCED COMMERCIAL AND CHEMICAL WORKS COMPANY LIMITED; a.k.a. ADVANCED TRADING AND CHEMICAL WORKS COMPANY LIMITED), 19 Al Amarat Street, P.O. Box 44690, Khartoum, Sudan;

Email Address accw@htg-sdn.com (Sudan); alt. Email Address advance@sudanmail.net (Sudan) [SUDAN]
ADVANCED COMMERCIAL AND CHEMICAL WORKS COMPANY LIMITED (a.k.a. ADVANCED CHEMICAL WORKS; a.k.a. ADVANCED TRADING AND CHEMICAL WORKS COMPANY LIMITED), 19 Al Amarat Street, P.O. Box 44690, Khartoum, Sudan; Email Address accw@htg-sdn.com (Sudan); alt. Email Address advance@sudanmail.net (Sudan) [SUDAN]
ADVANCED ELECTRONICS DEVELOPMENT, LTD, 3 Mandeville Place, London, United Kingdom [IRAQ2]
ADVANCED ENGINEERING WORKS, Street No. 53, P.O. Box 44690, Khartoum, Sudan [SUDAN]
ADVANCED MINING WORKS COMPANY LIMITED, Elmek Nimir Street, Khartoum Bahri/Industrial Area, P.O. Box 1034, Khartoum 11, Sudan; Email Address admico@sudanmail.net (Sudan) [SUDAN]
ADVANCED PETROLEUM COMPANY (a.k.a. APCO), House No. 10, Block 9, Street 33, Amarat, P.O. Box 12811, Khartoum, Sudan [SUDAN]
ADVANCED TRADING AND CHEMICAL WORKS COMPANY LIMITED (a.k.a. ADVANCED CHEMICAL WORKS; a.k.a. ADVANCED COMMERCIAL AND CHEMICAL WORKS COMPANY LIMITED), 19 Al Amarat Street, P.O. Box 44690, Khartoum, Sudan; Email Address accw@htg-sdn.com (Sudan); alt. Email Address advance@sudanmail.net (Sudan) [SUDAN]
AERO CONTINENT S.A. (a.k.a. AERO CONTINENTE S.A; a.k.a. AEROCONTINENTE S.A.; n.k.a. NUEVO CONTINENTE S.A.; n.k.a. NUEVOCONTINENTE S.A.; a.k.a. WWW.AEROCONTINENTE.COM; a.k.a. WWW.AEROCONTINENTE.COM.PE; n.k.a. WWW.NUEVOCONTINENTE.COM.PE), Jr. Francisco Bolognesi 125, Piso 16, Miraflores, Lima 18, Peru; Av. Grau 602 D, Barranco, Lima, Peru; Plaza Camacho TDA 3-C, La Molina, Lima, Peru; Av. Antunez de Mayolo 889, Los Olivos, Lima, Peru; Av. Pardo 605, Miraflores I-Pardo, Lima, Peru; Av. Camino Real 441, San Isidro, Lima, Peru; Av. Arequipa 326, Santa Beatriz, Lima, Peru; Av. Benavides 4581, Surco I, Lima, Peru; Av. Saenz Pena 184, Callao, Lima, Peru; Av. Rufino Torrico 981, Lima, Peru; Av. Enrique Llosa 395-A, Magdalena, Lima, Peru; Av. Larco 123-2 Do Piso, Miraflores Il-Larco, Lima, Peru; Av. Peru 3421, San Martin de Porres, Lima, Peru; C.C. San Miguel Shopping Center, TDA. 50 - Av. La Mar 2291, San Miguel, Lima, Peru; Av. La Encalada 1587, (C.C. El Polo Block A Oficina 213), Surco II-C.C. El Polo, Lima, Peru; Av. Jose Pardo 601, Miraflores, Lima, Peru; Av. Peru 3421, San Martin, Lima, Peru; Av. La Marina 2095, San Miguel, Lima, Peru; Sta Catalina 105 A-B, Arequipa, Peru; Jr. 9 de Diciembre 160, Ayacucho, Peru; Jr. 2 de Mayo 381, Cajamarca, Peru; Calle San Jose 867-879, Chiclayo, Peru; Portal de Carnes 254, Cusco, Peru; Jr. Prospero 232, Iquitos, Peru; Calle San Roman 175, Juliaca, Peru; Jr. Libertad 945-951, Piura, Peru; Leon Velarde 584, Puerto Maldonado, Peru; Jr. 7 de Junio 861, Pucallpa, Peru; Alonso de Alvarado 726, Rioja, Peru; Calle Apurimac 265, Tacna, Peru; Jr. Moyobamba 101, Tarapoto, Peru; Jr. Pizarro 470, Trujillo, Peru; Av. Tumbes 217, Tumbes, Peru; Jr. Libertad 139, Yurimaguas, Peru; Av. Thames 2406 (CP 1425) C.F., Buenos Aires, Argentina; Av. Amazonas No. 22-11B Y Veintimilla-Quito, Quito, Ecuador; Avenida Portugal No. 20, Of. 27 - Comuna Santiago Centro, Santiago, Chile; Boyaca 1012 Y P. Icaza, Guayaquil, Ecuador; Av. 27 De Febrero

Exhibit A
Page 11 of 29

OFFICE OF FOREIGN ASSETS CONTROL                    SPECIALLY DESIGNATED NATIONALS & BLOCKED PERSONS

No. 102, Edif Miguel Mejia Urr. El Vergel, Santo Domingo, Dominican Republic; 1ra Avenida de Los Palos Grandes, Centro Comercial Quinora P.B., Locales L-1A y L-2A, Caracas, Venezuela; Calle Rio Rhin No. 64, P.B. Col. Cuauhtemoc C.P., Mexico City D.F. 065000, Mexico; Sarmiento 854 Piso 8 Of. 3 y 4 (CP-S2000CMN), Rosario (Santa Fe), Argentina; Av. Colon 119 Piso 3 Of. 6 (CP-X5000EPB), Cordoba, Argentina; Rivadavia 209 (CP-5500), Mendoza, Argentina; 8940 NW 24 Terrace, Miami, FL  33172; Bogota, Colombia; Business Registration Document # F01000003035 (United States); NIT # 8300720300 (Colombia); RUC # 20108363101 (Peru); US FEIN 55-2197267 [SDNTK]

AERO CONTINENTE, INC. (a.k.a. AERO CONTINENTE, INC.), 2858 NW 79 Avenue, Miami, FL  33122; Business Registration Document # P94000013372 (United States); US FEIN 65-0467983 [BPI-SDNTK]

AERO CONTINENTE, INC. (a.k.a. AERO CONTINENTE, INC.), 2858 NW 79 Avenue, Miami, FL  33122; Business Registration Document # P94000013372 (United States); US FEIN 65-0467983 [BPI-SDNTK]

AERO CONTINENTE S.A (a.k.a. AERO CONTINENTE S.A.; a.k.a. AEROCONTINENTE S.A.; n.k.a. NUEVO CONTINENTE S.A.; n.k.a. NUEVOCONTINENTE S.A.; a.k.a. WWW.AEROCONTINENTE.COM; a.k.a. WWW.AEROCONTINENTE.COM.PE; n.k.a. WWW.NUEVOCONTINENTE.COM.PE), Jr. Francisco Bolognesi 125, Piso 16, Miraflores, Lima 18, Peru; Av. Grau 602 D, Barranco, Lima, Peru; Plaza Camacho TDA 3-C, La Molina, Lima, Peru; Av. Antunez de Mayolo 889, Los Olivos, Lima, Peru; Av. Pardo 605, Miraflores I-Pardo, Lima, Peru; Av. Camino Real 441, San Isidro, Lima, Peru; Av. Arequipa 326, Santa Beatriz, Lima, Peru; Av. Benavides 4581, Surco I, Lima, Peru; Av. Saenz Pena 184, Callao, Lima, Peru; Av. Rufino Torrico 981, Lima, Peru; Av. Enrique Ucea 395-A, Magdalena, Lima, Peru; Av. Larco 123-2 Do Piso, Miraflores II-Larco, Lima, Peru; Av. Peru 3421, San Martin de Porres, Lima; C.C. San Miguel Shopping Center, TDA. 50 - Av. La Mar 2291, San Miguel, Lima, Peru; Av. La Encalada 1587, (C.C. El Polo Block A Oficina 213), Surco II-C.C. El Polo, Lima, Peru; Av. Jose Pardo 601, Miraflores, Lima, Peru; Av. Peru 3421, San Martin, Lima, Peru; Av. Grau 624, Barranco, Lima, Peru; Av. La Marina 2095, San Miguel, Lima, Peru; Sta Catalina 105 A-B, Arequipa, Peru; Jr. 9 de Diciembre 160, Ayacucho, Peru; Jr. 2 de Mayo 381, Cajamarca, Peru; Calle San Jose 867-879, Chiclayo, Peru; Portal de Carnes 254, Cusco, Peru; Jr. Prospero 232, Iquitos, Peru; Calle San Roman 175, Juliaca, Peru; Jr. Libertad 945-951, Piura, Peru; Leon Velarde 584, Puerto Maldonado, Peru; Jr. 7 de Junio 861, Pucallpa, Peru; Alonso de Alvarado 726, Rioja, Peru; Calle Apurimac 265, Tacna, Peru; Jr. Moyobamba 101, Tarapoto, Peru; Jr. Pizarro 470, Trujillo, Peru; Av. Tumbes 217, Tumbes, Peru; Jr. Libertad 139, Yurimaguas, Peru; Av. Thames 2406 (CP 1425) C.F., Buenos Aires, Argentina; Av. Amazonas No. 22-118 Y Veintimilla-Quito, Quito, Ecuador; Avenida Portugal No. 20, Of. 27 - Comuna Santiago Centro, Santiago, Chile; Boyaca 1012 Y P. Icaza, Guayaquil, Ecuador; Av. 27 De Febrero No. 102, Edif Miguel Mejia Urr. El Vergel, Santo Domingo, Dominican Republic; 1ra Avenida de Los Palos Grandes, Centro Comercial Quinora P.B., Locales L-1A y L-2A, Caracas, Venezuela; Calle Rio Rhin No. 64, P.B. Col. Cuauhtemoc C.P., Mexico City D.F.  065000, Mexico; Sarmiento 854 Piso 8 Of. 3 y 4 (CP-S2000CMN), Rosario (Santa Fe), Argentina; Av. Colon 119 Piso 3 Of. 6 (CP-X5000EPB), Cordoba, Argentina; Rivadavia 209 (CP-5500), Mendoza, Argentina; 8940 NW 24 Terrace, Miami, FL  33172; Bogota, Colombia; Business Registration Document # F01000003035 (United States); NIT # 8300720300 (Colombia);

RUC # 20108363101 (Peru); US FEIN 55-2197267 [SDNTK]

AERO CONTINENTE, INC. (a.k.a. AERO CONTINENTE (USA) INC.), 2858 NW 79 Avenue, Miami, FL  33122; Business Registration Document # P94000013372 (United States); US FEIN 65-0467983 [BPI-SDNTK]

AEROATLANTICO LTDA. (a.k.a. AEROVIAS ATLANTICO LTDA.), Aeropuerto Int. Ernesto Cortisoz Hangar 1, Barranquilla Atlantico, Colombia; NIT # 890109958-1 (Colombia) [SDNT]

AERO-CARIBBEAN (a.k.a. AEROCARIBBEAN AIRLINES), Havana, Cuba [CUBA]

AEROCARIBBEAN AIRLINES (a.k.a. AERO-CARIBBEAN), Havana, Cuba [CUBA]

AEROCOMERCIAL ALAS DE COLOMBIA LTDA., Avenida El Dorado Entrada 2 Int. 6, Bogota, Colombia; NIT # 800049071-7 (Colombia) [SDNT]

