Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED 2008 JUL 24 PM 1:52
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

MANUEL FRANCISCO AGUIRRE RAMOS

vs

OFFICE OF FOREIGN ASSETS CONTROL; UNITED STATES DEPARTMENT OF THE TREASURY; and HENRY M. PAULSON, JR., in his official capacity as Secretary of the Department of Treasury

**SUMMONS IN A CIVIL ACTION**

Case No.

'08 CV 1338 JLS BLM

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Kirsten Y. Zittlau, Esq. (SBN 220809)
SELTZER CAPLAN McMAHON VITEK
750 B Street, 2100 Symphony Towers, San Diego, California 92101-8177
Ph: 619-685-3003

An answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

CLERK

JUL 2 4 2008

DATE

By  J. PARIS  , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)