Kirsten Y. Zittlau (SBN 220809)
SELTZER CAPLAN McMAHON & VITEK
750 B STREET, SUITE 2100
SAN DIEGO, CA 92101-8177
(619) 685-3003
MANUEL FRANCISCO AGUIRRE RAMOS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| MANUEL FRANCISCO AGUIRRE RAMOS, | CASE NUMBER: |
|---|---|
| Plaintiff(s) | 08-CV-1338 JLS BLM |
| v. | |
| OFFICE OF FOREIGN ASSETS CONTROL; UNITED STATES DEPARTMENT OF THE TREASURY; and HENRY M. PAULSON, JR in his official capacity  Defendant(s) | PROOF OF SERVICE SUMMONS AND COMPLAINT (Use separate proof of service for each person/party served) |

1. At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the *(specify documents)*:

   a. [X] summons   [X] complaint   [ ] alias summons   [ ] first amended complaint
   [ ] second amended complaint
   [ ] third amended complaint

   [ ] other *(specify)*: _____

2. **Person served:**

   a. [X] Defendant *(name)*: Office of Foreign Assets Control et al.

   b. [ ] Other *(specify name and title or relationship to the party/business named)*: _____

   c. [X] Address where papers were served: Attorney General, Dept. of Justice
   950 Pennsylvania Ave., NW, Room 4400, Washington DC 20530-0001

3. Manner of Service in compliance with *(the appropriate box **must** be checked)*:

   a. [X] Federal Rules of Civil Procedure
   [ ] California Code of Civil Procedure

4. I served the person named in Item 2:

   a. [ ] By **Personal service**. By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.

      1. [ ] Papers were served on *(date)*: _____ at *(time)*: _____

   b. [ ] By **Substituted service**. By leaving copies:

      1. [ ] (home) at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

      2. [ ] (business) or a person apparently in charge of the office or place of business, at least 18 years of age, who was informed of the general nature of the papers.

      3. [ ] Papers were served on *(date)*: _____ at *(time)*: _____

      4. [ ] by mailing *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).

      5. [ ] papers were mailed on (date): _____

      6. [ ] due diligence: I made at least three (3) attempts to personally serve the defendant.

CV-1 (04/01)   PROOF OF SERVICE - SUMMONS AND COMPLAINT   PAGE 1
CCD-1B

c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity.** (F.R.Civ.P. 4(h)) (C.C.P. 416.10) By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity.** (C.C.P. 415.20 only) By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service).**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service): _____

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**

   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

   Name of person served: _____

   Title of person served: _____

   Date and time of service: *(date)*: _____ at *(time)*: _____

   b. ☒ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number)*:

   Tamelah L. Morris
   Seltzer Caplan McMahon Vitek
   750 B Street, Ste. 2100
   San Diego, CA 92101

   a. Fee for service: $ _____
   b. ☒ Not a registered California process server
   c. ☐ Exempt from registration under B&P 22350(b)
   d. ☐ Registered California process server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: July 25, 2008

*(Signature)*
Tamelah L. Morris



Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

MANUEL FRANCISCO AGUIRRE RAMOS

vs

OFFICE OF FOREIGN ASSETS CONTROL; UNITED STATES DEPARTMENT OF THE TREASURY; and HENRY M. PAULSON, JR., in his official capacity as Secretary of the Department of Treasury

**SUMMONS IN A CIVIL ACTION**
Case No.

'08 CV 1338 JLS BLM

TO: (Name and Address of Defendant)

```
Office of Foreign Assets Control;
U.S. Department of the Treasury; and
Henry M. Paulson, Jr. in his official capacity
as Secretary of the Department of Treasury

c/o  Attorney General, Department of Justice
     950 Pennsylvania Ave., NW, RM 4400, Washington DC 20530-0001
```

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Kirsten Y. Zittlau, Esq. (SBN 220809)
SELTZER CAPLAN McMAHON VITEK
750 B Street, 2100 Symphony Towers, San Diego, California 92101-8177
Ph: 619-685-3003

An answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

JUL 24 2008

J. PARIS , CLERK                                 DATE

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Emily D. Parker_ | ☐ Agent<br>☐ Addressee |
| | B. Received by (Printed Name)<br>JUL 31 2008 | C. Date of Delivery |
| 1. Article Addressed to:<br><br>Attorney General<br>Dept. of Justice<br>950 Pennsylvania Ave. NW, Rm 4400<br>Washington DC 20530-0001 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered      ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee)  ☐ Yes | |
| 2. Article Number<br>(Transfer from service label) | 7003 2260 0003 2710 0698 | |
| PS Form 3811, February 2004 | Domestic Return Receipt | 102595-02-M-1540 |