AEROCONTINENTE S.A. (a.k.a. AERO CONTINENTE S.A.; a.k.a. AERO CONTINENTE S.A; n.k.a. NUEVO CONTINENTE S.A.; n.k.a. NUEVOCONTINENTE S.A.; a.k.a. WWW.AEROCONTINENTE.COM; a.k.a. WWW.AEROCONTINENTE.COM.PE; n.k.a. WWW.NUEVOCONTINENTE.COM.PE), Jr. Francisco Bolognesi 125, Piso 16, Miraflores, Lima 18, Peru; Av. Grau 602 D, Barranco, Lima, Peru; Plaza Camacho TDA 3-C, La Molina, Lima, Peru; Av. Antunez de Mayolo 889, Los Olivos, Lima, Peru; Av. Pardo 605, Miraflores I-Pardo, Lima, Peru; Av. Camino Real 441, San Isidro, Lima, Peru; Av. Arequipa 326, Santa Beatriz, Lima, Peru; Av. Benavides 4581, Surco I, Lima, Peru; Av. Saenz Pena 184, Callao, Lima, Peru; Av. Rufino Torrico 981, Lima, Peru; Av. Enrique Ucea 395-A, Magdalena, Lima, Peru; Av. Larco 123-2 Do Piso, Miraflores II-Larco, Lima, Peru; Av. Peru 3421, San Martin de Porres, Lima; C.C. San Miguel Shopping Center, TDA. 50 - Av. La Mar 2291, San Miguel, Lima, Peru; Av. La Encalada 1587, (C.C. El Polo Block A Oficina 213), Surco II-C.C. El Polo, Lima, Peru; Av. Jose Pardo 601, Miraflores, Lima, Peru; Av. Peru 3421, San Martin, Lima, Peru; Av. Grau 624, Barranco, Lima, Peru; Av. La Marina 2095, San Miguel, Lima, Peru; Sta Catalina 105 A-B, Arequipa, Peru; Jr. 9 de Diciembre 160, Ayacucho, Peru; Jr. 2 de Mayo 381, Cajamarca, Peru; Calle San Jose 867-879, Chiclayo, Peru; Portal de Carnes 254, Cusco, Peru; Jr. Prospero 232, Iquitos, Peru; Calle San Roman 175, Juliaca, Peru; Jr. Libertad 945-951, Piura, Peru; Leon Velarde 584, Puerto Maldonado, Peru; Jr. 7 de Junio 861, Pucallpa, Peru; Alonso de Alvarado 726, Rioja, Peru; Calle Apurimac 265, Tacna, Peru; Jr. Moyobamba 101, Tarapoto, Peru; Jr. Pizarro 470, Trujillo, Peru; Av. Tumbes 217, Tumbes, Peru; Jr. Libertad 139, Yurimaguas, Peru; Av. Thames 2406 (CP 1425) C.F., Buenos Aires, Argentina; Av. Amazonas No. 22-118 Y Veintimilla-Quito, Quito, Ecuador; Avenida Portugal No. 20, Of. 27 - Comuna Santiago Centro, Santiago, Chile; Boyaca 1012 Y P. Icaza, Guayaquil, Ecuador; Av. 27 De Febrero No. 102, Edif Miguel Mejia Urr. El Vergel, Santo Domingo, Dominican Republic; 1ra Avenida de Los Palos Grandes, Centro Comercial Quinora P.B., Locales L-1A y L-2A, Caracas, Venezuela; Calle Rio Rhin No. 64, P.B. Col. Cuauhtemoc C.P., Mexico City D.F.  065000, Mexico; Sarmiento 854 Piso 8 Of. 3 y 4 (CP-S2000CMN), Rosario (Santa Fe), Argentina; Av. Colon 119 Piso 3 Of. 6 (CP-X5000EPB), Cordoba, Argentina; Rivadavia 209 (CP-5500), Mendoza, Argentina; 8940 NW 24 Terrace, Miami, FL  33172; Bogota, Colombia; Business Registration Document # F01000003035 (United States); NIT # 8300720300 (Colombia);

RUC # 20108363101 (Peru); US FEIN 55-2197267 [SDNTK]

AEROSPACE INDUSTRIES ORGANIZATION (a.k.a. SAZMANE SANAYE HAVA FAZA; a.k.a. "AIO"), Langara Street, Nobonyad Square, Tehran, Iran [NPWMD]

AEROTAXI EJECUTIVO, S.A., Managua, Nicaragua [CUBA]

AEROVIAS ATLANTICO LTDA. (a.k.a. AEROATLANTICO LTDA.), Aeropuerto Int. Ernesto Cortisoz Hangar 1, Barranquilla Atlantico, Colombia; NIT # 890109958-1 (Colombia) [SDNT]

AFGHAN SUPPORT COMMITTEE (ASC) (a.k.a. AHYA UL TURAS; a.k.a. JAMIAT AYAT-UR-RHAS AL ISLAMIA; a.k.a. JAMIAT IHYA UL TURATH AL ISLAMIA; a.k.a. LAJNAT UL MASA EIDATUL AFGHANIA), Grand Trunk Road, near Pushtoon Garhi Pabbi, Peshawar, Pakistan; Cheprahar Hadda, Mia Omar Sabaqah School, Jalalabad, Afghanistan [SDGT]

AFGHAN, Shear (a.k.a. AFGHAN, Sher; a.k.a. AFGHAN, Shir; a.k.a. AZIZ, Mohammad; a.k.a. KHAN, Abdullah); DOB 1962; alt. DOB 1959; POB Pakistan (individual) [SDNTK]

AFGHAN, Sher (a.k.a. AFGHAN, Shear; a.k.a. AFGHAN, Shir; a.k.a. AZIZ, Mohammad; a.k.a. KHAN, Abdullah) DOB 1962; alt. DOB 1959; POB Pakistan (individual) [SDNTK]

AFGHAN, Shir (a.k.a. AFGHAN, Shear; a.k.a. AFGHAN, Sher; a.k.a. AZIZ, Mohammmad; a.k.a. KHAN, Abdullah); DOB 1962; alt. DOB 1959; POB Pakistan (individual) [SDNTK]

AFIAZACREDIT (a.k.a. AVANTECARD; a.k.a. CREDIAVANTE; a.k.a. OUTSOURCING DE OPERACIONES S.A.; f.k.a. SERVICIOS Y REMESAS S.A.; a.k.a. TURISMO AVANTE), Calle 52A No. 9-86 piso 2 y piso 3, Bogota, Colombia; NIT # 805021157-8 (Colombia) [SDNT]

AFIN E.U. (a.k.a. ADMINISTRACION DE RECURSOS FINANCIEROS E.U.), Calle 20N No. 6AN-19 ofc. 67-68, Cali, Colombia; NIT # 805013294-5 (Colombia) [SDNT]

AFO (a.k.a. ARELLANO FELIX ORGANIZATION; a.k.a. TIJUANA CARTEL), Mexico [SDNTK]

AFRICAN DRILLING COMPANY, Khartoum, Sudan [SUDAN]

AFRICAN OIL CORPORATION, P.O. Box 1, Khartoum North, Sudan [SUDAN]

AGBA CONSULTORES CASA DE CAMBIO (a.k.a. AGBAS CONSULTORES, S.A. DE C.V.), Blv Agua Caliente 148, Col. Revolucion Rio Panuco Rio Yaqui, Tijuana, Baja California, Mexico; Boulevard Agua Caliente No. 148, Col. Revolucion , Tijuana, Baja California, Mexico; Boulevard Agua Caliente, Tijuana, Baja California, Mexico; R.F.C. ACO040630893 (Mexico) [SDNTK]

AGBAS CONSULTORES, S.A. DE C.V. (a.k.a. AGBA CONSULTORES CASA DE CAMBIO), Blv Agua Caliente 148, Col. Revolucion Rio Panuco Rio Yaqui, Tijuana, Baja California, Mexico; Boulevard Agua Caliente No. 148, Col. Revolucion , Tijuana, Baja California, Mexico; Boulevard Agua Caliente, Tijuana, Baja California, Mexico; R.F.C. ACO040630893 (Mexico) [SDNTK]

AGENCIA DE VIAJES GUAMA (a.k.a. GUAMA TOUR; a.k.a. GUAMATUR, S.A.; a.k.a. VIAJES GUAMA TOURS), Bal Harbour Shopping Center, Via Italia, Panama City, Panama [CUBA]

AGHA, Haji Abdul Manan (a.k.a. SAIYID, Abd Al-Man'am), Pakistan (individual) [SDGT]

AGHAJANI, Davood (a.k.a. AGHAJANI, Davoud; a.k.a. AGHAJANI, Davud; a.k.a. AGHA-JANI, Dawood; a.k.a. AGHAJANI, Kalkhoran Davood; a.k.a. AQAJANI KHAMENA, Da'ud); DOB 23 Apr 1957; POB Ardabil, Iran; nationality Iran; Passport I5824769 (Iran) (individual) [NPWMD]

OFFICE OF FOREIGN ASSETS CONTROL                                    SPECIALLY DESIGNATED NATIONALS & BLOCKED PERSONS

AGHAJANI, Davoud (a.k.a. AGHAJANI, Davood; a.k.a. AGHAJANI, Davud; a.k.a. AGHA-JANI, Dawood; a.k.a. AGHAJANI, Kalkhoran Davood; a.k.a. AQAJANI KHAMENA, Da'ud); DOB 23 Apr 1957; POB Ardebil, Iran; nationality Iran; Passport I5824769 (Iran) (individual) [NPWMD]

AGHAJANI, Davud (a.k.a. AGHAJANI, Davood; a.k.a. AGHAJANI, Davud; a.k.a. AGHA-JANI, Dawood; a.k.a. AGHAJANI, Kalkhoran Davood; a.k.a. AQAJANI KHAMENA, Da'ud); DOB 23 Apr 1957; POB Ardebil, Iran; nationality Iran; Passport I5824769 (Iran) (individual) [NPWMD]

AGHA-JANI, Dawood (a.k.a. AGHAJANI, Davood; a.k.a. AGHAJANI, Davud; a.k.a. AGHAJANI, Davud; a.k.a. AGHAJANI, Kalkhoran Davood; a.k.a. AQAJANI KHAMENA, Da'ud); DOB 23 Apr 1957; POB Ardebil, Iran; nationality Iran; Passport I5824769 (Iran) (individual) [NPWMD]

AGHAJANI, Kalkhoran Davood (a.k.a. AGHAJANI, Davood; a.k.a. AGHAJANI, Davud; a.k.a. AGHAJANI, Davud; a.k.a. AGHA-JANI, Dawood; a.k.a. AQAJANI KHAMENA, Da'ud); DOB 23 Apr 1957; POB Ardebil, Iran; nationality Iran; Passport I5824769 (Iran) (individual) [NPWMD]

AGIR (a.k.a. IRANIAN REVOLUTIONARY GUARD CORPS; a.k.a. IRG; a.k.a. IRGC; a.k.a. ISLAMIC REVOLUTIONARY CORPS; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS; a.k.a. PASDARAN; a.k.a. PASDARAN-E ENGHELAB-E ISLAMI; a.k.a. PASDARAN-E INQILAB; a.k.a. REVOLUTIONARY GUARD; a.k.a. REVOLUTIONARY GUARDS; a.k.a. SEPAH; a.k.a. SEPAH PASDARAN; a.k.a. SEPAH-E PASDARAN-E ENQELAB-E ESLAMI; a.k.a. THE ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION; a.k.a. THE IRANIAN REVOLUTIONARY GUARDS), Tehran, Iran [NPWMD]

AGRICOLA DOIMA DEL NORTE DEL VALLE LTDA., Carrera 4 No. 12-20 of. 206, Cartago, Valle, Colombia; Km 12 Via Santa Ana Molina, Hacienda Doima, Cartago, Colombia; NIT # 800144713-3 (Colombia) [SDNT]

AGRICOLA GANADERA HENAO GONZALEZ Y CIA. S.C.S., Carrera 4A No. 16-04 apt. 303, Cartago, Colombia; Km. 5 Via Aeropuerto, Cartago, Colombia; Carrera 1 No. 13-08, Cartago, Colombia; NIT # 800021615-1 (Colombia) [SDNT]

AGRICOLA HUMYAMI LTDA., Apartado Aereo 30352, Cali, Colombia [SDNT]

AGRICOLA SONGO LTDA., Calle 74 No. 53-30, Barranquilla, Colombia; NIT # 890115794-3 (Colombia) [SDNT]

AGRICULTURAL BANK OF SUDAN, P.O. Box 1363, Khartoum, Sudan [SUDAN]

AGRO MASCOTAS S.A. (a.k.a. AGROPECUARIA 100%; a.k.a. AGROPECUARIA EL ARBOLITO; a.k.a. AGROPECUARIA EL GALLO; a.k.a. AGROPECUARIA LA COLMENA; a.k.a. AGROPECUARIA LA HORMIGA; a.k.a. AGROTODO; a.k.a. AGROTORO), Avenida 3 Bis No. 23CN-13, Cali, Colombia; Calle 19 No. 12-36, Tunja, Colombia; Calle 1N No. 4-36, Popayan, Colombia; Calle 28 No. 27-06, Palmira, Colombia; Calle 3 No. 11-104, Santander de Quilichao, Colombia; Calle 35 No. 27-69, Villavicencio, Colombia; Carrera 10 No. 11-14 Esq., Jamundi, Colombia; Carrera 10 No. 18-02 Esq., Girardot, Colombia; Carrera 13 No. 13-41, Pereira, Colombia; Carrera 13 No. 15-42, Santa Rosa, Colombia; Carrera 14 No. 18-51, Armenia, Colombia; Carrera 16 No. 43-15, Dos Quebradas, Colombia; Carrera 18 No. 22-17, Manizales, Colombia; Carrera 19 No. 11-52, Dutaima, Colombia; Carrera 2 No. 13-17, Puerto Boyaca, Colombia; Carrera 23 No. 29-

03, Tulua, Colombia; Carrera 2A No. 15-10, Dorada, Colombia; Carrera 33 No. 19-35, Villavicencio, Colombia; Carrera 4 No. 16-87, Soacha, Colombia; Carrera 7 No. 12-58, Cartago, Colombia; Transversal 29 No. 39-92, Bogota, Colombia; NIT # 815002808-1 (Colombia) [SDNT]

AGROGANADERA LA ISABELA S.A., Avenida 4 No. 6N-61, Ofc. 510, Cali, Colombia; NIT # 900100335-6 (Colombia) [SDNT]

AGROINVERSORA URDINOLA HENAO Y CIA. S.C.S., Calle 5 No. 22-39 of. 205, Cali, Colombia; Calle 52 No. 28E-30, Cali, Colombia; NIT # 800042180-1 (Colombia) [SDNT]

AGRONILO S.A. (a.k.a. AGROPECUARIA EL NILO S.A.), Establecimientos Corabastos Bodega Reina Puesto 35A, Bogota, Colombia; Calle 14 No. 4-123, La Union, Valle, Colombia; Corregimiento El Bohio Finca El Nilo, Toro, Valle, Colombia; Establecimientos Corabastos Bodega Reina Puesto 64A, Bogota, Colombia; NIT # 800099699-5 (Colombia) [SDNT]

AGROPECUARIA 100% (a.k.a. AGRO MASCOTAS S.A.; a.k.a. AGROPECUARIA EL ARBOLITO; a.k.a. AGROPECUARIA EL GALLO; a.k.a. AGROPECUARIA LA COLMENA; a.k.a. AGROPECUARIA LA HORMIGA; a.k.a. AGROTODO; a.k.a. AGROTORO), Avenida 3 Bis No. 23CN-13, Cali, Colombia; Calle 19 No. 12-36, Tunja, Colombia; Calle 1N No. 4-36, Popayan, Colombia; Calle 28 No. 27-06, Palmira, Colombia; Calle 3 No. 11-104, Santander de Quilichao, Colombia; Calle 35 No. 27-69, Villavicencio, Colombia; Carrera 10 No. 11-14 Esq., Jamundi, Colombia; Carrera 10 No. 18-02 Esq., Girardot, Colombia; Carrera 13 No. 13-41, Pereira, Colombia; Carrera 13 No. 15-42, Santa Rosa, Colombia; Carrera 14 No. 18-51, Armenia, Colombia; Carrera 16 No. 43-15, Dos Quebradas, Colombia; Carrera 18 No. 22-17, Manizales, Colombia; Carrera 19 No. 11-52, Dutaima, Colombia; Carrera 2 No. 13-17, Puerto Boyaca, Colombia; Carrera 23 No. 29-03, Tulua, Colombia; Carrera 2A No. 15-10, Dorada, Colombia; Carrera 33 No. 19-35, Villavicencio, Colombia; Carrera 4 No. 16-87, Soacha, Colombia; Carrera 7 No. 12-58, Cartago, Colombia; Transversal 29 No. 39-92, Bogota, Colombia; NIT # 815002808-1 (Colombia) [SDNT]

AGROPECUARIA B GRAND LTDA. (a.k.a. INMOBILIARIA QUILICHAO S.A.), Avenida 4N No. 6N-61, Apt. 510, Cali, Colombia; NIT # 817002547-1 (Colombia) [SDNT]

AGROPECUARIA BETANIA LTDA., Calle 70N No. 14-31, Cali, Colombia; Carrera 61 No. 11-58, Cali, Colombia [SDNT]

AGROPECUARIA BETANIA LTDA. (a.k.a. VALLADARES LTDA.), Calle 70N No. 14-31, Cali, Colombia; Carrera 61 No. 11-58, Cali, Colombia; NIT # 890329123-0 (Colombia) [SDNT]

AGROPECUARIA EL ARBOLITO (a.k.a. AGRO MASCOTAS S.A.; a.k.a. AGROPECUARIA 100%; a.k.a. AGROPECUARIA EL GALLO; a.k.a. AGROPECUARIA LA COLMENA; a.k.a. AGROPECUARIA LA HORMIGA; a.k.a. AGROTODO; a.k.a. AGROTORO), Avenida 3 Bis No. 23CN-13, Cali, Colombia; Calle 19 No. 12-36, Tunja, Colombia; Calle 1N No. 4-36, Popayan, Colombia; Calle 28 No. 27-06, Palmira, Colombia; Calle 3 No. 11-104, Santander de Quilichao, Colombia; Calle 35 No. 27-69, Villavicencio, Colombia; Calle 35 No. 27-83, Villavicencio, Colombia; Carrera 1 No. 14-41, Ibague, Colombia; Carrera 10 No. 11-14 Esq., Jamundi, Colombia; Carrera 10 No. 12-02 Esq., Girardot, Colombia; Carrera 13 No. 13-41, Pereira, Colombia; Carrera 13 No. 13-41,

Bogota, Colombia; Carrera 13 No. 15-42, Santa Rosa, Colombia; Carrera 14 No. 18-51, Armenia, Colombia; Carrera 16 No. 43-15, Dos Quebradas, Colombia; Carrera 18 No. 22-17, Manizales, Colombia; Carrera 19 No. 11-52, Dutaima, Colombia; Carrera 2 No. 13-17, Puerto Boyaca, Colombia; Carrera 23 No. 29-03, Tulua, Colombia; Carrera 2A No. 15-10, Dorada, Colombia; Carrera 33 No. 19-35, Villavicencio, Colombia; Carrera 4 No. 16-87, Soacha, Colombia; Carrera 7 No. 12-58, Cartago, Colombia; Transversal 29 No. 39-92, Bogota, Colombia; NIT # 815002808-1 (Colombia) [SDNT]

AGROPECUARIA EL GALLO (a.k.a. AGRO MASCOTAS S.A.; a.k.a. AGROPECUARIA 100%; a.k.a. AGROPECUARIA EL ARBOLITO; a.k.a. AGROPECUARIA LA COLMENA; a.k.a. AGROPECUARIA LA HORMIGA; a.k.a. AGROTODO; a.k.a. AGROTORO), Avenida 3 Bis No. 23CN-13, Cali, Colombia; Calle 19 No. 12-36, Tunja, Colombia; Calle 1N No. 4-36, Popayan, Colombia; Calle 28 No. 27-06, Palmira, Colombia; Calle 3 No. 11-104, Santander de Quilichao, Colombia; Calle 35 No. 27-69, Villavicencio, Colombia; Calle 35 No. 27-83, Villavicencio, Colombia; Carrera 1 No. 14-41, Ibague, Colombia; Carrera 10 No. 11-14 Esq., Jamundi, Colombia; Carrera 10 No. 12-02 Esq., Girardot, Colombia; Carrera 13 No. 13-41, Pereira, Colombia; Carrera 13 No. 15-42, Santa Rosa, Colombia; Carrera 14 No. 18-51, Armenia, Colombia; Carrera 16 No. 43-15, Dos Quebradas, Colombia; Carrera 18 No. 22-17, Manizales, Colombia; Carrera 19 No. 11-52, Dutaima, Colombia; Carrera 2 No. 13-17, Puerto Boyaca, Colombia; Carrera 23 No. 29-03, Tulua, Colombia; Carrera 2A No. 15-10, Dorada, Colombia; Carrera 33 No. 19-35, Villavicencio, Colombia; Carrera 4 No. 16-87, Soacha, Colombia; Carrera 7 No. 12-58, Cartago, Colombia; Transversal 29 No. 39-92, Bogota, Colombia; NIT # 815002808-1 (Colombia) [SDNT]

AGROPECUARIA EL NILO S.A. (a.k.a. AGRONILO S.A.), Establecimientos Corabastos Bodega Reina Puesto 35A, Bogota, Colombia; Calle 14 No. 4-123, La Union, Valle, Colombia; Corregimiento El Bohio Finca El Nilo, Toro, Valle, Colombia; Establecimientos Corabastos Bodega Reina Puesto 64A, Bogota, Colombia; NIT # 800099699-5 (Colombia) [SDNT]

AGROPECUARIA LA COLMENA (a.k.a. AGRO MASCOTAS S.A.; a.k.a. AGROPECUARIA 100%; a.k.a. AGROPECUARIA EL ARBOLITO; a.k.a. AGROPECUARIA EL GALLO; a.k.a. AGROPECUARIA LA HORMIGA; a.k.a. AGROTODO; a.k.a. AGROTORO), Avenida 3 Bis No. 23CN-13, Cali, Colombia; Calle 19 No. 12-36, Tunja, Colombia; Calle 1N No. 4-36, Popayan, Colombia; Calle 28 No. 27-06, Palmira, Colombia; Calle 3 No. 11-104, Santander de Quilichao, Colombia; Calle 35 No. 27-69, Villavicencio, Colombia; Calle 35 No. 27-83, Villavicencio, Colombia; Carrera 1 No. 14-41, Ibague, Colombia; Carrera 10 No. 11-14 Esq., Jamundi, Colombia; Carrera 10 No. 12-02 Esq., Girardot, Colombia; Carrera 13 No. 13-41, Pereira, Colombia; Carrera 13 No. 15-42, Santa Rosa, Colombia; Carrera 14 No. 18-51, Armenia, Colombia; Carrera 16 No. 43-15, Dos Quebradas, Colombia; Carrera 18 No. 22-17, Manizales, Colombia; Carrera 19 No. 11-52, Dutaima, Colombia; Carrera 2 No. 13-17, Puerto Boyaca, Colombia; Carrera 23 No. 29-03, Tulua, Colombia; Carrera 2A No. 15-10, Dorada, Colombia; Carrera 33 No. 19-35, Villavicencio, Colombia; Carrera 4 No. 16-87, Soacha, Colombia; Carrera 7 No. 12-58, Cartago, Colombia; Transversal 29 No. 39-92,

July 17, 2008

Exhibit A
Page 13 of 29

Bogota, Colombia; NIT # 815002808-1
(Colombia) [SDNT]
AGROPECUARIA LA HORMIGA (a.k.a. AGRO
MASCOTAS S.A.; a.k.a. AGROPECUARIA
100%; a.k.a. AGROPECUARIA EL ARBOLITO;
a.k.a. AGROPECUARIA EL GALLO; a.k.a.
AGROPECUARIA LA COLMENA; a.k.a.
AGROTODO; a.k.a. AGROTORO), Avenida 3
Bis No. 23CN-13, Cali, Colombia; Calle 19 No.
12-36, Tunja, Colombia; Calle 1N No. 4-36,
Popayan, Colombia; Calle 28 No. 27-06,
Palmira, Colombia; Calle 3 No. 11-104,
Santander de Quilichao, Colombia; Calle 35 No.
27-69, Villavicencio, Colombia; Calle 35 No. 27-
83, Villavicencio, Colombia; Carrera 1 No. 14-
41, Ibague, Colombia; Carrera 10 No. 11-14
Esq., Jamundi, Colombia; Carrera 10 No. 12-02
Esq., Girardot, Colombia; Carrera 10 No. 18-02,
Pereira, Colombia; Carrera 13 No. 13-41,
Bogota, Colombia; Carrera 13 No. 15-42, Santa
Rosa, Colombia; Carrera 14 No. 18-51,
Armenia, Colombia; Carrera 16 No. 43-15, Dos
Quebradas, Colombia; Carrera 18 No. 22-17,
Manizales, Colombia; Carrera 19 No. 11-52,
Dutaima, Colombia; Carrera 2 No. 13-17,
Puerto Boyaca, Colombia; Carrera 23 No. 29-
03, Tulua, Colombia; Carrera 2A No. 15-10,
Dorada, Colombia; Carrera 33 No. 19-35,
Villavicencio, Colombia; Carrera 4 No. 16-87,
Soacha, Colombia; Carrera 7 No. 12-58,
Cartago, Colombia; Transversal 29 No. 39-92,
Bogota, Colombia; NIT # 815002808-1
(Colombia) [SDNT]
AGROPECUARIA LA ROBLEDA S.A., Avenida
2DN No. 24N-76, Cali, Colombia; Carrera 61
No. 11-58, Cali, Colombia; NIT # 800160353-2
(Colombia) [SDNT]
AGROPECUARIA LA ROBLEDA S.A. (a.k.a.
MANAURE S.A.), Avenida 2D Norte No. 24N-
76, Cali, Colombia; Carrera 61 No. 11-58, Cali,
Colombia; NIT # 800160353-2 (Colombia)
[SDNT]
AGROPECUARIA LINDARAJA S.A., Calle 4N
No. 1N-10, Ofc. 901, Cali, Colombia; NIT #
890327360-0 (Colombia) [SDNT]
AGROPECUARIA MIRALINDO S.A., Carrera 8N
No. 17A-12, Cartago, Colombia; NIT #
836000446-4 (Colombia) [SDNT]
AGROPECUARIA PALMA DEL RÍO S.A.,
Carrera 5 No. 29-32, C.C. La Quinta, Ibague,
Tolima, Colombia; Carrera 17 No. 91-42, Apt.
502, Bogota, Colombia; NIT # 830061299-7
(Colombia) [SDNT]
AGROPECUARIA Y REFORESTADORA
HERREBE LTDA., Avenida 2N No. 7N-55 of.
501, Cali, Colombia [SDNT]
AGROTODO (a.k.a. AGRO MASCOTAS S.A.;
a.k.a. AGROPECUARIA 100%; a.k.a.
AGROPECUARIA EL ARBOLITO; a.k.a.
AGROPECUARIA EL GALLO; a.k.a.
AGROPECUARIA LA COLMENA; a.k.a.
AGROPECUARIA LA HORMIGA; a.k.a.
AGROTORO), Avenida 3 Bis No. 23CN-13,
Cali, Colombia; Calle 19 No. 12-36, Tunja,
Colombia; Calle 1N No. 4-36, Popayan,
Colombia; Calle 28 No. 27-06, Palmira,
Colombia; Calle 3 No. 11-104, Santander de
Quilichao, Colombia; Calle 35 No. 27-69,
Villavicencio, Colombia; Calle 35 No. 27-83,
Villavicencio, Colombia; Carrera 1 No. 14-41,
Jamundi, Colombia; Carrera 10 No. 11-14 Esq.,
Girardot, Colombia; Carrera 10 No. 18-02,
Pereira, Colombia; Carrera 13 No. 13-41,
Bogota, Colombia; Carrera 13 No. 15-42, Santa
Rosa, Colombia; Carrera 14 No. 18-51,
Armenia, Colombia; Carrera 16 No. 43-15, Dos
Quebradas, Colombia; Carrera 18 No. 22-17,
Manizales, Colombia; Carrera 19 No. 11-52,
Dutaima, Colombia; Carrera 2 No. 13-17,
Puerto Boyaca, Colombia; Carrera 23 No. 29-
03, Tulua, Colombia; Carrera 2A No. 15-10,
Dorada, Colombia; Carrera 33 No. 19-35,

Villavicencio, Colombia; Carrera 4 No. 16-87,
Soacha, Colombia; Carrera 7 No. 12-58,
Cartago, Colombia; Transversal 29 No. 39-92,
Bogota, Colombia; NIT # 815002808-1
(Colombia) [SDNT]
AGROTORO (a.k.a. AGRO MASCOTAS S.A.;
a.k.a. AGROPECUARIA 100%; a.k.a.
AGROPECUARIA EL ARBOLITO; a.k.a.
AGROPECUARIA EL GALLO; a.k.a.
AGROPECUARIA LA COLMENA; a.k.a.
AGROPECUARIA LA HORMIGA; a.k.a.
AGROTODO), Avenida 3 Bis No. 23CN-13,
Cali, Colombia; Calle 19 No. 12-36, Tunja,
Colombia; Calle 1N No. 4-36, Popayan,
Colombia; Calle 28 No. 27-06, Palmira,
Colombia; Calle 3 No. 11-104, Santander de
Quilichao, Colombia; Calle 35 No. 27-69,
Villavicencio, Colombia; Calle 35 No. 27-83,
Villavicencio, Colombia; Carrera 1 No. 14-41,
Ibague, Colombia; Carrera 10 No. 11-14 Esq.,
Jamundi, Colombia; Carrera 10 No. 12-02 Esq.,
Girardot, Colombia; Carrera 10 No. 18-02,
Pereira, Colombia; Carrera 13 No. 13-41,
Bogota, Colombia; Carrera 13 No. 15-42, Santa
Rosa, Colombia; Carrera 14 No. 18-51,
Armenia, Colombia; Carrera 16 No. 43-15, Dos
Quebradas, Colombia; Carrera 18 No. 22-17,
Manizales, Colombia; Carrera 19 No. 11-52,
Dutaima, Colombia; Carrera 2 No. 13-17,
Puerto Boyaca, Colombia; Carrera 23 No. 29-
03, Tulua, Colombia; Carrera 2A No. 15-10,
Dorada, Colombia; Carrera 33 No. 19-35,
Villavicencio, Colombia; Carrera 4 No. 16-87,
Soacha, Colombia; Carrera 7 No. 12-58,
Cartago, Colombia; Transversal 29 No. 39-92,
Bogota, Colombia; NIT # 815002808-1
(Colombia) [SDNT]
AGROVETERINARIA EL TORO (a.k.a.
AGROVETERINARIA EL TORO #2; a.k.a.
INVERSIONES BOMBAY S.A.), Transversal 29
No. 39-92, Bogota, Colombia; Calle 12B No. 28-
50, Bogota, Colombia; Avenida 3 Bis Norte No.
23CN-69, Cali, Colombia; Calle 7 No. 25-69,
Cali, Colombia; NIT # 830019226-2 (Colombia)
[SDNT]
AGROVETERINARIA EL TORO #2 (a.k.a.
AGROVETERINARIA EL TORO; a.k.a.
INVERSIONES BOMBAY S.A.), Transversal 29
No. 39-92, Bogota, Colombia; Calle 12B No. 28-
50, Bogota, Colombia; Avenida 3 Bis Norte No.
23CN-69, Cali, Colombia; Calle 7 No. 25-69,
Cali, Colombia; NIT # 830019226-2 (Colombia)
[SDNT]
AGUAS LOZADA, Rafael, c/o COSMEPOP,
Bogota, Colombia; c/o DROGAS LA REBAJA
BOGOTA S.A., Bogota, Colombia; c/o
LABORATORIOS BLAIMAR DE COLOMBIA
S.A., Bogota, Colombia; DOB 6 Feb 1967;
Cedula No. 11385426 (Colombia) (individual)
[SDNT]
AGUDELO VELASQUEZ, Norberto Antonio
(a.k.a. "AMADO"), Guasca, Cundinamarca,
Colombia; DOB 20 Aug 1955; POB Colombia;
citizen Colombia; nationality Colombia; Cedula
No. 4590874 (Colombia) (individual) [SDNTK]
AGUDELO, Ivan de Jesus, Avenida 6N No. 47-
197 17, Cali, Colombia; c/o INDUSTRIA
MADERERA ARCA LTDA., Cali, Colombia
(individual) [SDNT]
AGUIAR, Raul, Avenida de Concha, Espina 8, E-
28036, Madrid, Spain; Director, Banco Nacional
de Cuba (individual) [CUBA]
AGUILAR AMAO, Miguel, Avenida Del Sol 4551,
Fraccionamiento La Escondida, Tijuana, Baja
California, Mexico; Avenida Del Sol 4551-2,
Fraccionamiento La Escondida 22440, Tijuana,
Baja California, Mexico; c/o Distribuidora
Imperial De Baja California S.A. de C.V.,
Tijuana, Baja California, Mexico; c/o ADP, S.C.,
Tijuana, Baja California, Mexico; DOB 29 Sep
1953; POB Santa Agueda, Baja California
Sur,Mexico; Credencial electoral 101924629544

(Mexico); R.F.C. AUAM-530929 (Mexico)
(individual) [SDNTK]
AGUILAR BERNAL, Sonia, Calle 14C No. 29B-
24, Cali, Colombia; c/o CRIADERO LA LUISA
E.U., Cali, Colombia; c/o GESTORA
MERCANTIL S.A., Cali, Colombia; c/o
COMPANIA DE FOMENTO MERCANTIL S.A.,
Cali, Colombia; c/o CONSTRUCCIONES
PROGRESO DEL PUERTO S.A., Puerto
Tejada, Colombia; Cedula No. 31988264
(Colombia); Passport 31988264 (Colombia)
(individual) [SDNT]
AGUILAR RAMIREZ, Gerardo Antonio (a.k.a.
"CESAR"); DOB 20 Sep 1962; POB Colombia;
Cedula No. 16447616 (Colombia); alt. Cedula
No. 16148998 (Colombia) (individual) [SDNTK]
AGUILAR ROJAS, Luz Elena, c/o PARQUE
INDUSTRIAL PROGRESO S.A., Yumbo,
Colombia; c/o GEOPLASTICOS S.A., Cali,
Colombia; DOB 14 Mar 1966; POB Cali, Valle,
Colombia; Cedula No. 31940893 (Colombia);
Passport 31940893 (Colombia) (individual)
[SDNT]
AGUILAR TORRES, Evangelina, c/o CASA DE
EMPENO RIO TIJUANA, S.A. DE C.V., Tijuana,
Baja California, Mexico; DOB 2 May 1956; POB
Tijuana, Baja California, Mexico (individual)
[SDNTK]
AGUILERA QUIJANO, Harold, c/o ASESORIAS
COSMOS LTDA., Cali, Colombia; DOB 28 Feb
1958; Cedula No. 16594227 (Colombia)
(individual) [SDNT]
AGUIRRE GALINDO, Manuel, c/o COMPLEJO
TURISTICO OASIS, S.A. DE C.V., Rosarito,
Baja California, Mexico; c/o INMOBILIARIA
ESPARTA S.A. DE C.V., Tijuana, Baja
California, Mexico; DOB 2 Nov 1950; POB
Tijuana, Baja California, Mexico; R.F.C. AUGM-
501102-PM3 (Mexico) (individual) [SDNTK]
AGUIRRE RAMOS, Manuel Francisco, Paseo de
los Heroes, Av. 95 B7, Colonia Rio Tijuana,
Tijuana, Baja California, Mexico; Prol. Puerta de
Hierro, Colonia Puerta de Hierro 22150, Baja
California, Mexico; Pda. Manuel M. Flores 2,
Colonia Hipodromo Dos, Tijuana, Baja
California, Mexico; c/o INMOBILIARIA
ESPARTA S.A. DE C.V., Tijuana, Baja
California, Mexico; c/o INMOBILIARIA LA
PROVINCIA S.A. DE C.V., Tijuana, Baja
California, Mexico; Calle 2A Barrio Juarez 2034-
702, Colonia Zona Central, Tijuana, Baja
California, Mexico; DOB 16 Mar 1969; POB
Baja California, Mexico; C.U.R.P. #
AURM690316HBCGMN05 (Mexico); R.F.C. #
AURM-690316-97A (Mexico) (individual)
[SDNTK]
AGUIRRE SANCHEZ, Blanca Armida, Diaz
Miron, Calle 1903 3 Zona Central, Tijuana, Baja
California, Mexico; c/o COCINA DE TIJUANA,
S. DE R.L. DE C.V., Tijuana, Baja California,
Mexico; c/o HACIENDA CIEN ANOS DE
TIJUANA, S. DE R.L. DE C.V., Tijuana, Baja
California, Mexico; c/o MEXGLOBO, S.A. DE
C.V., Tijuana, Baja California, Mexico; c/o
AGBAS CONSULTORES, S.A. DE C.V.,
Tijuana, Baja California, Mexico; c/o
MULTISERVICIOS AGSA, S.A. DE C.V.,
Tijuana, Baja California, Mexico; Avenida
Central No. 10200, Departamento 401 Guion
"E," Colonia Hipodromo Dos, Tijuana, Baja
California, Mexico; Calle Ixtapan de la Sal No.
12137, Fraccionamiento Colinas de Agua
Caliente, Tijuana, Baja California, Mexico; Blvd.
Agua Caliente No. 148, Tijuana, Baja California,
Mexico; C. Cerro Alto No. 7855, Fracc. Lomas
de Agua Caliente, Tijuana, Baja California,
Mexico; DOB 7 Mar 1958; POB Tijuana, Baja
California, Mexico; citizen Mexico; nationality
Mexico; Electoral Registry No.
AGSNBL58030702M801 (Mexico); Passport
04020067193 (Mexico); R.F.C.
AUSB580307CR4 (Mexico); alt. R.F.C.

AUSB580307CRA (Mexico) (individual) [SDNTK]

AGUIRRE SANCHEZ, Claudia, Cll Gladiolas 11449, Lomas de Agua Caliente c de Las Torres c de S Fco, Tijuana , Baja California 22024, Mexico; c/o MEXGLOBO, S.A. DE C.V., Tijuana, Baja California, Mexico; Priv del Cesar No. 7013, Fracc. Racial Agua Caliente, Baja California, Mexico; Calle Garita de Otay No. 1408, Colonia Mesa de Otay, Tijuana, Baja California, Mexico; Calle Gladiolas No. 28, Fraccionamiento Del Prado, Tijuana , Baja California, Mexico; c/o MULTISERVICIOS AGSA, S.A. DE C.V., Tijuana, Baja California, Mexico; c/o HACIENDA CIEN ANOS DE TIJUANA, S. DE R.L. DE C.V., Tijuana , Baja California, Mexico; c/o COCINA DE TIJUANA, S. DE R.L. DE C.V., Tijuana, Baja California, Mexico; DOB 4 Jan 1969; POB Tijuana, Baja California, Mexico; citizen Mexico; nationality Mexico; Cedula No. 1993358 (Mexico); Electoral Registry No. AGSNCL69010402M000 (Mexico) (individual) [SDNTK]

AGUSTIN GRAJALES Y CIA. LTDA., Factoria La Rivera, La Union, Valle, Colombia; NIT # 800166941-0 (Colombia) [SDNT]

AH HAQ, Dr. Amin (a.k.a. AL-HAQ, Amin; a.k.a. AMIN, Muhammad; a.k.a. UL-HAQ, Dr. Amin); DOB 1960; POB Nangahar Province, Afghanistan (individual) [SDGT]

AHCENE, Cheib (a.k.a. ABDELHAY, al-Sheikh; a.k.a. ALLANE, Hacene; a.k.a. "ABU AL-FOUTOUH"; a.k.a. "BOULAHIA"; a.k.a. "HASSAN THE OLD"); DOB 17 Jan 1941; POB El Menea, Algeria (individual) [SDGT]

AHMAD, Abu (a.k.a. AHMED, Abu; a.k.a. SALAH, Mohammad Abd El-Hamid Khalil; a.k.a. SALAH, Mohammad Abdel Hamid Halil; a.k.a. SALAH, Muhammad A.), 9229 South Thomas, Bridgeview, IL 60455; P.O. Box 2578, Bridgeview, IL 60455; P.O. Box 2616, Bridgeview, IL 60455-661; Israel; DOB 5/30/53; Passport 024296248 (United States); SSN 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 (individual) [SDT]

AHMAD, Abu Bakr (a.k.a. "AHMED THE TANZANIAN"; a.k.a. AHMED, A.; a.k.a. AHMED, Abubakar; a.k.a. AHMED, Abubakar K.; a.k.a. AHMED, Abubakar Khalfan; a.k.a. AHMED, Abubakary K.; a.k.a. AHMED, Ahmed Khalfan; a.k.a. AL TANZANI, Ahmad; a.k.a. ALI, Ahmed Khalfan; a.k.a. BAKR, Abu; a.k.a. "FOOPIE"; a.k.a. "FUPI"; a.k.a. GHAILANI, Abubakary Khalfan Ahmed; a.k.a. GHAILANI, Ahmed; a.k.a. GHILANI, Ahmad Khalafan; a.k.a. HUSSEIN, Mahafudh Abubakar Ahmed Abdallah; a.k.a. KHABAR, Abu; a.k.a. KHALFAN, Ahmed; a.k.a. MOHAMMED, Shariff Omar); DOB 14 Mar 1974; alt. DOB 13 Apr 1974; alt. DOB 14 Apr 1974; alt. DOB 1 Aug 1970; POB Zanzibar, Tanzania; citizen Tanzania (individual) [SDGT]

AHMAD, Farhad Kanabi (a.k.a. HAMAWANDI, Kawa; a.k.a. OMAR ACHMED, Kaua), Lochhamer Str. 115, Munich 81477, Germany; Kempten Prison, Germany; DOB 1 Jul 1971; POB Arbil, Iraq; nationality Iraq; Travel Document Number A0139243 (Germany) (individual) [SDGT]

AHMAD, Mufti Rasheed (a.k.a. LADEHYANOY, Mufti Rashid Ahmad; a.k.a. LUDHIANVI, Mufti Rashid Ahmad; a.k.a. WADEHYANOY, Mufti Rashid Ahmad), Karachi, Pakistan (individual) [SDGT]

AHMAD, Muhammad Yunis (a.k.a. AL-AHMED, Muhammad Yunis; a.k.a. AL-BADRANI, Muhammad Yunis Ahmad; a.k.a. AL-MOALI, Mohammed Yunis Ahmed), Al-Hasaka, Syria; Dubai, United Arab Emirates; Mosul, Iraq; Damascus, Syria; Al-Dawar Street, Bludan, Syria; Wadi al-Hawi, Iraq; DOB 1949; POB Al-

Mowali, Mosul, Iraq; nationality Iraq (individual) [IRAQ2]

AHMAD, Mustafa Muhammad (a.k.a. SA'ID, Shaykh); POB Egypt (individual) [SDGT]

AHMAD, Najmuddin Faraj (a.k.a. FARRAJ, Fateh Najm Eddine; a.k.a. KREKAR, Mullah; a.k.a. NAJMUDDIN, Faraj Ahmad), Heimdalsgate 36-V, 0578 Oslo, Norway; DOB 7 Jul 1956; alt. DOB 17 Jun 1963; POB Olaqloo Sharbajer Village, al-Sulaymaniyah Governorate, Iraq; citizen Iraq (individual) [SDGT]

AHMAD, Raseem, P.O. Box 1318, Amman, Jordan (individual) [IRAQ2]

AHMAD, Tariq Anwar al-Sayyid (a.k.a. FARAG, Hamdi Ahmad; a.k.a. FATHI, Amr Al-Fatih); DOB 15 MAR 63; POB Alexandria, Egypt (individual) [SDGT]

AHMAD, Wallid Issa, Iraq (individual) [IRAQ2]

AHMAD, Zaki Izzat Zaki (a.k.a. ABU 21 Apr 1960; POB Sharqiyah, Egypt; nationality Egypt (individual) [SDGT]

AHMADIAN, Ali Akbar (a.k.a. AHMADIYAN, Ali Akbar); DOB circa 1961; POB Kerman, Iran; citizen Iran; nationality Iran (individual) [NPWMD]

AHMADIYAN, Ali Akbar (a.k.a. AHMADIAN, Ali Akbar); DOB circa 1961; POB Kerman, Iran; citizen Iran; nationality Iran (individual) [NPWMD]

AHMED HAMED (a.k.a. ABDUREHMAN, Ahmed Mohammed; a.k.a. ABU FATIMA; a.k.a. ABU ISLAM; a.k.a. ABU KHADIIJAH; a.k.a. AHMED THE EGYPTIAN; a.k.a. AHMED, Ahmed; a.k.a. ALI, Ahmed Mohammed; a.k.a. ALI, Ahmed Mohammed Hamed; a.k.a. ALI, Hamed; a.k.a. AL-MASRI, Ahmad; a.k.a. AL-SURIR, Abu Islam; a.k.a. HEMED, Ahmed; a.k.a. SHIEB, Ahmed; a.k.a. SHUAIB), Afghanistan; DOB 1965; POB Egypt; citizen Egypt (individual) [SDGT]

AHMED NACER, Yacine (a.k.a. YACINE DI ANNABA), Rue Mohamed Khemisti, 6, Annaba, Algeria; Via Genova, 121, Naples, Italy; Vicolo Duchessa, 16, Naples, Italy; DOB 2 Dec 1967; POB Annaba, Algeria (individual) [SDGT]

AHMED THE EGYPTIAN (a.k.a. ABDUREHMAN, Ahmed Mohammed; a.k.a. ABU FATIMA; a.k.a. ABU ISLAM; a.k.a. ABU KHADIIJAH; a.k.a. AHMED HAMED; a.k.a. AHMED, Ahmed; a.k.a. ALI, Ahmed Mohammed; a.k.a. ALI, Ahmed Mohammed Hamed; a.k.a. ALI, Hamed; a.k.a. AL-MASRI, Ahmad; a.k.a. AL-SURIR, Abu Islam; a.k.a. HEMED, Ahmed; a.k.a. SHIEB, Ahmed; a.k.a. SHUAIB), Afghanistan; DOB 1965; POB Egypt; citizen Egypt (individual) [SDGT]

AHMED THE TALL (a.k.a. ALLY, Ahmed; a.k.a. BAHAMAD; a.k.a. BAHAMAD, Sheik; a.k.a. BAHAMADI, Sheikh; a.k.a. SUWEIDAN, Sheikh Ahmad Salem; a.k.a. SWEDAN, Sheikh; a.k.a. SWEDAN, Sheikh Ahmed Salem; a.k.a. SWEDAN, Sheikh Ahmed Salim; DOB 9 Apr 1969; alt. DOB 9 Apr 1960; POB Mombasa, Kenya; citizen Kenya (individual) [SDGT]

AHMED, A. (a.k.a. AHMAD, Abu Bakr; a.k.a. "AHMED THE TANZANIAN"; a.k.a. AHMED, Abubakar; a.k.a. AHMED, Abubakar K.; a.k.a. AHMED, Abubakar Khalfan; a.k.a. AHMED, Abubakary K.; a.k.a. AHMED, Ahmed Khalfan; a.k.a. AL TANZANI, Ahmad; a.k.a. ALI, Ahmed Khalfan; a.k.a. BAKR, Abu; a.k.a. "FOOPIE"; a.k.a. "FUPI"; a.k.a. GHAILANI, Abubakary Khalfan Ahmed; a.k.a. GHAILANI, Ahmed; a.k.a. GHILANI, Ahmad Khalafan; a.k.a. HUSSEIN, Mahafudh Abubakar Ahmed Abdallah; a.k.a. KHABAR, Abu; a.k.a. KHALFAN, Ahmed; a.k.a. MOHAMMED, Shariff Omar); DOB 14 Mar 1974; alt. DOB 13 Apr 1974; alt. DOB 14 Apr 1974; alt. DOB 1 Aug 1970; POB Zanzibar, Tanzania; citizen Tanzania (individual) [SDGT]

AHMED, Abu (a.k.a. AHMAD, Abu; a.k.a. SALAH, Mohammad Abd El-Hamid Khalil; a.k.a.

SALAH, Mohammad Abdel Hamid Halil; a.k.a. SALAH, Muhammad A.), 9229 South Thomas, Bridgeview, IL 60455; P.O. Box 2578, Bridgeview, IL 60455; P.O. Box 2616, Bridgeview, IL 60455-661; Israel; DOB 5/30/53; Passport 024296248 (United States); SSN 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 (individual) [SDT]

AHMED, Abubakar (a.k.a. AHMAD, Abu Bakr; a.k.a. "AHMED THE TANZANIAN"; a.k.a. AHMED, A.; a.k.a. AHMED, Abubakar K.; a.k.a. AHMED, Abubakar Khalfan; a.k.a. AHMED, Abubakary K.; a.k.a. AHMED, Ahmed Khalfan; a.k.a. AL TANZANI, Ahmad; a.k.a. ALI, Ahmed Khalfan; a.k.a. BAKR, Abu; a.k.a. "FOOPIE"; a.k.a. "FUPI"; a.k.a. GHAILANI, Abubakary Khalfan Ahmed; a.k.a. GHAILANI, Ahmed; a.k.a. GHILANI, Ahmad Khalafan; a.k.a. HUSSEIN, Mahafudh Abubakar Ahmed Abdallah; a.k.a. KHABAR, Abu; a.k.a. KHALFAN, Ahmed; a.k.a. MOHAMMED, Shariff Omar); DOB 14 Mar 1974; alt. DOB 13 Apr 1974; alt. DOB 14 Apr 1974; alt. DOB 1 Aug 1970; POB Zanzibar, Tanzania; citizen Tanzania (individual) [SDGT]

AHMED, Abubakar Khalfan (a.k.a. AHMAD, Abu Bakr; a.k.a. "AHMED THE TANZANIAN"; a.k.a. AHMED, A.; a.k.a. AHMED, Abubakar; a.k.a. AHMED, Abubakar K.; a.k.a. AHMED, Abubakary K.; a.k.a. AL TANZANI, Ahmad; a.k.a. ALI, Ahmed Khalfan; a.k.a. BAKR, Abu; a.k.a. "FOOPIE"; a.k.a. "FUPI"; a.k.a. GHAILANI, Abubakary Khalfan Ahmed; a.k.a. GHAILANI, Ahmed; a.k.a. GHILANI, Ahmad Khalafan; a.k.a. HUSSEIN, Mahafudh Abubakar Ahmed Abdallah; a.k.a. KHABAR, Abu; a.k.a. KHALFAN, Ahmed; a.k.a. MOHAMMED, Shariff Omar); DOB 14 Mar 1974; alt. DOB 13 Apr 1974; alt. DOB 14 Apr 1974; alt. DOB 1 Aug 1970; POB Zanzibar, Tanzania; citizen Tanzania (individual) [SDGT]

AHMED, Abubakary K. (a.k.a. AHMAD, Abu Bakr; a.k.a. "AHMED THE TANZANIAN"; a.k.a. AHMED, A.; a.k.a. AHMED, Abubakar; a.k.a. AHMED, Abubakar K.; a.k.a. AHMED, Abubakar Khalfan; a.k.a. AHMED, Ahmed Khalfan; a.k.a. AL TANZANI, Ahmad; a.k.a. ALI, Ahmed Khalfan; a.k.a. BAKR, Abu; a.k.a. "FOOPIE"; a.k.a. "FUPI"; a.k.a. GHAILANI, Abubakary Khalfan Ahmed; a.k.a. GHAILANI, Ahmed; a.k.a. GHILANI, Ahmad Khalafan; a.k.a. HUSSEIN, Mahafudh Abubakar Ahmed Abdallah; a.k.a. KHABAR, Abu; a.k.a. KHALFAN, Ahmed; a.k.a. MOHAMMED, Shariff Omar); DOB 14 Mar 1974; alt. DOB 13 Apr 1974; alt. DOB 14 Apr 1974; alt. DOB 1 Aug 1970; POB Zanzibar, Tanzania; citizen Tanzania (individual) [SDGT]

AHMED, Adnan S. Hasan (a.k.a. ADNAN, Ahmed S. Hasan; a.k.a. SULTAN, Ahmed), Amman, Jordan (individual) [IRAQ2]

AHMED, Ahmed (a.k.a. ABDUREHMAN, Ahmed Mohammed; a.k.a. ABU FATIMA; a.k.a. ABU ISLAM; a.k.a. ABU KHADIIJAH; a.k.a. AHMED HAMED; a.k.a. AHMED THE EGYPTIAN; a.k.a.

www.scmv.com
619.685.3003
619.685.3100 FAX

SYMPHONY TOWERS
B STREET
SAN DIEGO, CALIFORNIA 92101

SELTZER|CAPLAN|MCMAHON|VITEK

A LAW CORPORATION

CHARLES L. GOLDBERG, ESQ.

GOLDBERG@SCMV.COM
619.685.3051
619-297-1150 FAX

November 19, 2007

**VIA FACSIMILE AND US MAIL**
Certified Return Receipt
Requested

Adam J. Szubin
Director
Office of Foreign Assets Control
U.S. Department of the Treasury
Treasury Annex
1500 Pennsylvania Avenue, NW
Washington, D.C. 20220

RE:    Manuel Francisco Aguirre Ramos

Dear Mr. Szubin:

Our office represents Manuel Francisco Aguirre Ramos pursuant to attorney license number FNK-399.

Mr. Ramos is a United States citizen residing in the County of San Diego, California. However, on or about September 28, 2006, OFAC placed Mr. Ramos' name on the Specially Designated Nationals List ("SDN List") pursuant to the Foreign Narcotic Kingpin Designation Act (21 U.S.C.A. §§ 1901-1908). As discussed below, the Foreign Narcotic Kingpin Designation Act applies to foreign narcotics traffickers and their organizations, and not U.S. citizens such as Mr. Ramos who have absolutely nothing to do with foreign drug traffickers.

The Foreign Narcotic Kingpin Designation Act was enacted because Congress found that there is a "national emergency resulting from the activities of **international narcotics traffickers and their organizations** that threatens the national security, foreign policy, and economy of the United States." 21 U.S.C.A. § 1901 (emphasis added). Section 1902 discusses the purpose of the Foreign Narcotic Kingpin Designation Act as providing "authority for the identification of, and application of sanctions on a worldwide basis to, significant **foreign narcotics traffickers, their organizations, and the foreign persons who provide support to those significant foreign narcotics traffickers and their organizations**...." 21 U.S.C.A. § 1902 (emphasis added).

Section 1907 provides definitions and defines "foreign person" as "**any citizen or national of a foreign state** or any entity not organized under the laws of the United States, but does not include a foreign state." 21 U.S.C.A. § 1907 (emphasis added). The President's official statement regarding the enactment of the Foreign Narcotic Kingpin Designation Act further emphasizes that this act is aimed at foreign narcotic kingpins and their organizations, and not innocent U.S. citizens: "The Kingpin Act establishes a global sanctions program that targets the activities of significant

SELTZER | CAPLAN | M MAHON | VITEK

Mr. Adam J. Szubin, Director
Our File No. 13382.61935
November 19, 2007
Page 2

foreign drug traffickers...they and their organizations will be denied access to U.S. financial system and to trade and access involved U.S. businesses and individuals....this action underscores [the] determination to do everything possible to fight drug traffickers, undermine their operations, and end the suffering that trade in illegal drugs inflicts on Americans and people around the world."

The placement of Mr. Ramos' name on the SDN List pursuant to the Foreign Narcotic Kingpin Designation Act was without any reasonable basis or legal cause whatsoever. Mr. Ramos is not even a "foreign person," much less a foreign drug trafficker. Mr. Ramos is a United States citizen residing in the County of San Diego, California, and is therefore not a "foreign person" as defined by 21 U.S.C.A. § 1907. The placement of Mr. Ramos' name on the SDN List violates Mr. Ramos' due process because Mr. Ramos is not involved in foreign drug trafficking of any kind. Mr. Ramos has never even been accused or convicted of any crime.

Mr. Ramos' father, Manuel Aguirre Galindo, is a Mexican citizen and is also on the SDN List. However, Mr. Ramos' only tie to his father is that he is a blood relation. Mr. Ramos is estranged from his father and is not in contact with him in any manner, including the transfer of any funds. Mr. Ramos resides in California and is the sole provider for his wife and three minor children, ranging from 18 months old to 12 years old. Mr. Ramos is also the caretaker for his 94-year-old grandmother, Esperanza Galindo.

We have enclosed a sworn declaration by Mr. Ramos in which he attests to the afore-mentioned. In light of the above, and the enclosed declaration, we therefore request that OFAC remove Mr. Ramos' name from the SDN List. In the alternative, we request that OFAC provide us with what specific information and/or documents it wishes to receive from Mr. Ramos, as well as the opportunity to meet with OFAC personally to present such information.

We would appreciate your prompt attention to this matter. If you have any questions, please call me. Thank you for your cooperation.

Very truly yours,

Charles L. Goldberg, Esq.
Seltzer Caplan McMahon Vitek
A Law Corporation

CLG/kz
Enclosure

www.scmv.com
619.685.3003
619.685.3100 FAX

..00 SYMPHONY TOWERS
750 B STREET
SAN DIEGO, CALIFORNIA 92101

SELTZER│CAPLAN│McMAHON│VITEK

A LAW CORPORATION

CHARLES L. GOLDBERG, ESQ.

GOLDBERG@SCMV.COM
619.685.3051
619-297-1150 FAX

March 20, 2008

**VIA FEDERAL EXPRESS**

R. Kevin Bell
Senior Enforcement Investigations Officer
Office of Foreign Assets Control
U.S. Department of the Treasury
1500 Pennsylvania Avenue, NW
Washington, D.C. 20220

RE:    Manuel Francisco Aguirre Ramos
       Esperanza Galindo Leyva
       FAC No: SDNT-382846

Dear Mr. Bell:

I am sorry for the delay in responding to your letter. I have been out of the office due to surgery and everything has been quite hectic.

We will cooperate with your agency and will provide information as we strongly feel that Mr. Aguirre Ramos and Mrs. Galindo Leyva have been improperly designated under the authority of the Foreign Narcotics Kingpin Designation Act without cause. You may notice from the files that we have requested a delisting on behalf of Manuel Francisco Aguirre Ramos.

Here is some history I thought may be helpful: Mrs. Esperanza Galindo Leyva was married to Francisco Aguirre Pinedo many years ago (The exact date is being investigated and will be supplied.). The marriage produced two (2) children, one of which is the natural father of my client, Manuel Francisco Aguirre Ramos. My client's grandfather, Francisco Aguirre Pinedo, was the Secretary of the Confederacion de Trabajores de Mexico (CTM) for Baja California for over twenty (20) years. CTM is the largest Labor Union in Mexico and is composed of workers that produced all the roads, public works, etc. in Baja. Mr. Pinedo's employment was very lucrative and during his lifetime, he provided a comfortable life for his family and acquired numerous income producing properties. Upon his death in 1985 all his properties and wealth passed to his wife Esperanza Galindo Leyva.

My client was born March 16, 1969 in Orange County, California of the union of Manuel Francisco Aguirre Galindo and Elizabeth Ramos-Paez. Manuel Francisco Aguirre Ramos is thus a United States citizen by birth. In his youth, he returned to Mexico with his parents and upon their separation (approximately seven (7) years after his birth (1976)) and he was raised by his mother and

Exhibit C
Page 18 of 29

S E L T Z E R | C A P L A N | M c M A H O N | V I T E K

Mr. R. Kevin Bell
Senior Enforcement Investigations Officer
Office of Foreign Assets Control
Re: Manuel Francisco Aguirre Ramos
    Esperanza Galindo Leyva
    FACT No: SENT-382846
Our File No. 13382.61935
March 20, 2008
Page 2

grandparents.   He attended schools in Mexico including the Instituto Technologico Estudios Superiores de Monterrey (ITESM) in Toluca, Mexico from 1994 to 2000.

Manuel Francisco Aguirre Ramos' grandmother moved to the United States in approximately 1996 or 1997 and with the money she inherited upon her husband's death, she purchased two houses. One in 1996, (950 Norella Street, Chula Vista, California) and the other in 1998 (536 Huerto Place, Chula Vista, California). Both of these home purchases were financed by United States lenders (Washington Mutual and World Savings).  We are presently gathering the records of these financial transactions but believe that 950 Norella Street was purchased with approximately $70,000 down and 536 Huerta Place with approximately $80,000 down.

In 2000, Mrs. Galindo Leyva became very ill and my client left school and moved to the United States to help take care of her.  Mrs. Galindo Leyva remained in the United States until 2006 when she was forced to return to Mexico due to her designation by OFAC under the "Kingpin Act" which prevented her from obtaining medical treatment and hospitalization in the United States.  Mrs. Galindo Leyva is still alive (barely) and at more than 94 years of age, suffers from age related illnesses, coronary problems and dementia.

Mrs. Galindo Leyva has never worked but she has bank accounts in Mexico containing funds from her husband and rental income from the properties she has in Mexico.  The exact amount is presently unknown but being researched.

My client was raised by and supported by his mother and his grandfather (Francisco Aguirre Pinedo), until his death in 1985, and thereafter he was raised by his mother and grandmother (Esperanza Galindo Leyva).   He has never been employed in the United States. My client resides in Chula Vista, California, originally at 950 Norella Street, but now 536 Huerto Place.

Since Mr. Aguirre Ramos' return to the United States in 2001, he has been financially assisted by his mother, Elizabeth Ramos Paez.  He presently maintains a bank account in the United States and as soon as we have the bank information, I will forward it to you.  The majority of the information you have requested is included in the previous letters and filings we have sent to OFAC.

The only assets owned in the United States by my client and/or his grandmother, are the two homes:
      950 Norella Street, Chula Vista, California
      536 Huerta Place, Chula Vista, California

Exhibit C
Page 19 of 29

SELTZER | CAPLAN | McMAHON | VITEK

Mr. R. Kevin Bell
Senior Enforcement Investigations Officer
Office of Foreign Assets Control
Re: Manuel Francisco Aguirre Ramos
    Esperanza Galindo Leyva
    FACT No: SENT-382846
Our File No. 13382.61935
March 20, 2008
Page 3


And their personal possessions (furniture, clothing, etc.). A Bank account at an unknown institution in Chula Vista, California

     As my investigation reveals more information and details, I will immediately forward it to you. If you have any questions, please do not hesitate to call or write.

Very truly yours,

Charles L. Goldberg, Esq.
Seltzer Caplan McMahon Vitek
A Law Corporation

Attorney for Manuel Francisco Aguirre Ramos
and Esperanza Galindo Leyva

CLG/pah
Enclosure
cc: Manuel Francisco Aguirre Ramos

Exhibit C
Page 20 of 29

NORMAN T. SELTZER
ROBERT CAPLAN
GERALD L. MCMAHON
REGINALD A. VITEK
DAVID J. DORNE
JAMES R. DAWE
BRIAN T. SELTZER
ELIZABETH A. SMITH-CHAVEZ
JOYCE A. MCCOY
DENNIS J. WICKHAM
JOHN H. ALSPAUGH
JAMES P. DELPHEY
ELINOR T. MERIDETH
MICHAEL G. NARDI
THOMAS F. STEINKE
NEAL P. PANISH
SEAN T. HARGADEN
DAVID J. ZUBKOFF
CHARLES L. GOLDBERG
PATRICK Q. HALL
MICHAEL A. LEONE
DANIEL A. ANDRIST
J. SCOTT SCHEPER
LEE E. HEJMANOWSKI
DANIEL E. EATON
MONTY A. MCINTYRE
GREGORY A. VEGA
HOWARD J. BARNHORST II
PAUL R. DATNOW
JACK R. LEER
AMANDA L. HARRIS
MARNIE S. SKEEN
DAVID M. GREELEY
CHARLES B. WITHAM
RHONDA K. CRANDALL
SCOTT A. MILLER
ROBERT (ROBIN) M. TRAYLOR
LINDA PAPST de LEON
JOSEPH P. MARTINEZ
RICHARD A. CLEGG
G. SCOTT WILLIAMS
JEFFREY B. HARRIS
MATTHEW M. MAHONEY
ERIK L. SCHRAMER
CHRISTOPHER L. LUDMER
CYNTHIA MORGAN
ANDREW D. BROOKS
CHRISTINE M. LA PINTA
DANIEL W. ABBOTT
ANGELA A. WOOLARD
ALLISON C. SHANAHAN
JASON P. SWEENEY
JASON M. SANTANA
NICHOLAS S. BARNHORST
CHAD H. HARRIS
MICHAEL B. LEES
JUSTINE M. PHILLIPS
HOPE N. CHAU
J. KEVIN MANN
TRACY A. WARREN
KEVIN O. MOON
KIRSTEN Y. ZITTLAU
RACHEL M. SCATIZZI[1]
TODD E. HYATT
MATTHEW D. SELTZER
EDWARD J. O'CONNOR
JESSIKA K. JOHNSON
KATHRYN B. QUARLES

OF COUNSEL
M. CHRISTINE TENNISON

[1]ADMITTED IN MISSOURI &
ILLINOIS ONLY

SELTZER | CAPLAN | McMAHON | VITEK

A LAW CORPORATION

www.scmv.com
619.685.3003
619.685.3100 FAX

2100 SYMPHONY TOWERS
750 B STREET
SAN DIEGO, CALIFORNIA 92101

CHARLES L. GOLDBERG, ESQ.

goldberg@scmv.com
619.685.3051
619.297.1150 FAX

May 12, 2008

Mr. R. Kevin Bell
Senior Enforcement Investigations Officer
Office of Foreign Assets Control
U.S. Department of the Treasury
1500 Pennsylvania Avenue, NW
Washington, D.C. 20220

RE:    Manuel Francisco Aguirre Ramos
Esperanza Galindo Leyva
OFAC No: SDNT-382846

Dear Mr. Bell:

As I had indicated in my prior correspondence to you, I am herewith providing you with the following information regarding Mr. Aguirre-Ramos' bank account and Ms. Esperanza Galindo Leyva year of marriage to Mr. Francisco Aguirre Pinedo:

1.    Washington Mutual Bank account #313-308236-7; and
2.    Aguirre-Galindo year of marriage is 1940.

As additional pertinent information is developed, I will immediately forward it to you. If you have should have any questions, please do not hesitate to contact me.

Very truly yours,

Charles L. Goldberg, Esq.
Seltzer Caplan McMahon Vitek
A Law Corporation

CLG/rf

Exhibit C
Page 21 of 29

WWW.SCMV.COM          SYMPHONY TOWERS
619.685.3003          750 B STREET
619.685.3100 FAX      SAN DIEGO, CALIFORNIA 92101

SELTZER | CAPLAN | MCMAHON | VITEK          CHARLES L. GOLDBERG, ESQ.

A LAW CORPORATION          GOLDBERG@SCMV.COM
619.685.3051
619.297.1150 FAX

## FAX COVER SHEET

**TO:**          LIC. CARLOS EZQUERRO

**FAX NUMBER:**          (858) 452-7518          **TELEPHONE NUMBER:**  (619) 843-2195

**FROM:**          CHARLES L. GOLDBERG, ESQ.

**DATE:**          MAY 13, 2008

**DOCUMENT TRANSMITTED:**          RE: MANUEL FRANCISCO AGUIRRE RAMOS AND ESPERANZA GALINDO LEYVA  - COPY OF LETTER TO OFAC DATED 5/12/08

**OUR FILE NUMBER:**          13382.61935          ORIGINAL: [ X ] WILL BE MAILED          [ ] WILL NOT BE MAILED

**ADDITIONAL COMMENTS:**          FOR YOUR INFORMATION AND FILES.

**CONFIRMATION NUMBER:**          (619)685-3051

**TOTAL NUMBER OF PAGES IN THIS TRANSMISSION:**   2 (INCLUDING COVER SHEET)

IF YOU ARE NOT RECEIVING PROPERLY OR HAVE NOT RECEIVED ALL PAGES, PLEASE PHONE US IMMEDIATELY AT:  (619) 685-3003 (EXT. 3118).

**FAX OPERATOR FOR SCMV:**  STEPHANIE SANDBECK, SECRETARY TO KIRSTEN Y. ZITTLAU

THIS MESSAGE IS INTENDED FOR THE USE OF THE SPECIFIC INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAWS. IF THE READER OF THIS COMMUNICATION IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL COMMUNICATION TO US AT THE ADDRESS ABOVE VIA THE U.S. POSTAL SERVICE.  WE WILL REIMBURSE YOU FOR THE MAILING COSTS.  THANK YOU.

Exhibit C
Page 22 of 29

```
*******************************************************************************
*                          TRANSACTION REPORT                               *
*                          _____                                *
*                                                MAY-13-2008 TUE 01:33 PM    *
*                                                                           *
*        FOR:  SCMV                                                         *
*                                                                           *
*_____    *
*        SEND                                                               *
*                                                                           *
*   DATE  START    RECEIVER         TX TIME  PAGES TYPE       NOTE    M# DP  *
*===========================================================================*
*  MAY-13 01:32 PM 918584527518#3373   1'09"    2  FAX TX     OK       €26   *
*_____*
*                                                                           *
*                            TOTAL :      1M  9S  PAGES:   2                 *
*                                                                           *
*******************************************************************************
```

www.scmv.com            3100 SYMPHONY TOWERS
619.685.3003           750 B STREET
619.685.3100 fax       SAN DIEGO, CALIFORNIA 92101

SELTZER | CAPLAN | McMAHON | VITEK          CHARLES L. GOLDBERG, ESQ.

A LAW CORPORATION                           GOLDBERG@SCMV.COM
                                            619.685.3051
                                            619.687.1150 fax

## FAX COVER SHEET

TO:              LIC. CARLOS EZQUERRO

FAX                                  TELEPHONE
NUMBER:          (858) 452-7518      NUMBER: (619) 843-2195

FROM:            CHARLES L. GOLDBERG, ESQ.

DATE:            MAY 13, 2008

DOCUMENT
TRANSMITTED:     RE: MANUEL FRANCISCO AGUIRRE RAMOS AND ESPERANZA GALINDO
                 LEYVA – COPY OF LETTER TO OFAC DATED 5/12/08

OUR FILE
NUMBER:          13382.61535       ORIGINAL [X] WILL BE MAILED      [ ] WILL NOT BE MAILED

ADDITIONAL
COMMENTS:        FOR YOUR INFORMATION AND FILES.

CONFIRMATION
NUMBER:          (619) 685-3051

TOTAL NUMBER OF PAGES IN THIS TRANSMISSION:  2 (INCLUDING COVER SHEET)

IF YOU ARE NOT RECEIVING PROPERLY OR HAVE NOT RECEIVED ALL PAGES, PLEASE PHONE US
IMMEDIATELY AT: (619) 685-3003 (EXT. 3118).

FAX OPERATOR FOR SCMV:  STEPHANIE SANDBECK, SECRETARY TO KIRSTEN Y. ZITTLAU

THIS MESSAGE IS INTENDED FOR THE USE OF THE SPECIFIC INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. L
IF THE READER OF THIS COMMUNICATION IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY
DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED
THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL
COMMUNICATION TO US AT THE ADDRESS ABOVE VIA THE U.S. POSTAL SERVICE.  WE WILL REIMBURSE YOU FOR THE
MAILING COSTS.  THANK YOU.

Exhibit C
Page 23 of 29

NORMAN T. SELTZER
ROBERT CAPLAN
GERALD L. McMAHON
REGINALD A. VITEK
DAVID J. DORNE
JAMES R. DAWE
BRIAN T. SELTZER
ELIZABETH A. SMITH-CHAVEZ
JOYCE A. McCOY
DENNIS J. WICKHAM
JOHN H. ALSPAUGH
JAMES P. DELPHEY
ELINOR T. MERIDETH
MICHAEL G. NARDI
THOMAS F. STEINKE
NEAL P. PANISH
SEAN T. HARGADEN
DAVID J. ZUBKOFF
CHARLES L. GOLDBERG
PATRICK Q. HALL
MICHAEL A. LEONE
DANIEL A. ANDRIST
J. SCOTT SCHEPER
LEE E. HEJMANOWSKI
DANIEL E. EATON
MONTY A. McINTYRE
GREGORY A. VEGA
HOWARD J. BARNHORST II
PAUL N. DATNOW
JACK R. LEER
AMANDA L. HARRIS
MARNIE S. SKEEN
DAVID M. GREELEY
CHARLES B. WITHAM
RHONDA K. CRANDALL
SCOTT A. MILLER
ROBERT (ROBIN) M. TRAYLOR
LINDA PAPST de LEON
JOSEPH P. MARTINEZ
RICHARD A. CLEGG
G. SCOTT WILLIAMS
JEFFREY B. HARRIS
MATTHEW M. MAHONEY
ERIK L. SCHRANER
CHRISTOPHER L. LUDMER
CYNTHIA MORGAN
ANDREW D. BROOKS
CHRISTINE M. LA PINTA
DANIEL W. ABBOTT
ANGELA A. WOOLARD
ALLISON C. SHANAHAN
JASON P. SWEENEY
JASON M. SANTANA
NICHOLAS S. BARNHORST
CHAD M. HARRIS
MICHAEL B. LEES
JUSTINE M. PHILLIPS
HOPE N. CHAU
J. KEVIN MANN
TRACY A. WARREN
WES E. HENRICKSEN
KEVIN O. MOON
KIRSTEN Y. ZITTLAU
RACHEL M. SCATIZZI
TODD E. HYATT
MATTHEW D. SELTZER
EDWARD J. O'CONNOR
JESSIKA K. JOHNSON
KATHRYN B. QUARLES

OF COUNSEL
H. CHRISTINE TENNISON

**SELTZER | CAPLAN | McMAHON | VITEK**

A LAW CORPORATION

www.scmv.com
619.685.3003
619.685.3100 FAX

2100 SYMPHONY TOWERS
750 B STREET
SAN DIEGO, CALIFORNIA 92101

KIRSTEN Y. ZITTLAU, ESQ.

zittlau@scmv.com
619.685.3143
619.702.6896 FAX

June 25, 2008

**VIA U.S. MAIL**
**CERTIFIED RETURNED RECEIPT**

Adam J. Szubin
Director
Office of Foreign Assets Control
U.S. Department of the Treasury
Treasury Annex
1500 Pennsylvania Avenue, NW
Washington, D.C. 20220

RE:    Manuel Francisco Aguirre Ramos

Dear Mr. Szubin:

We previously sent you a letter dated November 19, 2007 regarding our client, Manuel Francisco Aguirre Ramos. In that correspondence, we requested that OFAC remove Mr. Ramos from the SDN list, or in the alternative, provide us with what specific information you wish to receive from Mr. Ramos, and the opportunity to meet with OFAC in person. We have not to date received any response from OFAC. OFAC's inaction is in direct violation of Mr. Ramos' Due Process rights. If we do not receive a response from OFAC within ten days of your receipt of this correspondence, we will be initiating a civil action in the courts on behalf of Mr. Ramos to compel OFAC to take action.

Very truly yours,

Kirsten Y. Zittlau, Esq.
Seltzer Caplan McMahon Vitek
A Law Corporation

KYZ/tlm

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

# OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To Adam J. Szubin
Street, Apt. No.; or PO Box No. 1500 Pennsylvania Ave.
City, State, ZIP+4 Wash DC. 20220

PS Form 3800, August 2006    See Reverse for Instructions

7006 2150 0000 6967 1136

**PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE**
**CERTIFIED MAIL**

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Adam J. Szubin
U.S. Dept. of the Treasury
Treasury Annex
1500 Pennsylvania Ave. NW
Washington D.C. 20220

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery

D. Is delivery address different from Item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)   7006 2150 0000 6967 1136

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

rec'd   6·30·08  @  7:58 an.

**Exhibit D**
**Page 25 of 29**

NORMAN T. SELTZER
ROBERT CAPLAN
GERALD L. MCMAHON
REGINALD A. VITEK
DAVID J. DORNE
JAMES R. DAWE
BRIAN T. SELTZER
ELIZABETH A. SMITH-CHAVEZ
JOYCE A. MCCOY
DENNIS J. WICKHAM
JOHN H. ALSPAUGH
JAMES P. DELPHEY
ELINOR T. MERIDETH
MICHAEL G. NARDI
THOMAS F. STEINKE
NEAL P. PANISH
SEAN T. HARGADEN
DAVID J. ZUBKOFF
CHARLES L. GOLDBERG
PATRICK Q. HALL
MICHAEL A. LEONE
DANIEL A. ANDRIST
J. SCOTT SCHEPER
LEE E. HEJMANOWSKI
DANIEL B. EATON
MONTY A. MCINTYRE
GREGORY A. VEGA
HOWARD J. BARNHORST II
PAUL R. DATNOW
JACK R. LEER
AMANDA L. HARRIS
MARNIE S. SKEEN
DAVID M. GREELEY
CHARLES B. WITHAM
RHONDA K. CRANDALL
SCOTT A. MILLER
ROBERT (ROBIN) M. TRAYLOR
LINDA PAPST de LEON
JOSEPH P. MARTINEZ
RICHARD A. CLEGG
G. SCOTT WILLIAMS
JEFFREY B. HARRIS
MATTHEW M. MAHONEY
ERIK L. SCHRANER
CHRISTOPHER L. LUDMER
CYNTHIA MORGAN
ANDREW D. BROOKS
CHRISTINE M. LA PINTA
DANIEL W. ABBOTT
ANGELA A. WOOLARD
ALLISON C. SHANAHAN
JASON P. SWEENEY
JASON M. SANTANA
NICHOLAS S. BARNHORST
CHAD M. HARRIS
JUSTINE M. PHILLIPS
HOPE N. CHAU
J. KEVIN MANN
TRACY A. WARREN
WES E. HENRICKSEN
KEVIN O. MOON
KIRSTEN Y. ZITTLAU
RACHEL M. SCATIZZI
TODD E. HYATT
MATTHEW D. SELTZER
EDWARD J. O'CONNOR
JESSIKA K. JOHNSON
KATHRYN B. QUARLES

OF COUNSEL
H. CHRISTINE TENNISON

**SELTZER | Caplan | McMAHON | VITEK**

A LAW

CORPORATION

www.scmv.com
619.685.3003
619.685.3100 FAX

2100 SYMPHONY TOWERS
750 B STREET
SAN DIEGO, CALIFORNIA
92101

KIRSTEN Y. ZITTLAU, ESQ.

zittlau@scmv.com
619.685.3143
619.702.6896 FAX

July 10, 2008

**VIA U.S. MAIL**
**CERTIFIED RETURNED RECEIPT**

Adam J. Szubin, Director
Office of Foreign Assets Control
U.S. Department of the Treasury
Treasury Annex
1500 Pennsylvania Avenue, NW
Washington, D.C. 20220

RE:     Manuel Francisco Aguirre Ramos

Dear Mr. Szubin:

        We previously sent you various letters regarding our client, Manuel Francisco Aguirre Ramos, requesting that OFAC remove Mr. Ramos from the SDN list, or in the alternative, provide us with what specific information you wish to receive from Mr. Ramos and the opportunity to meet with OFAC in person.  Pursuant to our June 25, 2008 correspondence, because we have received no response from OFAC, we are now initiating a civil action in the courts on behalf of Mr. Ramos to compel OFAC to take action.

Very truly yours,

Kirsten Y. Zittlau, Esq.
Seltzer Caplan McMahon Vitek
A Law Corporation

KYZ/tlm

Exhibit E
Page 27 of 29

Exhibit E
Page 28 of 29


**UNITED STATES POSTAL SERVICE**®

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7005 0390 0000 4121 4958**
Status: **Delivered**

Your item was delivered at 7:39 AM on July 16, 2008 in WASHINGTON, DC 20220.

( Additional Details > )    ( Return to USPS.com Home > )

### Track & Confirm

Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.    ( Go > )

Exhibit E
Page 29 of 29

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

FILED

## I. (a) PLAINTIFFS
MANUEL FRANCISCO AGUIRRE RAMOS

**DEFENDANTS**
OFFICE OF FOREIGN ASSETS CONTROL; UNITED STATES DEPARTMENT OF THE TREASURY; and HENRY M. PAULSON, JR., in his official capacity as Secretary of the Department of Treasury

SOUTHERN DISTRICT OF CALIFORNIA

CLERK U.S. DISTRICT COURT

DEPUTY

**(b)** County of Residence of First Listed Plaintiff  SAN DIEGO
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
KIRSTEN Y. ZITTLAU, ESQ.
SELTZER CAPLAN McMAHON & VITEK
750 B STREET, SUITE 2100
SAN DIEGO, CA 92101-8177
(619) 685-3003

Attorneys (If Known)

**'08 CV 1338    BLM**

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff

☐ 3 Federal Question (U.S. Government Not a Party)

☒ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only) and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | **PERSONAL INJURY** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☒ 890 Other Statutory Actions |
| **REAL PROPERTY** | ☐ 362 Personal Injury - Med. Malpractice | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 365 Personal Injury - Product Liability | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | **PERSONAL PROPERTY** | **IMMIGRATION** | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 370 Other Fraud | ☐ 462 Naturalization Application | | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 371 Truth in Lending | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 380 Other Personal Property Damage | ☐ 465 Other Immigration Actions | | ☐ 950 Constitutionality of State Statutes |
| **CIVIL RIGHTS** | ☐ 385 Property Damage Product Liability | **PRISONER PETITIONS** | | |
| ☐ 441 Voting | | ☐ 510 Motion to Vacate Sentence | | |
| ☐ 442 Employment | | **Habeas Corpus:** | | |
| ☐ 443 Housing/ Accommodations | | ☐ 530 General | | |
| ☐ 444 Welfare | | ☐ 535 Death Penalty | | |
| ☐ 445 Amer. w/Disabilities- Employment | | ☐ 540 Mandamus & Other | | |
| ☐ 446 Amer. w/Disabilities- Other | | ☐ 550 Civil Rights | | |
| ☐ 440 Other Civil Rights | | ☐ 555 Prison Condition | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding

☐ 2 Removed from State Court

☐ 3 Remanded from Appellate Court

☐ 4 Reinstated or Reopened

☐ 5 Transferred from another district (specify)

☐ 6 Multidistrict Litigation

☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
21 U.S.C. §§ 1901-1908, 5 U.S.C. § 706(1) and 28 U.S.C. §§ 2201(a) & 2202

Brief description of cause:
Injunctive and Declaratory Relief in the Nature of Mandamus

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):

JUDGE

DOCKET NUMBER

DATE
July 24, 2008

SIGNATURE OF ATTORNEY OF RECORD
Kirsten Y. Zittlau, Esq.

FOR OFFICE USE ONLY

RECEIPT # 155371    AMOUNT $350    APPLYING IFP    JUDGE    MAG. JUDGE

CSDJS44

# UNITED STATES
# DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

# # 153321    — TC

## July 24, 2008
## 13:49:03

### Civ Fil Non-Pris
USAO #.: 08CV1338
Amount.:                    $350.00 CK
Check#.: BC1809

## Total—>  $350.00

FROM: MANUEL FRANCISCO AGUIRRE RAMOS
        VS
        OFFICE OF FOREIGN ASSETS CONTR